| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Laurence M. Rosen, Esq. (SBN 219683)<br>THE ROSEN LAW FIRM, P.A.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com<br><br>ATTORNEY(S) FOR:  Plaintiff Andrew Trampe | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-11627<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Andrew Trampe_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANDREW TRAMPE | Plaintiff |
| CD PROJEKT S.A. | Defendant |
| ADAM MICHAL KICINSKI | Defendant |
| PIOTR MARCIN NIELUBOWICZ | Defendant |
| MICHAŁ NOWAKOWSKI | Defendant |

| | |
|---|---|
| 12/24/2020<br>Date | /s/ Laurence M. Rosen<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Andrew Trampe