1 | Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
2 | Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
3 | 1925 Century Park East, Suite 2100
Los Angeles, California 90067
4 | Telephone: (310) 201-9150
Facsimile: (310) 201-9160
5
*Attorneys for Lead Plaintiff Movant James*
6 | *Khoury*
7 | [Additional Counsel on Signature Page]
8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-11627-FMO-RAO |
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF JAMES KHOURY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| v. | |
| CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAL NOWAKOWSKI, | Date:    April 8, 2021<br>Time:    10:00 a.m.<br>Crtrm.:  6D |
| Defendants. | Judge:  Fernando M. Olguin |
| RIVER HAIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-00354-CJC-JEM |
| Plaintiff, | Judge: Cormac J. Carney |
| v. | |
| CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAEL NOWAKOWSKI, | |
| Defendants. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

1    **TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR**

2    **COUNSEL OF RECORD:**

3        **PLEASE TAKE NOTICE** that on Thursday, April 8, 2021, at 10:00 a.m., or

4    as soon thereafter as the matter can be heard in the courtroom of the Honorable

5    Fernando M. Olguin, in Courtroom 6D, 350 W. 1st Street, Los Angeles, CA 90012,

6    Lead Plaintiff Movant James Khoury ("Movant") will move this Court for entry of

7    an Order: (i) consolidating the above-captioned actions; (ii) appointing Movant as

8    Lead Plaintiff; (iii) approving Movant's selection of Glancy Prongay & Murray LLP

9    as Lead Counsel; and (iv) granting such other and further relief as the Court may

10   deem just and proper.

11       This motion is brought pursuant to Section 21D(a)(3)(B) of the Securities

12   Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended

13   by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an

14   Order (attached hereto): (i) consolidating the above-captioned actions; (ii)

15   appointing Movant as Lead Plaintiff on behalf of all persons and entities that

16   purchased or otherwise acquired the securities of CD Projekt S.A. between January

17   16, 2020 and December 17, 2020, inclusive ("Class Period"); (iii) approving

18   Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv)

19   granting such other and further relief as the Court may deem just and proper.

20       In support of this Motion, Movant submits a Memorandum of Law in support

21   thereof and the Declaration of Pavithra Rajesh and the exhibits attached thereto, and

22   all of the prior pleadings and other files in this matter, and such other written or oral

23   arguments as may be permitted by the Court.

24               **COMPLIANCE WITH CIVIL LOCAL RULE 7-3**

25       This Motion is filed pursuant to Section 21D of the Exchange Act, as

26   amended by the PSLRA. This Section provides that within 60 days after publication

27   of the required notice, any member of the proposed class may apply to the Court to

28   be appointed as lead plaintiff, whether or not they have previously filed a complaint

---

MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

1  in the underlying action. Consequently, counsel for Movant have no way of

2  knowing with certainty who, if any, the competing lead plaintiff candidates are at

3  this time. As a result, counsel for Movant have been unable to conference with

4  opposing counsel as prescribed in Local Rule 7-3, and respectfully request that the

5  conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to 15

6  U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have

7  standing to oppose the appointment of Movant as lead plaintiff. *See Takeda v.*

8  *Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

9  DATED:  February 22, 2021             Respectfully submitted,

10

11                                              **GLANCY PRONGAY & MURRAY LLP**

12                                              By:   */s/ Pavithra Rajesh*
                                                Robert V. Prongay
13                                              Charles Linehan
                                                Pavithra Rajesh
14                                              1925 Century Park East, Suite 2100
15                                              Los Angeles, California 90067
                                                Telephone: (310) 201-9150
16                                              Facsimile: (310) 201-9160
17                                              Email:  prajesh@glancylaw.com

18
                                                *Counsel for Lead Plaintiff Movant James*
19                                              *Khoury and Proposed Lead Counsel for the*
                                                *Class*
20

21
                                                **LAW OFFICES OF HOWARD G. SMITH**
22                                              Howard G. Smith
                                                3070 Bristol Pike, Suite 112
23                                              Bensalem PA 19020
                                                Telephone: (215) 638-4847
24                                              Facsimile: (215) 638-4867
25

26                                              *Additional Counsel*

27

28

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case, and am over eighteen years old. On February 22, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 22, 2021, at Los Angeles, California.

*/s/ Pavithra Rajesh*
Pavithra Rajesh