Robert V. Prongay (SBN 270796)
Charles Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Movant James Khoury*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAL NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**DECLARATION OF PAVITHRA RAJESH IN SUPPORT OF MOTION OF JAMES KHOURY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| RIVER HAIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAEL NOWAKOWSKI,<br><br>Defendants. | Case No. 2:21-cv-00354-CJC-JEM |

I, Pavithra Rajesh, declare as follows:

1. I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for lead plaintiff movant James Khoury ("Movant") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

    Exhibit A: Notice published in *Business Wire* on December 24, 2020, announcing the pendency of the securities class action against the defendants herein;

    Exhibit B: Signed PSLRA Certification of Movant;

    Exhibit C: Table of Movant's calculated losses, as a result of transactions in CD Projekt S.A. securities; and

    Exhibit D: Firm résumé of Glancy Prongay & Murray LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of February 2021, at Los Angeles, California.

                                  */s/ Pavithra Rajesh*
                                  Pavithra Rajesh


**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case, and am over eighteen years old. On February 22, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 22, 2021, at Los Angeles, California.

*/s/ Pavithra Rajesh*
Pavithra Rajesh