# EXHIBIT C

Case 2:20-cv-11627-FMO-RAO   Document 11-3   Filed 02/22/21   Page 1 of 2   Page ID #:59

## Loss Chart

**Company Name:** CD Projekt S.A.
**Ticker:** OTGLY
**Class Period:** January 16, 2020 to December 17, 2020
**Name:** James Khoury

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/5/2020 | 359 | $29.2550 | -$10,502.5450 | | $0.0000 | -$10,502.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 359 | | | | **Subtotal:** | -$10,502.55 |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $6,639.45 |
| | | | $18.4943 | 359 | **Total:** | -$3,863.10 |

Notes
The 90-Day Average Price used in this loss chart is the average closing price between December 18, 2020 and February 19, 2021.