Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and [Proposed]
Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**MOTION OF JAMES W. GORDLEY TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando M. Olguin<br>Hearing Date: April 8, 2021<br>Time: 10:00 a.m.<br>CTRM: 6D – First Street Courthouse |

[Additional caption on next page]

1

MOTION OF JAMES W. GORDLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:20-cv-11627-FMO-RAO

| | |
|---|---|
| RIVER HAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:21-cv-00354-CJC-JEM<br><br>CLASS ACTION<br><br>JUDGE: Cormac J. Carney |

PLEASE TAKE NOTICE that on Thursday, April 8, 2021 at 10:00 a.m. before the Honorable Fernando M. Olguin in First Street Courthouse, 350 West 1st Street, Courtroom 6D, Los Angeles, California, movant James W. Gordley ("Movant"), will and does move this Court for an order granting his Motion: (1) consolidating the related actions; (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds (1) that the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) that Movant should be

2

appointed as Lead Plaintiff for the class of all purchasers or acquirers of securities of CD Projekt S.A. ("CD Projekt" or the "Company") between January 16, 2020 and December 17, 2020, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) that Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence Rosen, a Certification and Notice of Interested Parties, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

3

MOTION OF JAMES W. GORDLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:20-cv-11627-FMO-RAO

| | | |
|---|---|---|
| 1 | Dated: February 22, 2021 | Respectfully submitted, |
| 2 | | **THE ROSEN LAW FIRM, P.A.** |

/s/ Laurence Rosen, Esq.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed] Lead Counsel for the Class*

4

MOTION OF JAMES W. GORDLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:20-cv-11627-FMO-RAO

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 22, 2021, I electronically filed the following **MOTION OF JAMES W. GORDLEY TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 22, 2021.

/s/ Laurence Rosen
Laurence M. Rosen

5

MOTION OF JAMES W. GORDLEY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL – Case No. 2:20-cv-11627-FMO-RAO