# EXHIBIT 3

**CD Projekt S.A. Loss Chart**
**Class Period: January 16, 2020 through December 17, 2020**

**Lookback Price (OTGLY)**
$18.48

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gordley, James | 3/23/2020 | 1545 | ($19.39) | ($29,957.55) | 3/23/2020 | 745 | $15.57 | $11,599.65 | | | |
| | 6/9/2020 | 380 | ($26.30) | ($9,994.00) | 3/23/2020 | 800 | $15.52 | $12,416.00 | | | |
| | 6/11/2020 | 100 | ($24.50) | ($2,450.00) | 7/10/2020 | 396 | $23.65 | $9,365.40 | | | |
| | 6/11/2020 | 1100 | ($25.00) | ($27,500.00) | 7/10/2020 | 1173 | $23.57 | $27,647.61 | | | |
| | 6/12/2020 | 978 | ($24.88) | ($24,332.64) | 7/10/2020 | 300 | $23.58 | $7,074.00 | | | |
| | 6/12/2020 | 40 | ($24.32) | ($972.80) | 1/5/2021 | 35 | $18.09 | $633.15 | | | |
| | 7/9/2020 | 772 | ($24.65) | ($19,029.80) | 1/5/2021 | 2 | $18.05 | $36.10 | | | |
| | 7/10/2020 | 59 | ($25.28) | ($1,491.52) | 1/5/2021 | 200 | $18.10 | $3,620.00 | | | |
| | 7/10/2020 | 732 | ($24.24) | ($17,743.68) | 1/5/2021 | 1 | $18.03 | $18.03 | | | |
| | 7/10/2020 | 100 | ($23.88) | ($2,388.00) | 1/5/2021 | 100 | $18.10 | $1,810.00 | | | |
| | 7/10/2020 | 90 | ($26.16) | ($2,354.40) | 1/5/2021 | 455 | $18.10 | $8,235.50 | | | |
| | 7/10/2020 | 438 | ($26.16) | ($11,458.08) | 1/5/2021 | 308 | $18.10 | $5,574.80 | | | |
| | 7/10/2020 | 957 | ($26.10) | ($24,977.70) | 1/5/2021 | 1101 | $18.10 | $19,928.10 | | | |
| | 11/20/2020 | 392 | ($25.30) | ($9,917.60) | 1/5/2021 | 800 | $18.13 | $14,504.00 | | | |
| | 11/20/2020 | 392 | ($25.30) | ($9,917.60) | 1/5/2021 | 301 | $18.10 | $5,448.10 | | | |
| | 11/20/2020 | 100 | ($25.30) | ($2,530.00) | 1/7/2021 | 1176 | $16.99 | $19,980.24 | | | |
| | 11/20/2020 | 100 | ($25.50) | ($2,550.00) | 1/7/2021 | 800 | $16.97 | $13,576.00 | | | |
| | 11/20/2020 | 192 | ($25.30) | ($4,857.60) | 1/7/2021 | 5194 | $16.95 | $88,038.30 | | | |
| | 11/20/2020 | 392 | ($25.30) | ($9,917.60) | | | | | | | |
| | 11/20/2020 | 392 | ($25.48) | ($9,988.16) | | | | | | | |
| | 11/20/2020 | 392 | ($25.85) | ($10,133.20) | | | | | | | |
| | 12/2/2020 | 100 | ($28.44) | ($2,844.00) | | | | | | | |
| | 12/2/2020 | 100 | ($28.44) | ($2,844.00) | | | | | | | |
| | 12/2/2020 | 100 | ($28.44) | ($2,844.00) | | | | | | | |
| | 12/2/2020 | 51 | ($28.24) | ($1,440.24) | | | | | | | |
| | 12/2/2020 | 351 | ($28.44) | ($9,982.44) | | | | | | | |
| | 12/8/2020 | 742 | ($26.85) | ($19,922.70) | | | | | | | |
| | 12/8/2020 | 1113 | ($26.85) | ($29,884.05) | | | | | | | |
| | 12/8/2020 | 727 | ($27.50) | ($19,992.50) | | | | | | | |
| | 12/10/2020 | 44 | ($25.15) | ($1,106.60) | | | | | | | |
| | 12/10/2020 | 916 | ($24.87) | ($22,780.92) | | | | | | | |
| | | 13887 | | ($348,103.38) | | 13887 | | $249,504.98 | 0 | $0.00 | ($98,598.40) |