NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4648
Email: lrosen@rosenlegal.com

ATTORNEY(S) FOR: James W. Gordley

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW TRAMPE, Individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

CD PROJEKT, S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAL NOWAKOWSKI,

Defendant(s).

CASE NUMBER:

2:20-cv-11627-FMO-RAO

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   James W. Gordley
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| James W. Gordley | Movant |

February 22, 2021
Date

/s/Laurence M. Rosen
Signature

Attorney of record for (or name of party appearing in pro per):

James W. Gordley