**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lili Ma*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | No. 2:20-cv-11627-FMO-RAO<br><br>**NOTICE OF MOTION OF LILI MA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando M. Olguin<br>Date: April 8, 2021<br>Time: 10:00 a.m.<br>Courtroom #6D |
| RIVER HAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | No. 2:21-cv-00354-CJC-JEM<br><br>Judge: Hon. Cormac J. Carney |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 8, 2021 at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Fernando M. Olguin situated at the First Street U.S. Courthouse, 350 West 1st Street, Courtroom 6D, Los Angeles, California, Movant Lili Ma ("Movant"), by and through her counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) consolidating the above-captioned actions (the "Actions"); (ii) appointing Movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired CD Projekt S.A. ("CD Projekt" or the "Company") securities between January 16, 2020 and December 17, 2020, inclusive; and (iii) approving Movant's choice of counsel as Lead Counsel.  In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Adam M. Apton and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his loss of approximately $33,709.64 which was suffered as a result of Defendants' wrongful conduct as alleged in the above-referenced documents. Further, Movant satisfies the requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as her claims are typical of other Class members' claims and she will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA.  This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to

1  the Court to be appointed as lead plaintiff, whether or not they have previously filed
2  a complaint in the underlying action.  Consequently, Movant's counsel has no way
3  of knowing who, if any, the competing lead plaintiff candidates are at this time.  As
4  a result, counsel for Movant has been unable to conference with opposing counsel
5  as prescribed in Local Rule 7-3, and respectfully requests that the conference
6  requirement of Local Rule 7-3 be waived for this motion.  Pursuant to §78u-
7  4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of
8  Movant as lead plaintiff.  *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d.
9  1129, 1138 (C.D. Cal. 1999).

11  Dated: February 22, 2021            Respectfully submitted,

12                                      **LEVI & KORSINSKY, LLP**

14                                      /s/ *Adam M. Apton*
                                        Adam M. Apton (SBN 316506)
15                                      Adam C. McCall (SBN 302130)
                                        445 South Figueroa Street, 31st Floor
16                                      Los Angeles, CA 90071
                                        Tel: (213) 985-7290
17                                      Email: aapton@zlk.com
18                                      Email: amccall@zlk.com

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On February 22, 2021 I electronically filed the following **NOTICE OF MOTION OF LILI MA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 22, 2021.

*/s/ Adam M. Apton*
Adam M. Apton