|   |   |
|---|---|
| 1 | **LEVI & KORSINSKY, LLP** |
| 2 | Adam M. Apton (SBN 316506) |
|   | Adam C. McCall (SBN 302130) |
| 3 | 445 South Figueroa Street, 31st Floor |
| 4 | Los Angeles, CA 90071 |
|   | Tel: (213) 985-7290 |
| 5 | Email: aapton@zlk.com |
|   | Email: amccall@zlk.com |
| 6 |   |
| 7 | *Attorneys for Lili Ma* |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | No. 2:20-cv-11627-FMO-RAO<br><br>**DECLARATION OF ADAM M. APTON IN SUPPORT OF LILI MA'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. Fernando M. Olguin<br>Date: April 8, 2021<br>Time: 10:00 a.m.<br>Courtroom #6D |
| RIVER HAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | No. 2:21-cv-00354-CJC-JEM<br><br>Judge: Hon. Cormac J. Carney |

I, ADAM M. APTON hereby declare that:

1. I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Lili Ma ("Movant"), and proposed Lead Counsel for the class.

2. I make this Declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the certification signed by Movant.

4. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing the losses sustained by Movant.

5. Attached hereto as **Exhibit C** is a true and correct copy of the press release announcing the filing of the above-captioned action, which was filed in this Court on December 24, 2020.

6. Attached hereto as **Exhibit D** is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: February 22, 2021      */s/ Adam M. Apton*
                              Adam M. Apton

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On February 22, 2021, I electronically filed the following **DECLARATION OF ADAM M. APTON IN SUPPORT OF MOTION OF LILI MA FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 22, 2021.

                                      */s/ Adam M. Apton*
                                      Adam M. Apton