# EXHIBIT B

| Client Name | Lili Ma |
| --- | --- |
| Company Name | CD Projekt S.A. |
| Ticker Symbol | OTGLY |
| Security Type | |
| Class Period Start | 01-16-2020 |
| Class Period End | 12-17-2020 |
| 90-DAY Lookback Period Start | 12-18-2020 |
| 90-DAY Lookback Period End | 02-22-2021 |
| 90-DAY Lookback Average | 18.47 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $ 33,709.64 |
| *DURA LIFO* Total | $ 33,709.64 |
| Gross Shares Purchased | 3,200.00 |
| Net Shares Retained | 3,200.00 |
| Net Funds Expended | $ 92,821.09 |

### Lili Ma

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-07-2020 | 3200 | 29.00659 | $ 92,821.09 | | | | | | - | 3200 | 3200 | $ 18.47 | $ 59,111.45 | $ 33,709.64 | $ 33,709.64 |
| Total: | 3,200.00 | | $ 92,821.09 | | | | | | | 3,200.00 | 3,200.00 | | $ 59,111.45 | $ 33,709.64 | $ 33,709.64 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.
2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.