| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| LEVI & KORSINSKY, LLP<br>Adam M. Apton (SBN 316506)<br>Adam C. McCall (SBN 302130)<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Tel:  (213) 985-7290<br>Email: aapton@zlk.com<br>Email: amccall@zlk.com | |
| ATTORNEY(S) FOR: Lead Plaintiff Movant Lili Ma | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDREW TRAMPE, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff(s),<br>v.<br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br>Defendant(s) | CASE NUMBER:<br>2:20-cv-11627-FMO-RAO<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Lili Ma_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lili Ma | Lead Plaintiff Movant |

February 22, 2021                         /s/ Adam M. Apton
Date                                                  Signature

Attorney of record for (or name of party appearing in pro per):

Lead Plaintiff Movant Lili Ma