| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Jennifer Pafiti <br> Pomerantz LLP, <br> 1100 Glendon Avenue, 15th Floor <br> Los Angeles, CA 90024 <br> (310) 405-7190 | |
| ATTORNEY(S) FOR: Mark Loftus and Patricia M. Loftus Trust uad 8/13/99 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANDREW TRAMPE, Individually and on Behalf of All Others Similarly Situated, <br> Plaintiff(s), <br> v. <br> CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, <br> Defendant(s) | CASE NUMBER: <br> 2:20-cv-11627-FMO-RAO <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Movants, Mark Loftus and the Patricia M. Loftus Trust uad 8/13/99 or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Mark Loftus | Movant |
| Patricia M. Loftus Trust uad 8/13/99 | Movant |

| 02/22/2021 | /s/Jennifer Pafiti |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Movants, Mark Loftus and the Patricia M. Loftus Trust uad 8/13/99