POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Mark Loftus and*
*Patricia M. Loftus Trust uad 8/13/99*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>   Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>NOTICE OF MOTION OF MARK LOFTUS AND PATRICIA M. LOFTUS TRUST UAD 8/13/99 FOR CONSOLIDATION, APPOINTMENT OF CO-LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL<br><br>DATE: April 8, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Fernando M. Olguin<br>CTRM: 6D |

| | |
|---|---|
| RIVER HAIN, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>                  Defendants. | Case No. 2:21-cv-00354-CJC-JEM |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Mark Loftus ("Loftus") and the Patricia M. Loftus Trust uad 8/13/99 (the "Trust"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Loftus and the Trust as Co-Lead Plaintiffs on behalf of all persons or entities who purchased or otherwise acquired CD Projekt S.A. securities between January 16, 2020 and December 17, 2020, inclusive (the "Class"); and (3) approving Loftus and the Trust's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Loftus and the Trust submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Loftus and the Trust are aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is February 22, 2021, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) &

(a)(3)(B)(i). Loftus and the Trust will thus not know the identities of the other putative Class members, if any, who intend to file competing Lead Plaintiff motions until February 23, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Loftus and the Trust's motion papers impracticable. Under these circumstances, Loftus and the Trust respectfully request that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: February 22, 2021                    POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Mark Loftus and Patricia M. Loftus Trust uad 8/13/99 and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Mark Loftus and Patricia M. Loftus Trust uad 8/13/99*

NOTICE OF MOTION - 2:20-cv-11627-FMO-RAO; 2:21-cv-00354-CJC-JEM
2

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        */s/ Jennifer Pafiti*
                                        Jennifer Pafiti