POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Mark Loftus and*
*Patricia M. Loftus Trust uad 8/13/99*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MARK LOFTUS AND PATRICIA M. LOFTUS TRUST UAD 8/13/99 FOR CONSOLIDATION, APPOINTMENT OF CO-LEAD PLAINTIFFS, AND APPROVAL OF COUNSEL<br><br>DATE:  April 8, 2021<br>TIME:  10:00 a.m.<br>JUDGE:  Fernando M. Olguin<br>CTRM:  6D |

| | |
|---|---|
| RIVER HAIN, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>  Defendants. | Case No. 2:21-cv-00354-CJC-JEM |

I, Jennifer Pafiti, hereby declare as follows:

1. I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Mark Loftus ("Loftus") and Patricia M. Loftus Trust uad 8/13/99 (the "Trust"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Loftus and the Trust's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment of Loftus and the Trust as Co-Lead Plaintiffs for the Class, and approval of Loftus and the Trust's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A: Declaration executed by Loftus on behalf of himself and the Trust;
>
> Exhibit B: Chart reflecting the financial interest of Loftus and the Trust in this litigation;
>
> Exhibit C: Notice of pendency of the first-filed of the Related Actions;
>
> Exhibit D: Shareholder Certifications executed by Loftus on behalf of himself and the Trust; and
>
> Exhibit E: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

1 | Executed on February 22, 2021, at Calabasas, California.

                                              */s/ Jennifer Pafiti*
                                              Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti