# EXHIBIT A

DocuSign Envelope ID: 26D0819D-5889-4C98-8825-807F8D6DB348

## DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, Mark Loftus, on my own behalf and on behalf of Patricia M. Loftus Trust uad 8/13/99 (the "Trust"), respectfully submit this Declaration in support of the motion for appointment of myself and the Trust as Co-Lead Plaintiffs and approval of my selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action on behalf of investors in the securities of CD Projekt S.A. ("CD Projekt" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2. I, Mark Loftus, live in Glen Ellyn, Illinois. I have a Bachelor of Arts degree in Communication Studies with an emphasis in organizational/corporate communication from Northern Illinois University. I am a financial advisor and have dealt with many attorneys for estate planning, personal injury, and employment matters. I am 55 years old and have been investing in the securities markets for 33 years. As reflected in my Certification, I purchased CD Projekt securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3. The Trust is a revocable living trust funded from assets acquired during my marriage. My wife Patricia M. Loftus and I are the Trustees of the Trust. As Trustees, each of us has authority to bind the Trust and enter into litigation on its behalf. As reflected in the Certification I signed on behalf of the Trust, the Trust purchased CD Projekt securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.	I have discussed this case with my counsel.  Accordingly, I am aware of the current status of this litigation.  I understand that in addition to myself and the Trust, other investors in CD Projekt securities may file motions seeking appointment as Lead Plaintiff in this action.  I understand that on February 22, 2021, my counsel will file a memorandum of law in support of the motion on behalf of myself and the Trust for appointment as Co-Lead Plaintiffs.  I understand that this Declaration and other supporting submissions prepared by my counsel will be filed concurrently with the memorandum of law.  I understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter.  I understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice.  I approved Pomerantz as my designated Lead Counsel and approved the filing of a motion on behalf of myself and the Trust seeking appointment as Co-Lead Plaintiffs.

5.	I attest to, among other things, my belief in the merits of this action; my desire to achieve the best possible result for the Class; my interest in prosecuting the case; my understanding of the fiduciary obligations of a Lead Plaintiff; and my preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated.  I hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of my views and intentions with respect to this litigation, and that I seek appointment of myself and the Trust as Co-Lead Plaintiffs in this action.

6.	Given my significant financial interest in the claims against the defendants, I am strongly motivated to recover the significant losses that myself, the Trust, and the Class suffered as a result of defendants' violations of the federal securities laws.  My principal goal in seeking appointment for myself and the Trust to serve as Co-Lead Plaintiffs in this case is to achieve the

best possible recovery for the Class from all culpable parties. I am committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with our duties under the PSLRA.

7. If the Trust and I are appointed Co-Lead Plaintiffs, I will satisfy my fiduciary obligations to the Class by, among other steps, conferring with my counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, I will ensure that the CD Projekt securities litigation will be vigorously prosecuted consistent with the obligations of Lead Plaintiffs under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

8. I understand that the Lead Plaintiff's share of any recovery is the same as every other potential class member. As stated in the Certifications I signed on my own behalf and on behalf of the Trust, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

9. I determined that I could maximize the Class's recovery by pooling the resources of myself and the Trust by seeking appointment of myself and the Trust as Co-Lead Plaintiffs. After reviewing the allegations pleaded in the complaint, and consulting with my counsel, I independently determined to seek appointment of myself and the Trust as Co-Lead Plaintiffs, and subsequently approved the filing of a motion seeking appointment of myself and the Trust as Co-Lead Plaintiffs. The collective resources of myself and the Trust, and my ability to engage in decision-making, will materially benefit and advance the interests of the Class in this case.

10. I understand that the PSLRA and courts throughout the country, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner. I intend to prosecute this litigation in such an independent and vigorous manner.

11. I also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently. I have fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation. In this case, I selected Pomerantz to serve as Lead Counsel. Based on Pomerantz's experience in achieving substantial recoveries in securities class actions, I believe that the firm is well-qualified to represent the Class.

12. Pomerantz has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. I will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself and the Trust are true and correct to the best of my knowledge.

Executed on this _____ day of February 2021.

*Mark Loftus*      2/20/2021 | 1:22 PM CST

Mark Loftus, on My Own Behalf

*Mark Loftus*      2/20/2021 | 1:22 PM CST

Mark Loftus, as Trustee, on Behalf of the Patricia M. Loftus Trust uad 8/13/99

5