# EXHIBIT B

**CD Projekt S.A. (OTGLY)**
**Class Period: January 16, 2020 to December 17, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 64-Day* Mean Price $18.4943 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Patricia M. Loftus Trust uad 8/13/99 | 12/4/2020 | 4,000 | $30.9900 | ($123,960) | | | | | 4,000 | $73,977 | ($49,983) |
| Loftus, Mark | 12/16/2020 | 4,000 | $21.3000 | ($85,200) | | | | | 4,000 | $73,977 | ($11,223) |
| **Loftus Total** | | **8,000** | | **($209,160)** | | | | | **8,000** | **$147,954** | **($61,206)** |

*Avg Closing Prices from Decemer 18, 2020 to February 19, 2021