Name and address:

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDREW TRAMPE, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-11627-FMO-RAO |
| v. | |
| CD PROJEKT S.A., et al., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stern, Jonathan                                                                          of    The Rosen Law Firm, P.A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                   275 Madison Avenue, 40th Floor
                                                                                              New York, NY 10016
(212) 686-1060          (212) 202-3827
*Telephone Number*      *Fax Number*

jstern@rosenlegal.com
*E-Mail Address*                                                                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
James W. Gordley

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

Rosen, Laurence M.                                                                       of    The Rosen Law Firm, P.A.
*Designee's Name (Last Name, First Name & Middle Initial)*                                    355 South Grand Avenue
                                                                                              Suite 2450
219683            (213) 785-2610        (213) 226-4684                                        Los Angles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

lrosen@rosenlegal.com
*E-Mail Address*                                                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
             is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                                    _____
                                                                                  **U.S. District Judge/U.S. Magistrate Judge**