Name and address:
Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANDREW TRAMPE, et al.,

Plaintiff(s)

v.

CD PROJEKT S.A., et al.,

Defendant(s).

CASE NUMBER

2:20-cv-11627-FMO-RAO

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stern, Jonathan
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 686-1060
*Telephone Number*

(212) 202-3827
*Fax Number*

jstern@rosenlegal.com
*E-Mail Address*

of

The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
James W. Gordley

Name(s) of Party(ies) Represented     [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel
Rosen, Laurence M.
*Designee's Name (Last Name, First Name & Middle Initial)*

219683
*Designee's Cal. Bar No.*

(213) 785-2610
*Telephone Number*

(213) 226-4684
*Fax Number*

lrosen@rosenlegal.com
*E-Mail Address*

of

The Rosen Law Firm, P.A.
355 South Grand Avenue
Suite 2450
Los Angles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**

[ ] **DENIED:** [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated   March 3, 2021

/s/ Fernando M. Olguin
U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1