POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Mark Loftus and Patricia M. Loftus Trust uad 8/13/99*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDREW TRAMPE, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,

Defendants.

Case No. 2:20-cv-11627-FMO-RAO

NOTICE OF NON-OPPOSITION OF MARK LOFTUS AND PATRICIA M. LOFTUS TRUST UAD 8/13/99 TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF COUNSEL

DATE: April 8, 2021
TIME: 10:00 a.m.
JUDGE: Fernando M. Olguin
CTRM: 6D

| | |
|---|---|
| RIVER HAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:21-cv-00354-CJC-JEM |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

On February 22, 2021, Mark Loftus ("Loftus") and the Patricia M. Loftus Trust uad 8/13/99 (the "Trust") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Loftus and the Trust as Co-Lead Plaintiffs on behalf of all persons or entities who purchased or otherwise acquired CD Projekt S.A. securities between January 16, 2020 and December 17, 2020, inclusive (the "Class"); and (3) approving Loftus and the Trust's selection of Pomerantz LLP as Lead Counsel for the Class. Dkt. No. 20.

Having reviewed the competing motions before the Court, it appears that Loftus and the Trust do not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This notice of non-opposition shall have no impact on Loftus and the Trust's membership in the proposed Class or their right to share in any recovery obtained for the benefit of Class members.

Dated: March 15, 2021

POMERANTZ LLP

*/s/ Jennifer Pafiti*

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Mark Loftus and Patricia M. Loftus Trust uad 8/13/99*

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti