**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Lili Ma*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | No. 2:20-cv-11627-FMO-RAO<br><br>**NOTICE OF NON-OPPOSITION OF LILI MA TO COMPETING MOTIONS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** |
| RIVER HAIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | No. 2:21-cv-00354-CJC-JEM<br><br>Judge: Hon. Cormac J. Carney |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Movant Lili Ma ("Movant") respectfully does not oppose the competing motions for lead plaintiff. On February 22, 2021, Movant timely filed a motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of selection of counsel, stating that she suffered losses of approximately $33,709.64 in financial losses in connection with his purchases of CD Projekt S.A. securities between January 16, 2020 and December 17, 2020, inclusive. Similar motions for consolidation, appointment as lead plaintiff, and approval of selection of counsel were filed by other putative class members in the Actions.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that, while Movant is well-qualified to serve as Lead Plaintiff in the Actions, she does not possess the "largest financial interest in the relief sought by the class" as required by the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This non-opposition shall have no impact on Movant's membership in the proposed class, her right to share in any recovery obtained for the benefit of the class, nor her ability to serve as lead plaintiff should the need arise.

//
//
//

*[Signature on Following Page]*

| | | |
|---|---|---|
| 1 | Dated: March 18, 2021 | Respectfully submitted, |
| 2 | | **LEVI & KORSINSKY, LLP** |
| 3 | | |
| 4 | | /s/ *Adam M. Apton* |
| | | Adam M. Apton (SBN 316506) |
| 5 | | Adam C. McCall (SBN 302130) |
| 6 | | 445 South Figueroa Street, 31st Floor |
| | | Los Angeles, CA 90071 |
| 7 | | Tel: (213) 985-7290 |
| 8 | | Email: aapton@zlk.com |
| | | Email: amccall@zlk.com |

# CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On March 18, 2021 I electronically filed the following **NOTICE OF NON-OPPOSITION OF LILI MA TO COMPETING MOTIONS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 18, 2021.

*/s/ Adam M. Apton*
Adam M. Apton