1  Laurence M. Rosen, Esq. (SBN 219683)
   **THE ROSEN LAW FIRM, P.A.**
2  355 South Grand Avenue, Suite 2450
3  Los Angeles, CA 90071
   Telephone: (213) 785-2610
4  Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6  Counsel for Movant and [Proposed]
7  Lead Counsel for the Class

8  [Additional Counsel on Signature Page]

9

10                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  ANDREW TRAMPE, Individually | Case No. 2:20-cv-11627-FMO-RAO |
| 13  and on behalf of all others similarly situated, | |
| 14 | **NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF** |
| 15              Plaintiff, | **JAMES W. GORDLEY TO CONSOLIDATE RELATED** |
| 16              v. | **ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND** |
| 17  CD PROJEKT S.A., ADAM | **APPROVAL OF CHOICE OF** |
| 18  MICHAL KICINSKI, PIOTR | **COUNSEL (DKT. NO. 13)** |
| 19  MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, | |
| 20 | CLASS ACTION |
| 21              Defendants. | |
| 22 | JUDGE: Fernando M. Olguin |
| 23 | Hearing Date: April 8, 2021 Time: 10:00 a.m. |
| 24 | CTRM: 6D – First Street Courthouse |

25  [Additional caption on next page]

26

27                                    1

| | |
|---|---|
| RIVER HAIN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:21-cv-00354-CJC-JEM<br><br>CLASS ACTION<br><br>JUDGE: Cormac J. Carney |

Pursuant to Local Civil Rule 7-15, Movant James W. Gordley ("Movant") hereby advises the Court that he waives oral argument on his motion to consolidate related actions, for appointment as lead plaintiff, and approval of choice of counsel, noticed for hearing on April 8, 2021 at 10:00 a.m.

On March 25, 2021, Movant filed a Notice of Non-Opposition to his motion. *See* Dkt. No. 35. Accordingly, Movant's motion is unopposed and should be granted without a hearing.

2

1

Dated: March 26, 2021                    Respectfully submitted,

2

3                                        **THE ROSEN LAW FIRM, P.A.**
                                         /s/Laurence Rosen

4                                        Laurence M. Rosen (SBN 219683)
                                         355 South Grand Avenue, Suite 2450

5                                        Los Angeles, CA 90071
                                         Telephone: (213) 785-2610

6
                                         Facsimile: (213) 226-4684

7                                        Email: lrosen@rosenlegal.com

8

9                                        Jonathan Stern (admitted *pro hac vice*)
                                         275 Madison Avenue, 40th Floor

10                                       New York, NY 10016
                                         Telephone: (212) 686-1060

11                                       Facsimile: (212) 202-3827

12                                       Email: jstern@rosenlegal.com

13
                                         *Counsel for Movant and [Proposed] Lead*

14                                       *Counsel for the Class*

15

16

17

18

19

20

21

22

23

24

25

26

27                                              3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 26, 2021, I electronically filed the following **NOTICE OF WAIVER OF ORAL ARGUMENT ON THE UNOPPOSED MOTION OF JAMES W. GORDLEY TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 13)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 26, 2021.


/s/Laurence Rosen
Laurence M. Rosen