UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando M. Olguin |

**WHEREAS**, on December 24, 2020, an action styled *Trampe v. CD Projekt S.A., et al.*, No. 2:20-cv-11627-FMO-RAO (C.D. Cal.) was filed against the Defendants which asserts claims for violations of the federal securities laws;

    **WHEREAS**, on January 14, 2021, a related action styled *Hain v. CD Projekt S.A., et al.*, No. 2:21-cv-00354-FMO-RAO (C.D. Cal.) was filed against the Defendants, which asserts claims for violations of the federal securities laws (together with the *Trampe* action, the "Original Complaints");

    **WHEREAS**, the related *Trampe* and *Hain* actions are subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA");

    **WHEREAS**, on May 14, 2021, the Court entered an Order Consolidating Related Actions, Appointing Lead Plaintiff and Lead Counsel and set a deadline of May 28 to file a Consolidated Amended Complaint. [Docket No. 38];

    **WHEREAS**, Plaintiff presently intends to file a consolidated amended complaint;

**WHEREAS**, the Defendants presently intend to move to dismiss any complaint in this action;

**WHEREAS**, pursuant to the PSLRA, all discovery and other proceedings in this action are stayed pending the determination of the Defendants' planned motion to dismiss;

**WHEREAS,** due to a pending deposition in another matter currently scheduled for May 27, as well as Plaintiff's need to complete a thorough investigation in this matter to meet the heightened pleading standards of the PSLRA, good cause exists to grant an extension of time to file an Amended Complaint, and no previous extension has been granted as to this deadline,

**NOW, THEREFORE**, Plaintiff and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. In the interest of judicial economy and preserving the resources of the parties and the Court, the Defendants are not required to answer, move or otherwise respond to the Original Complaints in this consolidated action.

2. The Defendants waives none of its rights, arguments or defenses by not answering, moving or otherwise responding to the Original Complaints, except that the Defendants have waived service of process [Docket Nos. 31-34].

3. Plaintiff shall file a consolidated amended complaint by June 28, 2021.

4. The Defendants shall answer or otherwise respond to the consolidated amended complaint within 45 days of its filing.

5. If a motion to dismiss is filed, Plaintiff shall file any opposition within 45 days of the filing of any motion to dismiss.

6. The Defendants shall file any reply within 30 days of the filing of the opposition. Pending determination of the Defendants planned motion to dismiss, no status conference should be held, no status report need be filed and, pursuant to the PSLRA, no discovery or other proceeding shall take place, unless the court

finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

Dated _____, 2021

_____
Hon. Fernando M. Olguin
United States District Judge