1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, <br><br> Defendants. | Case No. CV 20-11627 FMO (RAOx) <br><br> CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS <br><br> JURY TRIAL DEMANDED |

Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen  ("Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through his attorneys, which included, among other things, a review of the Defendants'

public documents, conference calls and announcements made by Defendants, public filings, wire and press releases published by and regarding CD Projekt S.A. ("CD Projekt" or the "Company"), and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.       This is a class action on behalf of persons or entities who purchased publicly traded CD Projekt securities between January 16, 2020 and December 17, 2020, inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act.")

2.       CD Projekt, SA is a Polish video game developer. As a relatively small video game developer, CD Projekt competes with larger developers by focusing almost all of the company's efforts on one single game at a time, releasing a new title once every several years. From 2015 to 2020, that game was Cyberpunk 2077. Beginning in January of 2020 CD Projekt assured the public that Cyberpunk 2077 was a complete and playable game and was pending final refinements before release on multiple platforms, including the highly popular PlayStation 4 and Xbox One gaming consoles. Throughout 2020, CD Projekt assured the public that it had essentially completed versions of the game for those two consoles. In reality, however, the games were virtually unplayable on the PlayStation 4 and Xbox One consoles. Having delayed the game several times however, CD Projekt's executives were determined to release the game in 2020 and reap the financial rewards, whether or not the game was actually finished. CD Projekt attempted to conceal the fact that the Sony PlayStation 4 and Microsoft Xbox One games did not work until the last moment by refusing to provide advance copies of those versions of the game

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

to reviewers. However, when CD Projekt released the game, the problems became immediately obvious, with fans expressing their outrage on the internet and demanding refunds. Sony and Microsoft responded to this customer outrage, with Microsoft placing a warning label about the game's lack of functionality on their electronic Xbox store, and Sony removing the game from their electronic PlayStation store altogether. As a result CD Projekt's price declined by more than 25%, harming investors.

## JURISDICTION AND VENUE

3.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

4.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

5.     Venue is proper in this judicial district pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b) as the alleged misstatements entered and the subsequent damages took place in this judicial district.

6.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants (defined below), directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

7.     Plaintiff James W. Gordley, as set forth in the previously filed Certification, purchased the Company's ADRs at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure. Throughout the class period Gordley resided in the state of Louisiana

– 3 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

and made his purchases through Charles Schwab, a securities broker headquartered in Texas. He purchased his securities on the OTC Pink, a New York Based trading venue.

8.      Plaintiff Phillip Trefethen, as set forth in the accompanying Certification, purchased the Company's ADRs at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure. Throughout the class period Trefethen resided in the state of New Hampshire and made his purchases through JP Morgan, a securities broker headquartered in New York. He purchased his securities on the OTC Pink, a New York Based trading venue.

9.      Plaintiff Steven Shaginyan, as set forth in the accompanying Certification, purchased the Company's securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure. Throughout the class period Shaginyan resided in the state of California and made his purchases through Vanguard, a securities broker headquartered in Pennsylvania. He purchased his securities on the OTC Pink, a New York Based trading venue.

10.     Defendant CD Projekt, through its subsidiaries, engages in the development and digital distribution of videogames worldwide. It operates through two segments, CD PROJEKT RED and GOG.com. The Company's product portfolio includes The Witcher, The Witcher 2: Assassins of Kings, The Witcher 3: Wild Hunt, Hearts of Stone games, and Blood and Wine, Thronebreaker: The Witcher Tales, Gwent: The Witcher Card game, and Cyberpunk 2077, as well as online multiplayer games.

11.     CD Projekt is incorporated in Delaware and its head office is located at Building E, ul. Jagiellonska 74, Warsaw 03-301, Poland. CD Projekt's American

– 4 –

Depository Receipts ("ADRs") trade on the OTC Pink under the ticker symbol "OTGLY", and its ordinary shares trade on the OTC Pink under the ticker symbol "OTGLF." The two ADR depositaries of CD Projekt ADRs during the class period were Citibank, N.A. and Deutsche Bank Trust Company Americas. The depositaries are incorporated in Delaware and New York respectively. The depositaries both have their headquarters in New York. Both depositaries designated their address for service in New York. The offices where both depositaries designated as the location for shareholders to tender their ADRs in exchange for common shares are located in New York.

