COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**JOINT MOTION FOR ORDER INCREASING PAGE LIMITATION FOR DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT, PLAINTIFFS' OPPOSITION, AND DEFENDANTS' REPLY**<br><br>Judge: Hon. Fernando M. Olguin |

Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski (collectively, "Defendants") and Lead Plaintiff James W. Gordley and additional plaintiffs Steven Shaginyan and Phillip Trefethen (collectively, "Plaintiffs," and together with Defendants, the "Parties"), stipulate and propose as follows:

**WHEREAS**, on May 14, 2021, the Court entered an Order Consolidating Related Actions, Appointing Lead Plaintiff and Lead Counsel, and set a deadline of May 28, 2021 to file a Consolidated Amended Complaint. [Docket No. 38];

**WHEREAS**, on May 21, 2021, the Court entered an Order on the Parties' stipulation and extended the deadline to file a Consolidated Amended Complaint to June 28, 2021. [Docket No. 40];

**WHEREAS**, on June 28, 2021, Plaintiffs filed a Consolidated Class Action Complaint containing two claims against Defendants for alleged violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (Count 1) and Section 20(a) of Exchange Act (Count 2). [Docket No. 41];

**WHEREAS**, Defendants' response to the Consolidated Class Action Complaint is due by August 12, 2021, and Defendants intend to file a Motion to Dismiss the Consolidated Class Action Complaint ("Motion to Dismiss").

**WHEREAS**, in their forthcoming Motion to Dismiss, Defendants will argue that: (1) the Court lacks personal jurisdiction; (2) Plaintiffs' claims are impermissibly extraterritorial and/or otherwise fail to satisfy Section 10(b)'s requirement that there be a causal connection between the fraud and the securities at issue; (3) Poland, not the Central District of California, is the more appropriate forum in which to adjudicate this dispute; (4) Plaintiffs fail to adequately plead an actionable false or misleading statement; and (5) Plaintiffs fail to adequately plead scienter. The Parties believe they will need more pages than are provided under the local rules to adequately brief these many distinct issues, some of which require addressing multi-factor legal tests.

**THEREFORE**, the Parties agree and stipulate, through their respective counsel, subject to the Court's approval under Local Civil Rule 11-6, that Defendants shall have up to 40 pages for their memorandum in support of their Motion to Dismiss, Plaintiffs shall have up to 40 pages for their memorandum in opposition to the Motion to Dismiss, and Defendants shall have up to 20 pages for their reply memorandum.

| | | |
|---|---|---|
| Dated: | July 27, 2021 | THE ROSEN LAW FIRM, P.A. |

By: <u>/s/ Jonathan Stern</u>
         Jonathan Stern (*pro hac vice*)

Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: | July 27, 2021 | COOLEY LLP |

By: <u>/s/ Ryan E. Blair</u>
         Ryan E. Blair (246724)

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jonathan Stern, and that I have obtained his authorization to affix his electronic signature to this document.

| | | |
|---|---|---|
| Dated: | July 27, 2021 | COOLEY LLP |

By: <u>/s/ Ryan E. Blair</u>
         Ryan E. Blair (246724)