Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>  Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>NOTICE OF ERRATA |

Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") respectfully file this Notice of Errata in regard to their Consolidated Amended Complaint (Docket No. 41). The Complaint inadvertently restarted the numbering of paragraphs at 1 after paragraph 70. A corrected version of the Consolidated Amended Complaint is attached hereto as Exhibit A.

– 1 –
NOTICE OF ERATTA

| | |
|---|---|
| Dated: July 30, 2021 | Respectfully submitted, |
| | **THE ROSEN LAW FIRM, P.A.** |
| | */s/ Jonathan Stern* |
| | Jonathan Stern (*pro hac vice*) |
| | Laurence M. Rosen, Esq. (SBN 219683) |
| | 355 S. Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | *Counsel for Plaintiff* |