1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI<br><br>                    Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR ORDER INCREASING PAGE LIMITATION FOR DEFENDANTS' MOTION TO DISMISS, PLAINTIFFS' OPPOSITION, AND DEFENDANTS' REPLY**<br><br>Judge: Hon. Fernando M. Olguin |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

On July 27, 2021, Plaintiffs and Defendants jointly moved for an order from the Court increasing the page limitation for Defendants' Motion to Dismiss the Consolidated Class Action Complaint, Plaintiffs' opposition, and Defendants' reply thereto.

Having considered the Parties' joint motion, and good cause appearing therefore, the Court **GRANTS** the motion, and **ORDERS** as follows:

1.      Defendants shall have up to 40 pages for their memorandum in support of their Motion to Dismiss.

2.      Plaintiffs shall have up to 40 pages for their memorandum in opposition to the Motion to Dismiss.

3.      Defendants shall have up to 20 pages for their reply memorandum.

**IT IS SO ORDERED.**

Dated:  August 2, 2021

/s/
_____
Hon. Fernando M. Olguin
United States District Judge

**ORDER GRANTING JOINT MOTION**
**CASE NO. CV 20-11627 FMO (RAOx)**