COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:  (858) 550 6000
Facsimile:   (858) 550-6420

JULIE M. VEROFF (310161)
(jveroff@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>               Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>CLASS ACTION<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date: November 18, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin<br><br>**Oral Argument Requested** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 18, 2021, at 10:00 a.m.,[1] or as soon thereafter as this Motion may be heard in the above-entitled Court, located at 350 West 1st Street, 6th Floor, Courtroom 6D, Los Angeles, California 90012, Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski (collectively, "Defendants") hereby move the Court for an order dismissing Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws ("CAC") for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), and for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6).

Defendants' Motion is based on the following grounds: (1) the Court lacks personal jurisdiction over each Defendant; (2) Plaintiffs' claims are impermissibly extraterritorial and/or otherwise fail to satisfy Section 10(b) of the Securities Exchange Act of 1934's requirement that there be a causal connection between the fraud and the securities at issue; (3) Poland, not the United States District Court for the Central District of California, is the more appropriate forum in which to adjudicate this dispute; (4) Plaintiffs fail to adequately plead a materially false or misleading statement; and (5) Plaintiffs fail to adequately plead scienter.  This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 21, 2021.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, the Declarations of Piotr Marcin Nielubowicz and Julie M. Veroff in support of the Motion to Dismiss the CAC and exhibits thereto filed concurrently herewith, all

---

[1] The Court approved the Parties' Stipulated Scheduling Order (Dkt. 39-40) requiring Plaintiffs to file any opposition within 45 days of Defendants' filing of this Motion and requiring Defendants to file any reply in support thereof within 30 days of the filing of Plaintiffs' opposition.  The Parties are mindful of Local Rule 6-1 and the Court's Standing Order Section IV.A.1.  November 18, 2021, is within 35 days of the deadline for Defendants' reply.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

1  pleadings and papers on file in this matter, and such other matters as may be presented
2  to this Court at the hearing or otherwise.

3  Dated:        August 12, 2021                    COOLEY LLP

4

5                                                   By: /s/ Koji F. Fukumura
6                                                        Koji F. Fukumura

7                                                   Attorneys for Defendants
                                                    CD Projekt S.A., Adam Michał
8                                                   Kiciński, Marcin Iwiński, Piotr Marcin
                                                    Nielubowicz, and Michał Nowakowski

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)