UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>CLASS ACTION<br><br>**DECLARATION OF JULIE M. VEROFF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

I, Julie M. Veroff, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate with the law firm of Cooley LLP, and one of the attorneys of record for Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski (collectively, "Defendants"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct excerpted and highlighted copy of CD Projekt's Polish Court Register entered with the Central Information Department of the Polish Court Register on Sept. 26, 2017, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2016/04/cd-projekt-polish-court-register.pdf.

3. Attached as **Exhibit B** is a true and correct excerpted and highlighted copy of CD Projekt's consolidated Articles of Association amended on Dec. 21, 2016, which are publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2016/12/cdp-sa-articles-of-association-consolidated-text-amended-on-21-december-2016-1.pdf.

4. Attached as **Exhibit C** is a true and correct excerpted and highlighted copy of an article from Investopedia, "*What is OTC Pink?*" updated on Dec. 29, 2020. The article is publicly available on Investopedia's website at https://www.investopedia.com/terms/o/otc-pink.asp.

5. Attached as **Exhibit D** is a true and correct excerpted and highlighted copy of an OTC Markets F Shares Frequently Asked Questions page. The FAQ sheet is publicly available at https://www.otcmarkets.com/files/FAQ-F-Shares.pdf.

6. Attached as **Exhibit E** is a true and correct excerpted and highlighted copy of a U.S. Securities and Exchange Commission ("SEC") investor bulletin regarding ADRs published in Aug. 2012, which is publicly available on the SEC's

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOX)

website at https://www.sec.gov/investor/alerts/adr-bulletin.pdf.

7. Attached as **Exhibit F** is a true and correct excerpted and highlighted copy of the Bank of New York Mellon's Form F-6 filed with the SEC on Nov. 19, 2020, which is publicly available on the SEC's website at https://www.sec.gov/edgar.

8. Attached as **Exhibit G** is a true and correct excerpted and highlighted copy of Deutsche Bank's Form F-6 filed with the SEC on Feb. 21, 2020, which is publicly available on the SEC's website at https://www.sec.gov/edgar.

9. Attached as **Exhibit H** is a true and correct excerpted and highlighted copy of Citibank's Form F-6 filed with the SEC on Sept. 16, 2019, which is publicly available on the SEC's website at https://www.sec.gov/edgar.

10. Attached as **Exhibit I** is a true and correct excerpted and highlighted copy of the transcript from CD Projekt's H1 2020 Financial Results audio webcast held on Sept. 4, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/09/conf-call-h1-2020_en.pdf.

11. Attached as **Exhibit J** is a true and correct excerpted and highlighted copy of CD Projekt's Management Board Report presented on Apr. 8, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/04/sprawozdanie-fy-2019-en-preview08-small.pdf.

12. Attached as **Exhibit K** is a true and correct excerpted and highlighted copy of the transcript from CD Projekt's audio webcast held on Apr. 23, 2021, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2021/04/transcript-2020-results.pdf.

13. Attached as **Exhibit L** is a true and correct excerpted and highlighted copy of CD Projekt's Management Board Report presented on Apr. 8, 2021, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2021/04/management-board-report-on-the-activities-of-the-cd-projekt-group-and-cdc-projekt-sa-in-2020.pdf.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

14. Attached as **Exhibit M** is a true and correct excerpted and highlighted copy of CD Projekt's press release, "*Cyberpunk 2077—release date, pre-orders, new trailer!*" published on June 9, 2019. The press release is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/media/news/cyberpunk-2077-release-date-pre-orders-new-trailer/.

15. Attached as **Exhibit N** is a true and correct excerpted and highlighted copy of CD Projekt's press release, "*New release date of Cyberpunk 2077*" published on Jan. 16, 2020. The press release is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/media/news/new-release-date-of-cyberpunk-2077/.

16. Attached as **Exhibit O** is a true and correct excerpted and highlighted copy of the transcript of CD Projekt's conference call held on Jan. 16, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/01/transcript.pdf.