12.   Defendant Adam Michal Kicinski ("Kicinski") has served as the Company's Joint Chief Executive Officer ("CEO") and as President of the Management Board throughout the Class Period. He completed studies at the Warsaw University Faculty of Physics without receiving a diploma. He worked at CD PROJEKT since its founding in 1994. He was involved in establishing and managing a network of CD Projekt retail points (1995-1999), subsequently becoming the CD Projekt Marketing Director (1999-2004). He co-directed the activities of CD Projekt RED since 2004, becoming its sole director in 2006.

13.   Defendant Marcin Iwinski ("Iwinski") has served as the Company's Joint Chief Executive Officer ("CEO") and as Member of the Management Board throughout the Class Period. He is the co-founder of CD Projekt.

14.   Defendant Piotr Marcin Nielubowicz ("Nielubowicz") has served as the Company's Chief Financial Officer ("CFO") and Vice-President of the Management Board throughout the Class Period. He graduated from the Warsaw University Faculty of Management, majoring in management and marketing. Furthermore, completed financial studies at the Leon Koźmiński University (without receiving a diploma) and postgraduate studies at the SGH Warsaw School

– 5 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

of Economics, majoring in Capital Investments and Company Development Projects and postgraduate studies at the SGH Warsaw School of Economics & EY Academy of Business, majoring in IFRS in Practice. In 1999 he joined CD PROJEKT as the Company's shareholder, board member and CFO.

15. Defendant Michał Nowakowski ("Nowakowski") has served as the vice president of business development and member of the Management Board throughout the Class Period. He graduated from the Nicolaus Copernicus University in Toruń majoring in English philology. In 2008 he also completed postgraduate studies in marketing and management at the Leon Kozminski University. He began his professional career as an employee of Egmont Sp. z o.o. (1999-2002) and Axel Springer Polska Sp. z o.o. (2002-2005) where he was responsible for editing videogame-related periodicals and acquiring licenses for games bundled on CDs accompanying these publications.

16. Defendants Kicinski, Iwinski, Nielubowicz, and Nowakowski are sometimes referred to herein as the "Individual Defendants."

17. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was privy to confidential proprietary information concerning the Company and its business and operations;

(d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

(f)     was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g)     approved or ratified these statements in violation of the federal securities laws.

18.     The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

19.     The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to the Company under *respondeat superior* and agency principles.

20.     The Company and the Individual Defendants are referred to herein, collectively, as the "Defendants."

**<u>Video Game Industry Background</u>**

21.     Video games are a $179.7 billion global industry, according to a December 22, 2020 article by Marketwatch titled "Videogames are a bigger industry than movies and North American sports combined, thanks to the pandemic."     https://www.marketwatch.com/story/videogames-are-a-bigger-industry-than-sports-and-movies-combined-thanks-to-the-pandemic-11608654990.

22.     As of 2019, 46% of the video game market consisted of games for mobile devices such as smartphones or tablets. 24% are games for PCs. 30% are games for dedicated video game consoles such as the Sony PlayStation series of consoles, and the Microsoft Xbox series of consoles.

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

23. The video game console market is dominated by three firms: Nintendo, Sony, and Xbox. Sony's line of video game consoles is called the PlayStation. The PlayStation 4 released in 2013. The PlayStation 5 released in 2020. Microsoft's home consoles are the Xbox line. The Xbox One released in 2013. The Xbox Series X released in 2021.

24. While some video game releases are exclusive to a single console or to the PC, many games are released on multiple platforms. Releasing a game on multiple platforms requires a developer to program different versions of the game optimized for the technical specifications of a particular platform. Often, at the end of one console generation and the beginning of the next, games are released on both the old and new generation of consoles. In these instances, developers must adjust the game so that the new generation version can take advantage of the superior graphical capabilities of the new generation hardware, while the old generation version can run smoothly on less powerful hardware.

25. Xbox and PlayStation games can be purchased on physical discs or downloaded digitally from the Xbox or PlayStation electronic stores.

**Company Background and Development of Cyberpunk 2077**

26. Marcin Iwiński and Michal Kiciński founded CD Projekt SA in 1994. Originally CD Projekt distributed foreign games for the polish market. In 2002 CD Projekt formed the subsidiary CD Projekt Red to develop original games. The first game CD Projekt Red developed was The Witcher, which it released in 2007. In 2015, CD Projekt Red released the title The Witcher 3: Wild Hunt, which achieved major critical and commercial success.