17. Attached as **Exhibit P** is a true and correct excerpted and highlighted copy of CD Projekt's press release, "*Postponement of Cyberpunk 2077 release*" published on June 18, 2020. The press release is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/media/news/postponement-of-cyberpunk-2077-release/.

18. Attached as **Exhibit Q** is a true and correct excerpted and highlighted copy of the transcript of CD Projekt's conference call held on June 18, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/06/call_transcript.pdf.

19. Attached as **Exhibit R** is a true and correct excerpted and highlighted copy of CD Projekt's Q3 FY2020 Consolidated Financial Statement released on Nov. 25, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/11/consolidated-financial-statement-of-cd-projekt-group-for-q3-2020.pdf.

20. Attached as **Exhibit S** is a true and correct excerpted and highlighted

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

copy of CD Projekt's press release, "*Postponement of Cyberpunk 2077 release*" published on Oct. 27, 2020. The press release is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/media/news/postponement-of-cyberpunk-2077-release-2/.

21. Attached as **Exhibit T** is a true and correct excerpted and highlighted copy of the transcript of CD Projekt's conference call held on Oct. 28, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/10/trancript_en.pdf.

22. Attached as **Exhibit U** is a true and correct excerpted and highlighted copy of CD Projekt's press release, "*CD Projekt looks back at the third quarter of 2020*" published on Nov. 25, 2020. The press release is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/media/news/cd-projekt-looks-back-at-the-third-quarter-of-2020/.

23. Attached as **Exhibit V** is a true and correct excerpted and highlighted copy of the transcript of CD Projekt's audio webcast held on Nov. 30, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/11/transcript-en-q3-2020-1.pdf.

24. Attached as **Exhibit W** is a true and correct excerpted and highlighted copy of the transcript of CD Projekt's conference call held on Dec. 14, 2020, which is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-content/uploads-en/2020/12/call-transcript_en.pdf.

25. Attached as **Exhibit X** is a true and correct copy of a Yahoo Finance chart showing CD Projekt's historical stock prices for the period of Dec. 10–Dec. 31, 2020, which is publicly available on Yahoo's website at https://finance.yahoo.com/quote/CDR.WA/history?period1=1607558400&period2=1609459200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

26. Attached as **Exhibit Y** is a true and correct excerpted and highlighted copy of CD Projekt's H1 2020 earnings presentation given on Sept. 4, 2020, which

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

1  is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-
2  content/uploads-en/2020/09/cd-projekt-group-presentation-h1-2020-2.pdf.

3      27.    Attached as **Exhibit Z** is a true and correct excerpted and highlighted
4  copy of CD Projekt's Q3 2020 earnings presentation given on Nov. 25, 2020, which
5  is publicly available on CD Projekt's website at https://www.cdprojekt.com/en/wp-
6  content/uploads-en/2020/11/earnings-presentation_q32020.pdf.

7      28.    Attached as **Exhibit AA** is a true and correct highlighted copy of an
8  article from Bloomberg, "*Cyberpunk 2077: What Caused the Video Game's
9  Disastrous Rollout*" published on Jan. 16, 2021. The article is publicly available on
10 Bloomberg's website at https://www.bloomberg.com/news/articles/2021-01-
11 16/cyberpunk-2077-what-caused-the-video-game-s-disastrous-rollout.

12     29.    Attached as **Exhibit BB** is a true and correct highlighted copy of an
13 article from Forbes, "*CDPR Made Its Own 'Cyberpunk2077' Internal Bug Meme
14 Reel Ahead of Launch*" published on June 6, 2021. The article is publicly available
15 on Forbes' website at https://www.forbes.com/sites/paultassi/2021/06/06/cdpr-
16 made-its-own-cyberpunk-2077-internal-bug-meme-reel-ahead-of-
17 launch/?sh=202ef7357214.

18     30.    Attached as **Exhibit CC** is a true and correct copy of CD Projekt's press
19 release, "*CD Projekt looks back at 2020*" published on Apr. 22, 2021. The press
20 release is publicly available on CD Projekt's website at
21 https://www.cdprojekt.com/en/media/news/cd-projekt-looks-back-at-2020/.