27. In 2012 CD Projekt announced it was developing a game based on the Cyberpunk tabletop role playing game. Originally developed by Mike Pondsmith, Cyberpunk is set in a dystopian future United States with advanced technology.

– 8 –

After releasing the Witcher 3, CD Projekt devoted substantially all of its resources to development of the Cyberpunk video game, titled Cyberpunk 2077.

28.     In 2018, CD Projekt unveiled an hour-long gameplay trailer at the E3 conference in Los Angeles, the largest gaming exposition in the world.

29.     In 2019 CD Projekt announced that the game would be released April 17, 2020 and would be released on various platforms, including Sony's PlayStation 5 and Microsoft's Xbox Series X and Xbox Series S ("Next-Generation Consoles"), Microsoft's Xbox Series One and Sony's PlayStation 4 (the "Current-Generation Consoles"), Windows, and Google's Stadia.

30.     On January 16, 2020, CD Projekt released a statement attributed to Martin Iwinski announcing that though Cyberpunk 2077 was "complete and playable", the game's release date would be delayed until September 7, 2020, as the Company "needed more time to finish playtesting, fixing and polishing."

31.     On June 18, 2020, CD Projekt announced a further delay to November 19, 2020.

32.     On October 27, 2020, CD Projekt announced that the game would be further delayed until December 10.

**<u>The Reality – Cyberpunk 2077 Was Not Playable on Current Generation Consoles</u>**

33.     In reality, Cyberpunk 2077 was unplayable on Current Generation Consoles, which constituted nearly half the market, according to Morgan Stanley estimates that projected the Playstation 4 and Xbox One to constitute 45% of Cyberpunk 2077's potential market.

34.     Bloomberg.com, on January 16, 2021, published an article titled "Inside Cyberpunk 2077's Disastrous Rollout" (the "January 16 Bloomberg Article") revealing the truth behind the scenes, that the game was not ready for

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

launch at any point in 2020 and that CD Projekt was fully aware of this. According to the January 16 Bloomberg Article:

> Interviews with more than 20 current and former CD Projekt staff, most of whom requested anonymity so as not to risk their careers, depict a development process marred by unchecked ambition, poor planning and technical shortcomings. Employees, discussing the game's creation for the first time, described a company that focused on marketing at the expense of development, and an unrealistic timeline that pressured some into working extensive overtime long before the final push.

35.     Further, the 1 hour gameplay trailer that CD Projekt showed during E3 was "almost entirely fake" – that is, the video was not made up of actual gameplay footage but rather prerendered graphics.

36.     When CD Projekt announced that the game would be released on April 16, 2020, "[f]ans were elated, but internally, some members of the team could only scratch their heads, wondering how they could possibly finish the game by then. One person said they thought the date was a joke. Based on the team's progress, they expected the game to be ready in 2022. Developers created memes about the game getting delayed, making bets on when it would happen."

37.     The January 16, 2021 Bloomberg Article went on to state that

> by the end of 2019, management finally acknowledged that Cyberpunk needed to be delayed. Last January, the company pushed the game's release to September. In March, as the pandemic began ravaging the globe and forcing people to stay inside, CD Projekt staff had to complete the game from their homes. Without access to the office's console development kits, most developers would play builds of the game on their home computers, so it wasn't clear to everyone how Cyberpunk might run on PS4 and Xbox One. External tests, however, showed clear performance issues.
>
> …
>
> As the launch date drew closer, everyone at the studio knew the game was in rough shape and needed more time, according to several people

– 10 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

familiar with the development. Chunks of dialogue were missing. Some actions didn't work properly. When management announced in October that the game had "gone gold" — that it was ready to be pressed to discs [for full commercial release]— there were still major bugs being discovered. The game was delayed another three weeks as exhausted programmers scrambled to fix as much as they could.

When Cyberpunk 2077 finally launched on Dec. 10, the backlash was swift and furious. Players shared videos of screens overrun with tiny trees or characters gallivanting around without pants, and compiled lists of features that had been promised but were not in the final product.

38.     During the class period, it was so widely known within CD Projekt that the game was riddled with glitches that developers made a comedic video showing 10 minutes of glitches, titled "'Cyber ElBuggado 2020". It is available at https://www.youtube.com/watch?v=zMUSTnjLmXQ. This video was leaked publicly in June of 2021 following a hack of CD Projekt's servers. CD Projekt producer Slava Lukyanenka confirmed the authenticity of the video, calling it "a fun composition of bug materials collected by QA and developers through years of development." According to an article in Forbes Magazine dated June 6, 2021, titled "CDPR Made Its Own 'Cyberpunk 2077' Internal Bug Meme Reel Ahead Of Launch", many of the glitches seen on the video mirror those that users encountered in the finished game.