22     I declare under penalty of perjury under the laws of the State of California that
23 the foregoing is true and correct to the best of my knowledge.
24     Executed on August 12, 2021, in San Francisco, California.

/s/ Julie Veroff
Julie M. Veroff

Cooley LLP
Attorneys at Law
San Diego

5

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

# Exhibit Index

| Ex. | Description | Page No. |
|---|---|---|
| A | CD Projekt's Polish Court Register entered with the Central Information Department of the Polish Court Register on Sept. 26, 2017 | 8–9 |
| B | CD Projekt's consolidated Articles of Association issued on Dec. 8, 2015 | 10–11 |
| C | Investopedia article, "*What Is OTC Pink?*" updated on Dec. 29, 2020 | 12–15 |
| D | Frequently Asked Questions page on F Shares published by OTC Markets | 16–17 |
| E | SEC investor bulletin regarding ADRs published in Aug. 2012 | 18–20 |
| F | The Bank of New York Mellon's Form F-6 filed with the SEC on Nov. 19, 2020 | 21–22 |
| G | Deutsche Bank's Form F-6 filed with the SEC on Feb. 21, 2020 | 23–24 |
| H | Citibank's Form F-6 filed with the SEC on Sept. 16, 2019 | 25–26 |
| I | Transcript of CD Projekt's H1 2020 Financial Results audio webcast held on Sept. 4, 2020 | 27–30 |
| J | CD Projekt's Management Board Report issued on Apr. 8, 2020 | 31–36 |
| K | Transcript of CD Projekt's audio webcast held on Apr. 23, 2021 | 37–39 |
| L | CD Projekt's Management Board Report issued on Apr. 8, 2021 | 40–43 |
| M | CD Projekt's press release, "*Cyberpunk 2077—release date, pre-orders, new trailer!*" published on Jun. 9, 2019 | 44–46 |
| N | CD Projekt's press release, "*New release date of Cyberpunk 2077*" published on Jan. 16, 2020 | 47–49 |
| O | Transcript of CD Projekt's conference call held on Jan. 16, 2020 | 50–51 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOX)

| Ex. | Description | Page No. |
|---|---|---|
| P | CD Projekt's press release, "*Postponement of Cyberpunk 2077 release*" published on June 18, 2020 | 52–54 |
| Q | Transcript of CD Projekt's conference call held on Jun. 18, 2020 | 55–57 |
| R | CD Projekt's Q3 FY2020 Consolidated Financial Statement issued on Nov. 25, 2020 | 58–60 |
| S | CD Projekt's press release, "*Postponement of Cyberpunk 2077 release*" published on Oct. 27, 2020 | 61–63 |
| T | Transcript of CD Projekt's conference call held on Oct. 28, 2020 | 64–67 |
| U | CD Projekt's press release, "*CD Projekt looks back at the third quarter of 2020*" published on Nov. 25, 2020 | 68–70 |
| V | Transcript of CD Projekt's audio webcast held on Nov. 30, 2020 | 71–74 |
| W | Transcript of CD Projekt's conference call held on Dec. 14, 2020 | 75–80 |
| X | CD Projekt Yahoo! stock price chart for period of Dec. 10 – Dec. 31, 2020 | 81–82 |
| Y | CD Projekt's H1 2020 earnings presentation given on Sept. 4, 2020 | 83–85 |
| Z | CD Projekt's Q3 2020 earnings presentation given on Nov. 25, 2020 | 86–88 |
| AA | Bloomberg article, "*Cyberpunk 2077: What Caused the Video Game's Disastrous Rollout*" published on Jan. 16, 2021 | 89–95 |
| BB | Forbes article, "*CDPR Made Its Own 'Cyberpunk2077' Internal Bug Meme Reel Ahead of Launch*" published on Jun. 6, 2021 | 96–100 |
| CC | CD Projekt's press release, "*CD Projekt looks back at 2020*" published on Apr. 22, 2021 | 101–103 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

VEROFF DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)