## Materially False and Misleading Statements

39.     On January 16, 2020, CD Projekt released a statement attributed to Martin Iwinski announcing that though Cyberpunk 2077 was "complete and playable", the game's release date would be delayed until September 17, 2020, as the Company "needed more time to finish playtesting, fixing and polishing."

40.     On April 8, 2020, the Company published its Annual Report for fiscal year 2019. Accompanying the Annual Report was a Management Board Report, which stated the following concerning Cyberpunk 2077:

– 11 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

After the close of the reporting period, on 16 January 2020, the Management Board announced that the release date of Cyberpunk 2077 would be pushed back to 17 September 2020. The Board justified this decision by pointing out the need for additional time to fully playtest, bugfix and polish the game, **thus ensuring that customers receive a top-quality product.**

41.   On September 4, 2020 CD Projekt published their financial results for the first half of 2020 via press release. That same day, the Company held a conference call to discuss its results. There, Defendant Kicinski stated the following concerning Cyberpunk 2077's release:

So –yes, we are confirming and, well, actually today we started preparing for the final certification, so we're very close. Of course we'll work on the title till the very end; that's kind of normal. It's a huge game, but as we said –everything is on track and we're planning to launch it on 19 November.

\*     \*     \*

[T]he current version, which will be released in November, will be playable from the beginning when next-gen consoles are released; you will be able to play the current-gen version on next-gen from day 1.

42.   On October 28, 2020, CD Projekt held a conference call. There, Defendant Kicinski announced that the release date for Cyberpunk 2077 would be delayed by three weeks to fix issues with the Current-Generation Console versions. He elaborated that "the game is releasable on the 19th and having those 3 more weeks just gives us more changes to fix this and that –so we feel secure."

43.   During the call, when asked about rumors related to problems with the Current-Generation Console versions, Defendant Nowakowski stated:

**I wouldn't say there is a "problem" because there's nothing wrong with Xbox or PS4 versions** –there is optimization to be handled, also because of how we were approaching things from the get-go in terms of development; so –**there is no problem with Xbox or PlayStation 4, to be honest.**

– 12 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

44.     On November 25, 2020, CD Projekt published their financial results for the third quarter of 2020 via press release. With respect to Cyberpunk 2077, the press release stated that "[p]ositive impressions on the part of journalists, and in particular their remarks which underscore the complexity and amazing ambience of Night City make us very happy and confirm the remarkable potential of Cyberpunk."

45.     The Company held a conference call to discuss their quarterly results on November 30, 2020. During the call, Defendant Kicinski, when asked about the state of Cyberpunk 2077, stated "we believe that the game performs great on every platform."

46.     During the call, when asked about potential bugs, Defendant Kicinksi stated that:

> **So, in terms of bugs, we are all aware of them.** Of course, such a big game can't be just bug free. That's the kind of obvious, **but we believe that the level will be as low as to let gamers not see them**. And fortunately, some bugs extended previous were caused by some general -- I would say general features and many of them are already fixed. So, what gamers will get will be different from what -- and what we viewers will get in this final review is it's better than what previewers, got.

47.     The statements contained in ¶¶39-46 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) the number of bugs, crashes, and extensive problems with Cyberpunk 2077 were much worse than Defendants described in their public statements; (2); Cyberpunk 2077 was virtually unplayable on the current-generation Xbox or PlayStation systems due to an enormous number of bugs; (3) as a result, Sony would remove Cyberpunk

– 13 –

2077 from the PlayStation store, and Sony, Microsoft and the Company would be forced to offer full refunds for the game; (4) consequently, the Company would suffer reputational and pecuniary harm; and (5) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times.

## The Truth Emerges

48.     The Company launched Cyberpunk 2077 on December 10, 2020. Consumers soon discovered that the Current-Generation Console versions of Cyberpunk 2077 were error-laden and nearly impossible to play. *IGN* published a scathing review, stating that the Console versions "fail[] to hit even the lowest bar of technical quality one should expect even when playing on lower-end hardware. [Cyberpunk 2077] performs so poorly that it makes combat, driving, and what is otherwise a master craft of storytelling legitimately difficult to look at."

49.     As the New York Times explained, in an article dated December 19, 2020,

> Since the release of Cyberpunk 2077 on Dec. 10, thousands of gamers have created viral videos featuring a multitude of glitches and bugs — many hilarious — that mar the game. They include tiny trees covering the floors of buildings, tanks falling from the sky and characters standing up, inexplicably pantless, while riding motorcycles.

> These videos depict a game that is virtually unplayable: rife with errors, populated by characters running on barely functional artificial intelligence, and largely incompatible with the older gaming consoles meant to support it. Fans are livid.

> …

> One frequent glitch includes characters going into "T-Pose" — standing with their arms raised to either side — and suddenly losing their pants. Users on Reddit described the phenomenon as "straight Donald Duckin' it."

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

Other bloopers include characters being flung through buildings seemingly out of nowhere and cars exploding for no reason. The non-player characters, or N.P.C.s, act so unnaturally that they can ruin the gaming experience.

50.     On December 14, 2020, facing criticism for delivering an unplayable, bug-ridden product on the PlayStation 4 and Xbox One, the Company held a conference call. During the call, Defendant Kicinski called the Current-Generation Console versions "way below our expectations," and stated the following:

> After 3 delays, we as the Management Board were too focused on releasing the game. *We underestimated the scale and complexity of the issues, we ignored the signals about the need for additional time to refine the game on the base last-gen consoles*. It was the wrong approach and against our business philosophy. On top of that, during the campaign, we showed the game mostly on PCs.

51.     During that same call, Defendant Nielubowicz stated "we definitely did not spend enough time looking at that," when referring to issues with the Current-Generation Console versions.

52.     Following the release, the Company's ADRs fell from its close of $27.68/share on December 9, 2020 to close at $20.75/share on December 14, 2020, a drop of $6.93/share or 25% over 3 trading days, damaging investors. Over that same period, CD Projekt's common share (OTGLF) price fell $21.65 per share, or 20.1%, to close at $86.00 on December 14, 2020, damaging investors.

53.     Then, on December 18, 2020, Sony issued a statement via the PlayStation website that it would "offer a full refund for all gamers who have purchased Cyberpunk 2077 via PlayStation Store" and "be removing Cyberpunk 2077 from PlayStation Store until further notice." Microsoft also announced that it would offer refunds for the game.

54.     That same day, the Company stated that Sony's decision to "temporarily suspend" sales of the game came after a discussion with the Company.

– 15 –

55.     That same day, Bloomberg.com revealed a contentious video meeting involving CD Projekt's board and staff that occurred in the wake of Cyberpunk's release. The article, titled "Cyberpunk Game Maker Faces Hostile Staff After Failed Launch", told the public that "[f]rustrated and angry staff fired questions at the board during an internal video meeting Thursday that opened with management apologizing for Cyberpunk 2077's disastrous launch, according to two people who were present." Further, "[o]ne employee asked the board why it had said in January that the game was 'complete and playable' when that wasn't true, to which the board answered that it would take responsibility." The article also revealed the source of CD Projekt's failure to launch a playable game.

> Many industry observers have wondered why Cyberpunk 2077, which was first announced in 2012 and was delayed three times in 2020, still appears to be unfinished. Several current and former staff who worked on Cyberpunk 2077 have all said the same thing: The game's deadlines, set by the board of directors, were always unrealistic. It was clear to many of the developers that they needed more time.

56.     On this news, CD Projekt's ADR (OTGLY) price fell $3.44 per share, or 15.8%, to close at $18.50 per ADR on December 18, 2020, damaging investors. CD Projekt's common share (OTGLF) price fell $9.20 per share, or 10.45%, to close at $78.80/share on December 18, 2020, damaging investors.

57.     On December 19, Microsoft added a warning to its Xbox store informing customers that "[u]sers may experience performance issues when playing this game on Xbox One consoles until this game is updated". Microsoft also modified its refund policy to permit anyone who purchased Cyberpunk 2077 to receive a refund no questions asked.

58.     Defendants acknowledged that the issues with the game and Sony's decision to remove the game from the PlayStation Store suppressed sales and created liabilities for potential returns. Defendant Nielubowicz stated, on an April

– 16 –

23 analyst call, that "the sentiment surrounding Cyberpunk and the situation with the Sony digital storefront – the fact that we were cut off from a large portion of the market – may have also indirectly affected gamers' decisions to purchase the game on other platforms, and definitely influenced sales."

59.     On a June 2, 2021 conference call with analysts, Defendant Nowakowski stated that, even once Cyberpunk 2077 is restored to the PlayStation Store, the rate of sales will not return to the level that they would have achieved had the game not been removed from the store. When asked "When Cyberpunk relaunches on PS Store, what are your expectations regarding sales – are they in line with what you had previously, or will you have to invest in marketing to get back to that level?" Nowakowski stated:

> We're not really looking at it this way. Of course, getting back to PS Store will improve sales – which are currently nil. I'm assuming that once we're back, there will be some sales. However, in terms of bringing it back to the previous level – that is a tough question because the game left the store on 18 December, and it's almost June right now – so, honestly speaking, it would be unheard of to go back to the level of sales from the launch window 6 months down the line. I guess that's as much as I can go into details here; I think it would be unrealistic to expect to go back to the December level of sales with any kind of marketing.

60.     On that same call, Defendant Nielubowicz stated that "as long as we're not back on the Sony store, the general situation is not changing. One of our leading outlets is not available and we generated most of our sales in PC digital channels."

61.     As a result of Defendants' wrongful acts and omissions, and the decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## Additional Allegations in Support of Scienter

## Additional Allegations Supporting Kicinski's Scienter

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

62.     The fact that Cyberpunk was CD Projekt's only major release for 2020 and therefore the almost exclusive focus of the company throughout the class period supports a strong inference of Kicinski's scienter. As the only major product under development, the development and marketing of Cyberpunk 2077 was Kicinski's main focus as CEO during the class period.

63.     Further supporting scienter was the scope and obviousness of the defects of the game. Cyberpunk 2077 was so riddled with bugs that numerous consumers complained about the game's bugs within one day of its launch.

64.     Further supporting scienter is the fact that CD Projekt refused to provide advance review copies of the PlayStation 4 and Xbox One versions of Cyberpunk 2077 to reviewers and avoided showing pre-release footage of the PlayStation 4 and Xbox One versions of the game publicly. As the New York Times December 19, 2020 article explained,

> [t]ypically, game developers send early copies of new titles to reviewers with ample lead time. But CD Projekt Red kept Cyberpunk 2077 under wraps for as long as it could. The company only shared advance copies of the PC version with gaming publications and news organizations, previewing the best possible version of Cyberpunk to reviewers who would post their ratings online just days before the game's release.
>
> For months, reviewers, including those at The New York Times, tried to obtain review copies for the new game consoles released by Sony and Microsoft this year. Stephanie Bayer, a spokeswoman for CD Projekt Red, said in a previous email correspondence that the company would "hold off sending our console codes until close to launch" so that they could "send them securely." That never happened.

65.     However, Bayer's explanation was false. Defendant Iwinski admitted, on a December 14 conference call, that the reason for not providing the console version of the game to reviewers or releasing console footage was to conceal the game's defects.

– 18 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

> For the second question – with regard to not showing the console version – we've actually shown console footage, but never on the last-gen consoles. The reason is that we were updating the game on last-gen consoles until the very last minute, and we thought we'd make it in time. Unfortunately this resulted in giving it to reviewers just one day before the release, which was definitely too late and the media didn't get the chance to review it properly. That was not intended; we were just fixing the game until the very last moment.

66.     Further supporting scienter is the fact that the company, by its own admission, conducted extensive bug testing itself and also hired external bug testers, which would have revealed the exact same bugs that customers found.

67.     Further supporting scienter is the fact that the company created an internal video showing a compilation of the game's many bugs before the launch documenting numerous defects that remained in the final product.

68.     Further supporting scienter is the fact that Kicinski admitted that the Management Board ignored red flags and violated the company's own business philosophy to release the game.

> After 3 delays, we as the Management Board were too focused on releasing the game. We underestimated the scale and complexity of the issues, we ignored the signals about the need for additional time to refine the game on the base last-gen consoles. It was the wrong approach and against our business philosophy. On top of that, during the campaign, we showed the game mostly on PCs.

69.     Further supporting scienter is the fact that Kicinski confirmed on November 30, 2020 that "we are aware of all of" the bugs in the game.

70.     Further supporting scienter is the fact that CD Projekt released a fake promotional video in 2018.

**<u>Additional Allegations Supporting Iwinski's Scienter</u>**

– 19 –

1.      The fact that Cyberpunk was CD Projekt's only major release for 2020 and therefore the almost exclusive focus of the company throughout the class period supports a strong inference of Iwinski's scienter.

2.      Further supporting scienter was the scope and obviousness of the defects of the game.  Cyberpunk 2077 was so riddled with bugs that numerous consumers complained about the game's bugs within one day of its launch.

3.      Further supporting scienter is the fact that CD Projekt refused to provide advance review copies of the PlayStation 4 and Xbox One versions of Cyberpunk 2077 to reviewers and avoided showing pre-release footage of the PlayStation 4 and Xbox One versions of the game publicly. Iwinski admitted, on a December 14 conference call, that the reason for this was that the game still had defects.

> For the second question – with regard to not showing the console version – we've actually shown console footage, but never on the last-gen consoles. The reason is that we were updating the game on last-gen consoles until the very last minute, and we thought we'd make it in time. Unfortunately this resulted in giving it to reviewers just one day before the release, which was definitely too late and the media didn't get the chance to review it properly. That was not intended; we were just fixing the game until the very last moment.

4.      Further supporting scienter is the fact that the company, by its own admission, conducted extensive bug testing itself and also hired external bug testers, which would have revealed the exact same bugs that customers found.

5.      Further supporting scienter is the fact that Kicinski admitted that the Management Board ignored red flags and violated the company's own business philosophy to release the game.

> After 3 delays, we as the Management Board were too focused on releasing the game. We underestimated the scale and complexity of the issues, we ignored the signals about the need for additional time to refine the game on the base last-gen consoles. It was the wrong

– 20 –

approach and against our business philosophy. On top of that, during the campaign, we showed the game mostly on PCs.

6.    Further supporting scienter is the fact that the company created an internal bug reel documenting numerous defects that remained in the final product.

7.    Further supporting scienter is the fact that CD Projekt released a fake promotional video in 2018.

**Additional Allegations Supporting Nielubowicz's Scienter**

8.    The fact that Cyberpunk was CD Projekt's only major release for 2020 and therefore the almost exclusive focus of the company throughout the class period supports a strong inference of Nielubowicz's scienter.

9.    Further supporting scienter was the scope and obviousness of the defects of the game.  Cyberpunk 2077 was so riddled with bugs that numerous consumers complained about the game's bugs within one day of its launch.

10.    Further supporting scienter is the fact that CD Projekt refused to provide advance review copies of the PlayStation 4 and Xbox One versions of Cyberpunk 2077 to reviewers and avoided showing pre-release footage of the PlayStation 4 and Xbox One versions of the game publicly. Iwinski admitted, on a December 14 conference call, that the reason for this was that the game still had defects.

> For the second question – with regard to not showing the console version – we've actually shown console footage, but never on the last-gen consoles. The reason is that we were updating the game on last-gen consoles until the very last minute, and we thought we'd make it in time. Unfortunately this resulted in giving it to reviewers just one day before the release, which was definitely too late and the media didn't get the chance to review it properly. That was not intended; we were just fixing the game until the very last moment.

– 21 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

11.     Further supporting scienter is the fact that the company, by its own admission, conducted extensive bug testing itself and also hired external bug testers, which would have revealed the exact same bugs that customers found.

12.     Further supporting scienter is the fact that Kicinski admitted that the Management Board ignored red flags and violated the company's own business philosophy to release the game.

> After 3 delays, we as the Management Board were too focused on releasing the game. We underestimated the scale and complexity of the issues, we ignored the signals about the need for additional time to refine the game on the base last-gen consoles. It was the wrong approach and against our business philosophy. On top of that, during the campaign, we showed the game mostly on PCs.

13.     Further supporting scienter is the fact that the company created an internal bug reel documenting numerous defects that remained in the final product.

14.     Further supporting scienter is the fact that CD Projekt released a fake promotional video in 2018.

**Additional Allegations Supporting Nowakowski's Scienter**

15.     The fact that Cyberpunk was CD Projekt's only major release for 2020 and therefore the almost exclusive focus of the company throughout the class period supports a strong inference of Nowakowski's scienter.

16.     Further supporting scienter was the scope and obviousness of the defects of the game.  Cyberpunk 2077 was so riddled with bugs that numerous consumers complained about the game's bugs within one day of its launch.

17.     Further supporting scienter is the fact that CD Projekt refused to provide advance review copies of the PlayStation 4 and Xbox One versions of Cyberpunk 2077 to reviewers and avoided showing pre-release footage of the PlayStatio.4 and Xbox One versions of the game publicly. Iwinski admitted, on a

– 22 –

December 14 conference call, that the reason for this was that the game still had defects.

> For the second question – with regard to not showing the console version – we've actually shown console footage, but never on the last-gen consoles. The reason is that we were updating the game on last-gen consoles until the very last minute, and we thought we'd make it in time. Unfortunately this resulted in giving it to reviewers just one day before the release, which was definitely too late and the media didn't get the chance to review it properly. That was not intended; we were just fixing the game until the very last moment.

18.     Further supporting scienter is the fact that the company, by its own admission, conducted extensive bug testing itself and also hired external bug testers, which would have revealed the exact same bugs that customers found.

19.     Further supporting scienter is the fact that Kicinski admitted that the Management Board ignored red flags and violated the company's own business philosophy to release the game.

> After 3 delays, we as the Management Board were too focused on releasing the game. We underestimated the scale and complexity of the issues, we ignored the signals about the need for additional time to refine the game on the base last-gen consoles. It was the wrong approach and against our business philosophy. On top of that, during the campaign, we showed the game mostly on PCs.

20.     Further supporting scienter is the fact that the company created an internal bug reel documenting numerous defects that remained in the final product.

21.     Further supporting scienter is the fact that CD Projekt released a fake promotional video in 2018.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

22.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired the publicly traded securities of CD Projekt during

– 23 –

the Class Period (the "Class") and were damaged upon the revelation of the alleged corrective disclosure. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

23.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on OTC. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

24.     Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

25.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

26.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether Defendants' acts as alleged violated the federal securities laws;

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

(b)     whether Defendants' statements to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of the Company;

(c)     whether Defendants' statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d)     whether the Individual Defendants caused the Company to issue false and misleading filings and public statements during the Class Period;

(e)     whether Defendants acted knowingly or recklessly in issuing false and misleading filings and public statements during the Class Period;

(f)     whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

(g)     whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

27.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

28.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

(a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

(b)    the omissions and misrepresentations were material;

(c)    the Company's securities are traded in efficient markets;

(d)    the Company's securities were liquid and traded with moderate to heavy volume during the Class Period; on average during the class period, 2,306,353 shares of CD Projekt stock traded weekly, or 3.6% percent of the float. Shares of CD Projekt ADRs tracked the price of the common stock throughout the class period.

(e)    the Company traded on OTC with 30 market makers, and was covered by 19 analysts;

(f)    the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; Plaintiff and members of the Class purchased and/or sold the Company's securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts; and

(g)    Unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock price during the Class Period.

29.    Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

30.    Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

– 26 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

## COUNT I

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5
### Against All Defendants

31.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

32.    This Count is asserted against the Company and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

33.    During the Class Period, the Company and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

34.    The Company and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they: employed devices, schemes and artifices to defraud; made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and/or engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of the Company's securities during the Class Period.

35.    The Company and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public;

– 27 –

and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

36.     Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other personnel of the Company to members of the investing public, including Plaintiff and the Class.

37.     As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of the Company's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of the Company's and the Individual Defendants' false and misleading statements.

38.     Had Plaintiff and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by the Company's and the Individual Defendants' misleading statements and by the

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

material adverse information which the Company's and the Individual Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

39.     As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

40.     By reason of the foregoing, the Company and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of the Company's securities during the Class Period.

<u>**COUNT II**</u>

**Violation of Section 20(a) of The Exchange Act**

<u>**Against The Individual Defendants**</u>

41.     Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

42.     During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's business practices.

43.     As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

44.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities.

45.     Each of the Individual Defendants, therefore, acted as a controlling person of the Company. By reason of their senior management positions and/or being directors of the Company, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, the Company to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

46.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

– 30 –

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL
SECURITIES LAWS

B.      Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.      Awarding Plaintiff and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.      Awarding such other and further relief as this Court may deem just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury.


Dated: June 28, 2021                  Respectfully submitted,

                                      **THE ROSEN LAW FIRM, P.A.**

                                      */s/ Jonathan Stern*
                                      Jonathan Stern (*pro hac vice*)
                                      Laurence M. Rosen, Esq. (SBN 219683)
                                      355 S. Grand Avenue, Suite 2450
                                      Los Angeles, CA 90071
                                      Telephone: (213) 785-2610
                                      Facsimile: (213) 226-4684
                                      Email: lrosen@rosenlegal.com

                                      *Counsel for Plaintiff*

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS