# EXHIBIT A

Case 2:20-cv-11627-FMO-RAO   Document 47-3   Filed 08/12/21   Page 2 of 96   Page
ID #:569
Printout ID: RP/6865/81/20171120133925                                                        page 1 of 16

CENTRAL INFORMATION DEPARTMENT OF THE POLISH COURT REGISTER

## POLISH COURT REGISTER

Status as at 20.11.2017, time 13:39:25
**Polish Court Register no. KRS: 0000006865**

**Information corresponding to a current
excerpt from the BUSINESS REGISTER
downloaded based on article 4 section 4aa of the Act on Polish Court Register
dated 20 August 1997 (Journal of Laws of 2007, no. 168, item 1186, as amended)**

| | | | | |
|---|---|---|---|---|
| Date of entry in the Polish Court Register | | 06.04.2001 | | |
| Last entry | Entry no. | 81 | Entry date | 26.09.2017 |
| | File no. | WA.XIII NS-REJ.KRS/34363/17/759 | | |
| | Designation of the Court | DISTRICT COURT FOR THE CITY OF WARSAW IN WARSAW, 13TH COMMERCIAL DEPARTMENT OF THE POLISH COURT REGISTER | | |

## Section 1.

| Column no. 1 - Details of business entity | |
|---|---|
| 1.Designation of legal form | JOINT-STOCK COMPANY |
| 2.REGON/NIP nos. | Statistical number REGON: 492707333, tax identification number NIP: 7342867148 |
| 3.Company's business name | CD PROJEKT SPÓŁKA AKCYJNA |
| 4.Previous registration details | ------- |
| 5.Does the entity conduct business activity with other entities under a deed of a civil law partnership? | NO |
| 6.Does the entity have the status of a public benefit organisation? | --- |

| Column no. 2 - Business entity's registered office and address | |
|---|---|
| 1.Registered office | country POLAND, voivodship MAZOWIECKIE, county CITY OF WARSAW, municipality CITY OF WARSAW, city or town WARSAW |
| 1.Address | ul. JAGIELLOŃSKA, no. 74, lok. ---, city or town WARSAW, post code 03-301, WARSAW, country POLAND |
| 3.E-mail address | ------- |
| 4.Website address | ------- |

| Column no. 3 - Branches |
|---|
| No entries |

Ex. A
Page 9

# EXHIBIT B

Ex. B
Page 10

**ARTICLES OF ASSOCIATION – consolidated text**

**1.    I. GENERAL PROVISIONS**

**§ 1.**

The Company conducts operations under the name CD PROJEKT Spółka Akcyjna and may also use the name CD PROJEKT S.A.

**§ 2.**

The Company's registered office is located in Warsaw.

**§ 3.**

The Company conducts operations throughout the Republic of Poland and beyond its borders.

**§ 4.**

In the area of its operations the Company may establish branches, affiliated units, institutions, offices and other organizational units, and it may also become part of other companies.

**§ 5.**

1.  The Company engages in the following activities:
    PKD 01.29.Z – Growing of other perennial crops
    PKD 01.61.Z – Support activities for crop production
    PKD 01.62.Z – Support activities for farm animal production
    PKD 01.63.Z – Post-harvest crop activities
    PKD 01.64.Z – Seed processing for propagation
    PKD 01.70.Z – Hunting and acquiring of hunting animals, including service activity
    PKD 02.10.Z – Silviculture and other forestry activities, excluding gathering of forestry products
    PKD 02.20.Z – Logging
    PKD 02.30.Z – Gathering of wild growing forestry products, excluding wood
    PKD 02.40.Z – Service activity related to forestry
    PKD 10.39.Z – Other processing and preserving of fruit and vegetables
    PKD 10.91.Z – Manufacture of prepared feeds for farm animals
    PKD 10.92.Z – Manufacture of prepared pet foods
    PKD 16.10.Z – Sawmilling and planing of wood
    PKD 17.23.Z – Manufacture of paper stationery
    PKD 18.11.Z – Printing of newspapers
    PKD 18.12.Z – Other printing
    PKD 18.13.Z – Pre-press and pre-media services
    PKD 18.14.Z – Binding and related services
    PKD 18.20.Z – Reproduction of recorded media
    PKD 20.16.Z – Manufacture of plastics in primary forms
    PKD 20.17.Z – Manufacture of synthetic rubber in primary forms
    PKD 20.41.Z – Manufacture of soap and detergents, cleaning and polishing preparations
    PKD 20.59.Z – Manufacture of other chemical products not elsewhere classified
    PKD 20.60.Z – Manufacture of man-made fibers
    PKD 22.19.Z – Manufacture of other rubber products
    PKD 22.21.Z – Manufacture of plastic plates, sheets, tubes and profiles
    PKD 22.22.Z – Manufacture of plastic packing goods
    PKD 22.23.Z – Manufacture of builders' ware of plastic
    PKD 22.29.Z – Manufacture of other plastic products

# EXHIBIT C

 

STOCK TRADING > STOCK TRADING STRATEGY & EDUCATION

# OTC Pink

By JAMES CHEN | Updated Dec 29, 2020

## What Is OTC Pink?

The OTC Pink, now branded as the Pink Open Market, is the lowest and most speculative tier of the three marketplaces for the trading of over-the-counter (OTC) stocks. All three tiers are provided and operated by the OTC Markets Group. This marketplace offers to trade in a wide range of equities through any broker and includes companies in default or financial distress.

Advertisement

Ex. C
Page 13

Since it has no disclosure requirements, the categorization of OTC Pink companies is from information provided by the company. OTC Markets Group now markets OTC Pink as Pink Open Markets, but the historical name still persists.

Advertisement

**Ex. C**
**Page 14**

==The over-the-counter (OTC) market is a decentralized market where securities, not listed on major exchanges, are traded directly by a network of dealers.== Instead of providing an order matchmaking service like the NYSE, these dealers carry inventories of securities to facilitate any buy or sell orders. Because information was initially printed on pink paper, the OTC Pink is also referred to as the Pink Sheets.

The OTC Pink, as well as its companion tiers, OTCQX and OTCQB, is run by OTC Link. The link is an electronic inter-dealer quotation and trading system developed by OTC Markets Group. Registered with the SEC as a broker-dealer, OTC Link is also an alternative trading system (ATS).

OTC Link allows broker-dealers not only to post and disseminate their quotes but also to negotiate trades through the system's electronic messaging capability. This feature enabled it to replace the Over-the-Counter Bulletin Board (OTCBB), which was a quotation-only system.

## Regulation of the OTC Pink Marketplace

Because of the variable, self-reporting nature by OTC Pink companies, they are classified based on the quality and quantity of information they provide to investors. Classification is as follows.

- **Current Information** companies are those that follow the International Reporting Standard or Alternative Reporting Standard. These companies make filings publicly available through the OTC Disclosure & News Service.
- **Limited Information** companies include troubled firms in financial distress, bankruptcy, or those with accounting issues. This category also includes companies that are unwilling to

# EXHIBIT D



## FAQ on F Shares

### What is an F share?
While some US investors can trade directly in a foreign company's local market, many US investors prefer to see quotes in US dollars during their regular trading hours. To provide this access and to facilitate trade reporting, broker-dealers create trading symbols, or tickers, of foreign securities in the US. These tickers are 5 letters long and end with the letter "F". As such, they are traditionally called F shares. More than 2,000 companies with primary listings on more than 30 global markets, such as London, Frankfurt, Paris, Madrid, Milan, Toronto and Tokyo, have an F share on OTC Markets.

### Why does a company have an F share?
The creation of an F share indicates that US broker-dealers and investors are interested in trading a company's shares. An F share is established in the US when a broker-dealer files with FINRA to create a US ticker symbol in order to facilitate reporting trades in the US in the company's security. While the company may not have been involved in this process, the creation of an F share indicates that there is already demand for the shares and is valuable to facilitating global liquidity.

### How is an F share traded?
US broker-dealers continuously price F shares in accordance with local market share price movements and available liquidity. While trades are executed in US dollars by US broker-dealers, the shares are settled, cleared and custodized in the local market or, under certain conditions, in the U.S. (Canadian or DTC eligible F Shares). As such, trading of an F share in the US increases the overall global liquidity for the company's shares.

### What does an F share mean for US investors?
When a US investor researches and trades a non-US security, it is frequently through the F share ticker as US brokerage accounts often only display US ticker symbols.

From the perspective of an investor, trading an F share is similar to trading a US security. US investors can trade in US dollars during US trading hours through the retail, online or institutional broker-dealer of their choice.

### How are investors that trade through the F share recorded on Shareholder Lists?
US investors that purchase the F share appear on the company's shareholder list based on the local disclosure requirements in the same manner as an investor that purchases shares in the home market.

### How can a company improve the visibility and liquidity of its F share?
While a company may make high quality disclosure available through its home country exchange, its prestige, company news and financials do not automatically flow to US investors. Companies must take steps to ensure that their overseas financials are available to key audiences in the US or that company news is available in places where investors conduct research.

OTC Markets
304 Hudson Street, Floor 3
New York, NY 10013

E    issuers@otcmarkets.com
T    +1 212 896 4420
W    otcmarkets.com

FAQ ON F SHARES

**Ex. D
Page 17**

# EXHIBIT E



# Investor Bulletin:
## American Depositary Receipts

The SEC's Office of Investor Education and Advocacy is issuing this Investor Bulletin to educate investors about American Depositary Receipts ("ADRs"). An ADR is a security that represents shares of non-U.S. companies that are held by a U.S. depositary bank outside the United States ("U.S.").

## What is an ADR?

ADRs allow U.S. investors to invest in non–U.S. companies and give non–U.S. companies easier access to the U.S. capital markets. Many non–U.S. issuers use ADRs as a means of raising capital or establishing a trading presence in the U.S. The non–U.S. company may sometimes be referred to as a "foreign private issuer." The first ADR was created in 1927 by a U.S. bank to allow U.S. investors to invest in shares of a British department store. Today, there are more than 2,000 ADRs available representing shares of companies located in more than 70 countries.

An ADR is a negotiable certificate that evidences an ownership interest in American Depositary Shares ("ADSs") which, in turn, represent an interest in the shares of a non-U.S. company that have been deposited with a U.S. bank. It is similar to a stock certificate representing shares of stock. The terms ADR and ADS are often used interchangeably by market participants. ADRs trade in U.S. dollars and clear through U.S. settlement systems, allowing ADR holders to avoid having to transact in a foreign currency.

An ADR may represent the underlying shares on a one–for–one basis, or may represent a fraction of a share or multiple shares. For example, for one company, an ADR may represent several shares of the underlying security, while for another company, an ADR may represent a fraction of the underlying security. The use of a ratio allows ADRs to be priced at an amount more typical of U.S. market share prices.

ADRs are created by a depositary bank when the non–U.S. company, or an investor who already holds the underlying non–U.S. securities, delivers them to the bank or its custodian in the non–U.S. company's home country. The bank will issue ADRs to the investor in the U.S. and the investor will be able to re-sell the ADRs on a U.S. exchange or the over-the-counter market. ADR holders may also surrender ADRs in exchange for receiving the shares of the non–U.S. company. These transactions are generally performed by brokers and other types of investors who are active in foreign securities markets.

ADRs may be "sponsored" or "unsponsored." Sponsored ADRs are those in which the non-U.S. company enters into an agreement directly with the U.S. depositary bank to arrange for recordkeeping,

forwarding of shareholder communications, payment of dividends, and other services. An unsponsored ADR is set up without the cooperation of the non–U.S. company and may be initiated by a broker–dealer wishing to establish a U.S. trading market. An ADR, however, may not be established unless the non–U.S. company is either subject to the reporting requirements under the Securities Exchange Act of 1934 or is exempt under the Act.

ADRs are always registered with the SEC on a Form F-6 registration statement. Disclosure under Form F-6 relates only to the contractual terms of deposit under the deposit agreement and includes copies of the agreement, a form of ADR certificate, and legal opinions. A Form F-6 contains no information about the non–U.S. company. If a foreign company with ADRs wishes to raise capital in the United States, it would separately file a registration statement on Form F-1, F-3, or F-4. If a foreign private issuer seeks to list ADRs on a U.S. stock exchange, it would separately file with the SEC a registration statement on Form 20-F. Registration statements used to raise capital or list ADRs on an exchange are required to contain extensive financial and non-financial information about the issuer.

Market participants have generally categorized ADRs into three "levels," depending on the extent to which the foreign company has accessed the U.S. markets:

- Level 1 ADR programs establish a trading presence but may not be used to raise capital. It is the only type of facility that may be unsponsored and, as a result, may be traded only on the over-the-counter market. Form F-6 would be the only form required to be filed. No information about the issuer would be available on the SEC's EDGAR system; information should be available on the issuer's website.

- Level 2 ADR programs establish a trading presence on a national securities exchange but may not be used to raise capital. Again, Form F-6 would be used to register the ADRs. The non–U.S. company is required to register and file annual reports on Form 20-F with the SEC.

Level 3 ADR programs may be used not only to establish a trading presence, but also to raise capital for the foreign issuer. A registration statement on Form F-1, Form F-3, or Form F-4 would be filed in order to offer the ADRs. The non-U.S. company would be required to also file annual reports on Form 20-F.

## What fees are charged to ADR investors?

As a matter of course, an ADR depositary bank may be authorized under the deposit agreement relating to the ADRs to charge a fee, called a custody fee, for the work it performs on the ADR. ADR depositary banks charge holders of ADRs custody fees, sometimes referred to as Depositary Services Fees, to compensate the depositary banks for inventorying the non-U.S. shares and performing registration, compliance, dividend payment, communication, and recordkeeping services.

A common practice for collection of the custody fee is for the ADR depositary bank to subtract the amount of the fee from the gross dividends paid by the bank to ADR holders. Typically, the Depository Trust Company, (DTC) will announce both the gross dividend rate and the net dividend rate after deduction of the ADR custody fee. The ADR depositary banks pay DTC the net dividend, and DTC allocates the net dividend to its users. However, a number of ADR issues do not pay periodic dividends, which prevents the fees from being collected through the above-described mechanism. In this case, DTC charges the fee to its users (i.e., banks and broker-dealers) who pass them on to their customers.

Depositary banks may charge other fees, such as relating to the distribution of dividends, foreign currency exchange, voting of shares, and other matters.

# EXHIBIT F

As filed with the Securities and Exchange Commission on November 19, 2020

Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM F-6

REGISTRATION STATEMENT

*under*

*THE SECURITIES ACT OF 1933*

**For Depositary Shares**

# CD Projekt S.A.

(Exact name of issuer of deposited securities as specified in its charter)

N/A

(Translation of issuer's name into English)

Poland

(Jurisdiction of incorporation or organization of issuer)

**THE BANK OF NEW YORK MELLON**

(Exact name of depositary as specified in its charter)

240 Greenwich Street, New York, N.Y. 10286

Telephone (212) 495-1727

(Address, including zip code, and telephone number, including area code, of depositary's principal executive offices)

**The Bank of New York Mellon**

**Legal Department**

**240 Greenwich Street**

**New York, New York 10286**

**(212) 495-1784**

(Address, including zip code, and telephone number, including area code, of agent for service)

**Copies to:**

**Brian D. Obergfell, Esq.**

**Emmet, Marvin & Martin, LLP**

**120 Broadway**

**New York, New York 10271**

**(212) 238-3032**

It is proposed that this filing become effective under Rule 466

☒ immediately upon filing

☐ on (Date) at (Time)

If a separate statement has been filed to register the deposited shares, check the following box. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of each class of Securities to be registered | Amount to be registered | Proposed maximum aggregate price per unit [1] | Proposed maximum aggregate offering price [1] | Amount of registration fee |
|---|---|---|---|---|
| American Depositary Shares representing ordinary shares of CD Projekt S.A. | 50,000,000 American Depositary Shares | $0.05 | $2,500,000 | $272.75 |

Estimated solely for the purpose of calculating the registration fee. Pursuant to Rule 457(k), such estimate is computed on the basis of the maximum aggregate fees or charges to be imposed in connection with the issuance of American Depositary Receipts evidencing American Depositary Shares.

# EXHIBIT G

Registration No. 333-_____

As filed with the Securities and Exchange Commission February 21, 2020

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## FORM F-6

REGISTRATION STATEMENT

Under

THE SECURITIES ACT OF 1933

For American Depositary Shares Evidenced by American Depositary Receipts

## CD PROJEKT S.A.

(Exact name of Issuer of deposited securities as specified in its charter)

**The Republic of Poland**

(Jurisdiction of Incorporation or organization of Issuer)

## DEUTSCHE BANK TRUST COMPANY AMERICAS

(Exact name of depositary as specified in its charter)

60 Wall Street, New York, New York 10005

Tel. No.: (212) 250-9100

(Address, including zip code, and telephone number of depositary's principal offices)

DEUTSCHE BANK TRUST COMPANY AMERICAS

60 Wall Street

New York, New York 10005

(212) 250-9100

(Address, including zip code, and telephone number of agent for service)

*Copy to:*

DEUTSCHE BANK TRUST COMPANY AMERICAS

60 Wall Street

New York, New York 10005

It is proposed that this filing become effective under Rule 466

☒ **immediately upon filing** ☐ on ___ at ___ a.m. (EST)

If a separate registration statement has been filed to register the deposited shares, check the following box. ☐

CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount to be Registered | Proposed Maximum Offering Price Per Unit (1) | Proposed Maximum Aggregate Offering Price (2) | Amount of Registration Fee |
|---|---|---|---|---|
| American Depositary Shares evidenced by American Depositary Receipts, each American Depositary Share representing one-quarter (1/4) of one (1) ordinary share of CD Projekt S.A. | 10,000,000 American Depositary Shares | $0.05 | $500,000 | $64.90 |

(1) Each unit represents one American Depositary Share.

(2) Estimated solely for the purpose of calculating the registration fee. Pursuant to Rule 457(k), such estimate is computed on the basis of the maximum aggregate fees or charges to be imposed in connection with the issuance of such Receipts evidencing such American Depositary Shares.

**Ex. G**
**Page 24**

# EXHIBIT H

As filed with the Securities and Exchange Commission on September 16, 2019       Registration No. 333-_____

**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM F-6

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933 FOR DEPOSITARY SHARES EVIDENCED BY**
**AMERICAN DEPOSITARY RECEIPTS**

# CD PROJEKT S.A.

**(Exact name of issuer of deposited securities as specified in its charter)**

**N/A**
**(Translation of issuer's name in English)**

**Poland**
**(Jurisdiction of incorporation or organization of issuer)**

**CITIBANK, N.A.**
**(Exact name of depositary as specified in its charter)**

**388 Greenwich Street**
**New York, New York 10013**
**(212) 723-5435**
**(Address, including zip code, and telephone number, including area code, of depositary's principal executive offices)**

**CITIBANK, N.A. – DEPOSITARY RECEIPTS DEPARTMENT**
**388 Greenwich Street**
**New York, New York 10013**
**(877) 248-4237**
**(Name, address, including zip code, and telephone number, including area code of agent for service)**

*Copies to:*
**Herman H. Raspé, Esq.**
**Patterson Belknap Webb & Tyler LLP**
**1133 Avenue of the Americas**
**New York, New York 10036**

It is proposed that this filing become effective under Rule 466:     ☒    immediately upon filing.
        ☐    Date and Time.

If a separate registration statement has been filed to register the deposited shares, check the following box: ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Amount to be Registered | Proposed Maximum Offering Price Per Unit* | Proposed Maximum Aggregate Offering Price** | Amount of Registration Fee |
|---|---|---|---|---|
| American Depositary Shares ("ADSs"), each ADS representing the right to receive one-fourth (1/4) of one ordinary share of CD Projekt S.A. | 50,000,000 ADSs | $5.00 | $2,500,000.00 | $303.00 |

\*    Each unit represents 100 ADSs.

\*\*   Estimated solely for the purpose of calculating the registration fee. Pursuant to Rule 457(k), such estimate is computed on the basis of the maximum aggregate fees or charges to be imposed in connection with the issuance of American Depositary Shares.

I-1

**Ex. H**
**Page 26**

# EXHIBIT I

**Adam Kiciński (AK):**

Good afternoon everyone. Welcome to CD PROJEKT's conference call dedicated to H1 of 2020. My name is Adam Kicinski and I'll run this call together with Piotr Nielubowicz and Michal Nowakowski who will join the Q&A session in the second part of the call. Let's start with the presentation that sums up the first two quarters of 2020. It's available on our page cdprojekt.com.

Firstly, a short COVID update. We keep working from homes mostly and we will continue to do so till the end of the year at least. It's not a perfect setup for a creative company but we kind of got used to it. At the same time we remain proactive in supporting the needs of our team. We've also recently introduced our latest COVID prevention protocol created and supervised by medical experts. Please move on to slide 3.

Cyberpunk is in its final stage and all our forces are preparing a global release on the 19th of November. As previously announced, the game will be launched on XBOX One, Playstation 4 and PC. It will also be available on Stadia although the launch date on this platform is yet to be announced. Moreover, thanks to the backward compatibility, Cyberpunk will instantly play great on next gen consoles as well. Now please jump to slide 5.

The key moments for Cyberpunk were hands-ons that we organised in June. Despite pandemic circumstances we managed to invite over a hundred journalists, you-tubers and bloggers from 15 countries to play our game. That was supported by 60 interviews and resulted in hundreds of articles and previews. Please take a look at the slides 6 and 7 with just a few samples of these first impressions and magazine covers. Let's go to the next slides so number 8 and 9.

Also in June we started revealing more features of Cyberpunk at digital events that we've called Night City Wire. In the first two episodes we covered different life-paths, weapons, music and braindance gameplay. There are a few more Night City Wires to come with the next one coming up in September. Please go to the next slide so number 10.

You probably have seen it before, but it's been updated with the addition of the trailer released in June - the last bar. And again, the difference in viewership compared to the most viewed trailers for Witcher 3 is huge. So, we keep building the hype. And on the next slide - number 11 - I'm pleased to share the most recent achievement. Cyberpunk has just got 5  wards at gamescom making it the most awarded game at this most prominent European gaming event. And the last thing before financials - please move to slide 12.

We've announced our first movie project - the anime series titled Cyberpunk Edgerunners. It's co-developed with one of the best Japanese anime studios - Trigger - and will be aired on

Thank you and let's proceed to the Q&A section.

---

**Q1:** Good morning everyone, I have three questions if I could. The first one is about Cyberpunk – you obviously reiterated that you are on track to release the game on schedule. I wonder if you could just tell us – what is there left to do? And how would you characterize the risk of a further delay? Related to that, you mentioned that you have a next-gen version of The Witcher coming next year. I think that in the past you also mentioned that Cyberpunk might have a next-gen version published during 2021; I wonder if you could confirm that that was still going to happen. That's just the first question. The second question is on The Witcher. We're almost through Q3 now; I wonder if you could talk about the trends you see in The Witcher sales in July-August so far, and how that compares to what you experienced in Q2 – that would also be helpful – and finally, on Monster Slayer – I know it's very early days – but I wonder if you could give us some color on how the beta in New Zealand is going, and when you talk about the release date – are you talking about this year or next year? Thanks.

**AK:** Hello, I will cover the first one. So – yes, we are confirming and, well, actually today we started preparing for the final certification, so we're very close. Of course we'll work on the title till the very end; that's kind of normal. It's a huge game, but as we said – everything is on track and we're planning to launch it on 19 November. Regarding The Witcher 3 and its next-gen version: this project is developed outside, with our proven partner who had delivered the 4K version of The Witcher 3 and The Witcher 3 for Switch, so they already know our technology very well – so we asked them to prepare the next-gen port, and as I said during my presentation, we expect a full next-gen experience, with great next-gen features, but it doesn't interfere with next-gen development of CP – this will be done internally by the CP team, and we're confirming that CP will be released in the next-gen version – well, we have to differentiate two things: the current version, which will be released in November, will be playable from the beginning when next-gen consoles are released; you will be able to play the current-gen version on next-gen from day 1. And you can expect a bit higher quality than on the current gen. However, the full-blown next-gen version is planned for next year and it will be developed internally. So – I think I covered the first one. Maybe Piotr can cover the second one.

**PN:** Yes; our sales in July and August. Each year July and August is usually the quietest time, comprising two summer holiday months and sales are lower than either at the beginning or at the end of the year – the Christmas season. Right now, everybody got used to support from the pandemic situation and lockdowns, but what I can observe – looking at numbers – is that the COVID support was especially strong during the "hard" lockdown implemented in many countries in March-April or May, and then most of the world got "unfrozen" for July and August, so this effect will no longer be visible in the same scope as what had been seen before.

**AK:** Well, it's going well! <mark>Optimization is something you usually do at the last moment, when everything else is ready,</mark> so of course we have to optimize – without this the game could not be released. It's going well, the game looks stunning, so expect that everything will be as optimized as it should be upon release.

**Q12:** Can we expect that the price of CP2077 for next-gen consoles, developed in-house, which should be released next year, will be 70 USD/EUR ?

**MN:** In terms of EUR, 69.99 has actually been the full SRP for the current generation already, for Xbox One, so yes, you should expect that the price is going to be priced around that marker in the Eurozone. When it comes to USD, we launched our preorders at 60 USD and of course we're going to keep that price for the consumers. We're not going to change it at the last minute to 70 USD. So just to confirm – these prices are out in the market anyway; you can check them on various sites: 59.99 USD and 69.99 EUR is what we're going for.

**Q13:** How many DLCs are you planning for Cyberpunk? Will this project be developed similarly to The Witcher 3?

**AK:** Yes, you can expect a similar path after release. You can expect more, actually. We're not going into too many details today, but everything will be clear before release. As we are close to the release, expect the post-release plans to be revealed fairly soon; a series of free DLCs and expansions will be described – as I said, you can expect it fairly soon and then everything will be made clear.

**Q14:** Do you plan to price games on next-gen consoles at a premium, like it was recently announced by EA?

**MN:** I'm assuming you're referring to the increased SRP in the US. As I mentioned when answering the previous question, we already announced – a while ago – preorders for our game in the US going at 59.99 and we're not planning to change that price at the last minute. It's been out in the market and known to consumers for some time. In Europe, the game has been marketed by quite a few retailers for quite a while as well, so, in other words, we're not planning to change where we are at the last minute for the consumers.

**Q15:** The same question for the PC version of enhanced Witcher 3 – will there be an update to enhanced? How will it be priced (roughly)?

**MN:** So, for The Witcher 3 I believe Adam mentioned that before, there will be update as well – mind you, on PC the situation is a little bit different because there's no actual switch between platforms or anything of the kind, like with consoles, but there will be a patch adding

# EXHIBIT J

# MANAGEMENT BOARD REPORT ON THE ACTIVITIES OF THE CD PROJEKT GROUP AND CD PROJEKT S.A. IN 2019

Ex. J
Page 32

**Chart 16**  CD PROJEKT RED releases; 2007-2020



By the end of 2019 videogames featuring the professional monster hunter Geralt of Rivia had received over 1000 awards.

==CD PROJEKT RED is continuing its development work on the largest RPG release in the Studio's history: *Cyberpunk 2077*,== set in a vibrant, technologically advanced world. Players assume the role of V – a cyber-punk who has recently migrated to the most crime-ridden city of the future. *Cyberpunk 2077* is based on the *Cyberpunk 2020* pen-and-paper RPG system created by Mike Pondsmith.

<span style="color:red">Key sources of revenue</span>

Sales of CD PROJEKT RED games are mainly carried out under the following business models:

- sales of territorial distribution rights (for box and digital editions), settled post factum on the basis of monthly or quarterly sales reports / licensing reports submitted by the Company's business partners
- supplies of physical box editions to the Company's business partners for retail resale
- supplies of batches of activation codes which permit the game to be downloaded and installed
- sales carried out through optional microtransactions in *GWENT: The Witcher Card Game* (incl. kegs and meteorite

 

**Ex. J**
**Page 33**

the needs of foreign language speakers employed at domestic member companies of the Capital Group, an information campaign was launched, providing up-to-date information about the situation and recommendations issued by state authorities in relation to the threat and ultimate materialization of the coronavirus pandemic. The Group also rapidly moved to invest in additional technical infrastructure and supporting software, securing its potential future needs with regard to network bandwidth, hardware performance and security concerns, with a view towards facilitating remote work. Faced with the increasing epidemiological threat, and having secured the necessary technical resources, the Management Board of the Company decided and thereafter successfully enacted a comprehensive shift to the Home Office model, beginning on 16 March 2020, for all employees of the CD PROJEKT Capital Group (except for a skeleton staff performing critical duties at the Group's offices on a rotating shift basis). This decision was made to ensure the safety of the entire team, and to enable the Studio and the Capital Group as a whole to continue with their operations. The Board's assessment of the outcomes of the initial weeks of Home Office operations is positive. All critical processes continue to be carried out properly and development work remains on schedule.

**Data security measures associated with remote work**

Existing safeguards at the Group were supplemented with the following measures:

The hard drives of all computers involved in remote work (workstations and portable computers) were encrypted. Connections with the Company's servers are handled by a VPN and backended by specialized hardware which was specifically purchased for this purpose. The Company also purchased and deployed a WebApplication-Firewall device, and is in the process of deploying a Data Loss Protection system.

**Effect of COVID-19 on sales**

The fourth quarter of the past year was favorable in terms of sales, with a new edition of the Group's flagship product – *The Witcher 3: Wild Hunt* for Nintendo Switch – having joined the lineup, and GWENT having been released for iOS mobile devices. In the first quarter of 2020 *Thronebreaker: The Witcher Tales* was released for Nintendo Switch while GWENT debuted on Android devices. Each of these expansions of the Group's product catalogue has had a positive effect on sales revenues.

Digital distribution channels account for the vast majority of sales, both for the Company and for the Group as a whole (see tables below). According to information available as of the publication date of this report, these channels are largely impervious to the current circumstances. The Company has not yet received detailed information from distributors of physical editions of its games, but it can be surmised that restrictions in the free movement of people and the operation of retail stores will negatively affect sales of such products. Being forced to spend more time at home may also result in a change in purchasing habits, resulting in further growth of the popularity of digital videogame distribution platforms.

**Ex. J
Page 34**

69    CD PROJEKT CAPITAL GROUP ACTIVITY PROFILE

**Table 8**  CD PROJEKT S.A. – sales revenues by product category

|  | 01.01.2019--31.12.2019 | % | 01.01.2018--31.12.2018 | % |
|---|---|---|---|---|
| Videogames – box editions | 50 066 | 14% | 22 980 | 10% |
| Videogames – digital editions | 267 238 | 74% | 196 504 | 87% |
| Other revenues | 44 078 | 12% | 5 749 | 3% |
| Total | 361 382 |  | 225 232 |  |

**Table 9**  CD PROJEKT Group – consolidated sales revenues by product category

|  | 01.01.2019--31.12.2019 | % | 01.01.2018--31.12.2018 | % |
|---|---|---|---|---|
| Videogames – box editions | 50 066 | 10% | 22 978 | 6% |
| Videogames – digital editions | 421 789 | 81% | 335 878 | 93% |
| Other revenues | 49 417 | 9% | 4 045 | 1% |
| Total | 521 272 |  | 362 901 |  |

The reported increase in revenues generated by box editions of videogames in 2019 compared to the preceding year is mostly attributable to periodic transactions associated with past or upcoming releases – i.e. delivery of components of collectors' editions of *Cyberpunk 2077* to distributors, and sale of physical cartridges in the context of the release of *The Witcher 3: Wild Hunt* for Nintendo Switch.

Considering the above description of sales, as of the publication date of this report the Company does not have a reason to suspect impairment of assets which correspond to development projects, both those in progress and those already completed.

**Key short-term risks related to the COVID-19 pandemic**

- In the short run the most important risks and impediments affecting the Group's activities relate to cooperation with subcontractors and suppliers, particularly those, whose work cannot be carried out in the Home Office model. The Group continuously monitors the situation and implements mitigation strategies to adapt to the emerging circumstances on an ongoing basis.

- The coronavirus pandemic introduces the risk that certain members of the team may become unable to perform their assigned duties. Thanks to rapid reorientation towards the Home Office model the Group successfully avoided the emergence of an infection cluster within its team. Remote work cannot prevent individual team members from becoming infected, but it significantly reduces this risk, while also eliminating the risk of horizontal spread within the team.

- The coronavirus pandemic may trigger payment arrears and complicate collection of receivables. In the Company's view this risk particularly affects business partners whose activities involve sales of physical products (see

**Ex. J**
**Page 35**

## RISK OF DELAYS IN VIDEOGAME DEVELOPMENT

Postponed releases are a commonplace occurrence in the videogame industry. Developing games is a highly complex, iterative and costly activity, based on creative effort and requiring continuous development and refinement of technological solutions. This increases the likelihood of incorrect estimation of the required workload, delays due to technical issues in the programming layer (e.g. failure to meet quality assurance criteria or technical glitches), or problems caused by insufficient funding. With regard to products purchased by GOG sp. z o.o. Group members have no control over delays arising on the supplier side. With regard to development of proprietary products by CD PROJEKT S.A. the company actively manages its development schedule in order to minimize the likelihood of delays. Acting to further improve the effectiveness of videogame development the Company has deployed a standardized and semiautomatic production management system, which enforces best practices in the area of detailed control over the range and course of ongoing development work.

## RISKS ASSOCIATED WITH CERTIFICATION

Development of games for "closed" platforms, such as gaming consoles or iOS devices, and publishing games on markets where the binding legislation calls for certification (e.g. China) requires direct cooperation with the entity responsible for certification. This process involves validation of the game, and applies to any new releases thereof, to expansion packs and to other forms of additional content. Termination of cooperation between the developer and the platform proprietor is a significant risk, as are delays in the certification process or denial of certification. Each of those events may adversely impact the revenue stream for a given game. CD PROJEKT S.A. devotes substantial effort to meeting its contractual obligations due to platform proprietors as well as legal requirements, and consistently prioritizes the quality of its products.

## RISKS ASSOCIATED WITH INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS, PATENTS AND TRADEMARKS

Effective acquisition, licensing and protection of intellectual property rights (including trademarks) held by the Group is an important aspect of the Group's activities.

Group member companies acquire copyrights (e.g. in the videogame development process) on the basis of contracts concluded with authors, employees, affiliates and external suppliers. Despite introduction of suitable contractual provisions regulating copyright management, situations may arise where copyright has not been effectively transferred to the Group, acquired from an unauthorized party or inadvertently infringed. An additional risk involves conflicts between provisions which protect the interests of IPR holders in various jurisdictions. The Group performs continuous analysis of such risks and works to adapt the material content of its service contracts to minimize them.

Due to the global reach of CD PROJEKT Capital Group products and services, it is natural to offer such products and services in local languages and using national alphabets. This, however, involves the risk that a brand name or trademark held by the Company may conflict with an existing trademark, giving rise to copyright infringement claims. In addition, the Group may be unable to locally register some of its trademarks due to their resemblance to trademarks which have already been registered. The Group actively monitors trademark claims filed by third

**Ex. J
Page 36**

# EXHIBIT K

**Adam Kiciński (AK):** Good evening everyone. Welcome to the teleconference dedicated to the CD PROJEKT Group annual results for 2020. My name is Adam Kiciński and I'll run this call together with Piotr Nielubowicz and Michał Nowakowski. The webcast of the presentation and the audio is also streamed on our corporate website at www.cdprojekt.com and our IR Youtube channel. So - let's get started. Please jump to slide 3.

Beyond any doubt, the long-awaited launch of Cyberpunk 2077 was for us the most important event that took place in 2020 and come to think - in our history. It's a tough task to summarise the project with just a handful of slides - given that we all poured years of work and our hearts into it.

Cyberpunk launched on the 10th of December, on PC, Xbox One, PS4 and Stadia. The game is also playable on next-gen consoles thanks to backward compatibility. Let's move on to slide 4.

Cyberpunk 2077 turned out to be a huge project in every possible way - the most ambitious one that we've ever worked on, and also the most challenging, taking into account its scope and complexity.

With regard to its scale, over 500 developers from CD PROJEKT RED representing 37 nationalities worked on the game during the most intense period. In total there were over 5000 people involved in the project, including the studio's employees, business partners, actors, translators and musicians.

Working in such a diverse environment was a great pleasure. It was a challenge as well, taking into account that most of us spent the last 9 months before the release working from home, because of COVID.

Using this opportunity I'd like to thank all the people involved in Cyberpunk, especially my wonderful colleagues from CD PROJEKT RED, for their great dedication and passion they put into the project.

Let's go to the next slide, so number 5.

We strongly believe that to reach audiences around the world and win them over, we should give players the opportunity to experience the game in their mother tongues. That's why we are proud that we've managed to make Cyberpunk available in 18 language versions, including 11 full voice-overs recorded by 2000 actors. Please move on to slide 6.

The launch of Cyberpunk 2077 was fueled by a huge global marketing campaign that included various channels such as TV, outdoor, radio, printed media and online, depending on the

**PN:** So, the first one – regarding provisions on retail sales. As you saw, all our retail sales are done via distributors, and that's why the vast majority – nearly all – of our provisions concern our contracts, settlements and cooperation with distributors. Help Me Refund was an exceptional affair where we directly interacted with gamers, and it's the only such campaign – there's nothing more on top of it. Obviously GOG is involved in retail sales, and GOG has its own policies on returning games, but its contribution in this scope is not substantial in terms of our revenues – obviously the game is available in all PC digital storefronts; if any gamer decides to return it, this is factored in the calculation of monthly royalties, with every digital storefront submitting reports, and the balance of sales vs. returns is used to calculate royalties. To put it simply – nothing on top of what we've reported.

**AK:** I'll take the second. So, the first comment would be: we are undergoing a shift, but regarding the Cyberpunk development team, the vast majority is still working on Cyberpunk. Close to half of it is still working on the game itself – patches, updates, next-gen edition – it's the same process; of course we have branches, but the next-gen edition is part of the same process. There are also teams working on further content for Cyberpunk; there's a team working on "the next thing", and there is the GWENT team, as well as the Spokko team. So when we talk about the total number of developers, we mean GWENT and Spokko as well. There's also a multiplayer team, which – in some part – is not that easy to disaggregate from the Cyberpunk team itself, because some work related to multiplayer is also useful in singla-player gameplay; so the edges are a bit blurry – but the multiplayer team is – well, maybe not very big, but it will continue to work on things it's worked on for over two years. I know this might be a bit vague, but as I've said, the numbers are changing and we're going through a major shift.

**Q7:** Thank you. I'll ask an additional question, if I can. That five-year depreciation schedule – what should we make of the fact that you've chosen 5 years? Or to be blunt – does that mean that Cyberpunk 2078, so to speak, comes out in the 6th year?

**PN:** [chuckle] No; that's an assumption. In the case of GWENT we opted for 3 years, and that obviously didn't mean that were going to close GWENT after 3 years. With The Witcher 3 we now have results covering the full five-year period, so that was very helpful in modeling and checking the logic behind the scheme we set for Cyberpunk, but as you know – we keep selling our products longer, so the five-year scheme was just a concept we settled for. Depreciation of this Cyberpunk game has nothing to do with any potential future product. Those are separate assets and they need to be depreciated depending on assessments related to those particular products.

# EXHIBIT L



# MANAGEMENT BOARD REPORT ON THE ACTIVITIES OF THE CD PROJEKT GROUP AND CD PROJEKT S.A. IN 2020

CL SER.9- 2454



**PLN 1.2 billion**

total budget of *Cyberpunk 2077*

**13.7 million copies**

sold in 2020

**530 developers**

peak involvement in development of *Cyberpunk 2077*

**+5200 people**

engaged in the project in total

**18 language versions**

of *Cyberpunk 2077*, including

**11 voice overs**

involving 2000 actors from around the world



85/04

## Company shares held by members of the Management Board and the Supervisory Board

**Table 19** Shares held by members of the Management Board and Supervisory Board of the Company

| Name | Position | as of 22.04.2021 | as of 31.12.2020 | as of 01.01.2020 |
|------|----------|-----------------:|-----------------:|-----------------:|
| Adam Kiciński | President of the Board | 4 046 001 | 4 046 001 | 3 322 481 |
| Marcin Iwiński | Vice President of the Board | 12 873 520 | 12 873 520 | 12 150 000 |
| Piotr Nielubowicz | Vice President of the Board | 6 858 717 | 6 858 717 | 6 135 197 |
| Adam Badowski | Board Member | 692 640 | 692 640 | 150 000 |
| Michał Nowakowski | Board Member | 580 290 | 580 290 | 37 650 |
| Piotr Karwowski | Board Member | 108 728 | 108 728 | 3 100 |
| Katarzyna Szwarc | Chairwoman of the Supervisory Board | 10 | 10 | 10 |
| Maciej Nielubowicz | Supervisory Board Member | 51 | 51 | 51 |

On 4 September 2020, in light of attainment of the goals and criteria of the Incentive Program in force between 2016 and 2019, instituted by resolution no. 21 of the Ordinary General Meeting of 24 May 2016 and the Terms and Conditions of the Incentive Program active in 2016–2019 adopted on the basis of the aforementioned resolution, members of the Management Board exercised part of their assigned entitlements by acquiring Company shares as follows:

- Adam Kiciński purchased 76 480 shares for a total of 1 709 thousand PLN;
- Marcin Iwiński purchased 76 480 shares for a total of 1 709 thousand PLN;
- Piotr Nielubowicz purchased 76 480 shares for a total of 1 709 thousand PLN;
- Adam Badowski purchased 57 360 shares for a total of 1 281 thousand PLN;
- Piotr Karwowski purchased 11 272 shares for a total of 251 thousand PLN;
- Michał Nowakowski purchased 57 360 shares for a total of 1 281 thousand PLN.

Between 4 and 24 September 2020, in the framework of implementation of the aforementioned Incentive Program, pursuant to resolutions no. 20 and 21 of the Ordinary General Meeting of 28 July 2020, individuals enrolled in the Program, including members of the Company Management Board, sold Company shares which they had previously acquired under the Program, as listed above. This resale of own shares previously bought from the Company served to provide Program participants with a source of funding with which to finance the vesting of remaining entitlements assigned to them under the Program, including remittance of the issue price of Series M shares claimed in the exercise of rights incorporated by subscription warrants, along with discharge of the corresponding fiscal liabilities. These transactions should not be regarded as undertaken in the scope of individual investment-related decisions on the part of Company executives – rather, they resulted from their enrollment in the Program.

**Ex. L**
**Page 43**

# EXHIBIT M

Capital Group

Core Business

Investors

Media

Careers

Contact



# News

StartNewsCyberpunk 2077 — release date, pre-orders, new trailer!

# Cyberpunk 2077 — release date, pre-orders, new trailer!

June 9, 2019



**Ex. M**
**Page 45**

CD PROJEKT RED reveals brand new details regarding the studio's upcoming game, Cyberpunk 2077. Starting today, the title is also available for pre-order.

Cyberpunk 2077, the upcoming open-world, action-adventure story from the creators of The Witcher 3: Wild Hunt, will release April 16th, 2020 on PC, PlayStation 4 and Xbox One.

Pre-order Cyberpunk 2077

The game's Collector's Edition is also available for pre-order and comes packed with a number of high-quality collectibles. These include a 25 cm / 10 inch statue depicting the game's protagonist — V — in action, a steelbook case, a hardcover art book, and more. The Collector's Edition comes in an impressive box made to look like one of the megabuildings towering over Night City.



Accompanying the release date and pre-order news is a cinematic trailer, which offers a deeper look into the game's story. The trailer reveals one of the key characters of Cyberpunk 2077, Johnny Silverhand. The legendary rockerboy is played by Hollywood actor Keanu Reeves (The Matrix trilogy, John Wick series, Johnny Mnemonic). In addition to his appearance and voice, Reeves is also providing full-body motion capture for the character.

**Ex. M**
**Page 46**

# EXHIBIT N

New release date of Cyberpunk 2077 - CD PROJEKT

# News

<u>Start</u><u>News</u>New release date of Cyberpunk 2077

# New release date of Cyberpunk 2077

January 16, 2020



Ex. N
Page 48



We have important news regarding Cyberpunk 2077's release date we'd like to share with you today.

Cyberpunk 2077 won't make the April release window and we're moving the launch date to September 17, 2020.

We are currently at a stage where the game is complete and playable but there's still work to be done. Night City is massive – full of stories, content and places to visit, but due to the sheer scale and complexity of it all, we need more time to finish playtesting, fixing and polishing. We want Cyberpunk 2077 to be our crowning achievement for this generation and postponing launch will give us the precious months we need to make the game perfect.

Expect more regular updates on progress as we get closer to the new release date.

We're really looking forward to seeing you in Night City, thank you for your ongoing support!

Marcin Iwiński        Adam Badowski
CO-FOUNDER      &    HEAD OF STUDIO

# EXHIBIT O

**Adam Kiciński (AK):**

Good evening, my name is Adam Kiciński and I'm the joint-CEO of CD PROJEKT.

I would like to thank you for joining us on this conference call which we organized to provide more insight into today's news about Cyberpunk 2077's release date.

I would also like to apologize for the short notice, but our intention was to become available to you as soon as possible after we shared the news, to answer any potential questions you might have.

Before we start the Q&A session, I'd like to share a few words on behalf of the entire board.

Cyberpunk 2077 is the biggest and most ambitious project we've ever undertaken. Not only do we intend the game to be better than The Witcher 3 artistically, we also want it to elevate CD PROJEKT to another level business-wise.

We are currently at a stage where the game is complete and playable, but there's still work to be done. Night City is massive — full of stories, content and places to visit, but due to the sheer scale and complexity of it all, we need more time to finish playtesting, fixing and polishing. We want Cyberpunk 2077 to be our crowning achievement for this generation and postponing launch will give us the precious months we need to make the game perfect.

Finally, as — both — board members and key shareholders, we believe that today's decision is strategically sound. We are convinced that it will be beneficial to our long term fundamental growth.

Now I'd like to invite you to the Q&A session. Your questions will be answered by me, as well as Piotr Nielubowicz, CFO, and Michał Nowakowski, board member responsible for publishing.

Thank you.


**Participant 1:** Hi, this is Adrian Krajewski from Bloomberg News in Warsaw. I just basically have one question. Would you say this date is set in stone, would you do everything to fill this, or do you maybe have some fears that it may take even more time for the game to be perfect. Thank you.

**Michał Nowakowski (MN):** Hi, this is Michał Nowakowski. Yeah, we pretty much know where we stand and which aspects of the game still require work, and we are confident that the game will be out in September.

**P1:** Thank you.

**Participant 2:** Hi guys. Thank you for your call. I guess this delay makes sense; I'm just wondering if you could share the current state or the feedback from internal testing regarding

# EXHIBIT P

# News

StartNewsPostponement of Cyberpunk 2077 release

# Postponement of Cyberpunk 2077 release

June 18, 2020



**Ex. P**
**Page 53**



CODE = (NEWS) A 345009.8664

We have decided to move the launch of Cyberpunk 2077 from September 17 to November 19.

Those of you who are familiar with the way we make games know that we won't ship something which is not ready. "Ready when it's done" is not just a phrase we say because it sounds right, it's something we live by even when we know we'll take the heat for it. At the same time, we are fully aware that making such a decision costs us your trust and trading trust for additional time is one of the hardest decisions a game developer can make. And despite we think it's the right decision for the game, we'd still like to apologize for making you wait longer. Our intention is to make Cyberpunk 2077 something that will stay with you for years to come. In the end, we hope you understand why we did what we did.

At the time we are writing these words, Cyberpunk 2077 is finished both content and gameplay-wise. The quests, the cutscenes, the skills and items; all the adventures Night City has to offer – it's all there. But with such an abundance of content and complex systems interweaving with each other, we need to properly go through everything, balance game mechanics and fix a lot of bugs. A huge world means a huge number of things to iron out and we will spend the additional time doing exactly that.

This week, journalists from all over the world are starting to independently play the game. We are eager (and quite stressed) to hear their opinions, as well as see your reactions when they publish their previews right after we air Night City Wire on the 25th of June. We hope this will satisfy some of your hunger for the game as we work to polish it for the November launch.

Thank you,

**Marcin Iwiński**    &    **Adam Badowski**
CO-FOUNDER        HEAD OF STUDIO



**Ex. P**
**Page 54**

# EXHIBIT Q

**Adam Kiciński (AK):** Good evening, my name is Adam Kiciński and I'm the joint CEO of CD PROJEKT. I  would like to thank you for joining us on this conference call, which we organized today to provide more insight into today's news about the CP77 release date. I would also like to apologize for the short notice, but our intention was to become available to you as soon as possible after we shared the news, to answer any potential questions you may have. Before we start the Q&A session, I would like to share a few words on behalf of the entire board. CP77 is finished, both content- and gameplay-wise. The quests, the cutscenes, the skills and items; all adventures Night City has to offer – it's all there, but there's still work to be done. A huge world needs a huge number of things to iron out and we'll spend the additional time doing exactly that.

We are fully aware that making such a decision costs us your trust, and trading trust for additional time is one of the hardest decision a game developer can make. Our intention is to make CP77 something that will stay with us for years to come. Finally, as both Board members and key shareholders, we believe the decision is strategically sound. We are convinced that it will be beneficial to our long-term fundamental growth. Now, I would like to invite you to the Q&A session. Your questions will be answered by me, as well as Piotr Nielubowicz, CFO, and Michał Nowakowski, Board Member responsible for publishing. Thank you.

**Participant 1 (P1):** Couple of questions please. First of all, did COVID-19 have a major impact on the decision to delay, or can you imagine you would have carried on with the September deadline if this hadn't happened, or did the process simply take a bit longer as it is very complex and that has had impact?

That's the first question – and in terms of the launch of the two DLCs – you did two big DLCs after The Witcher 3 – can you talk about how the likely timing of those as a result of this delay? And I will sneak in a third question – I think you said a couple of calls ago that you expected multiplayer to not land in 2021 – can we assume that the multiplayer will get delayed proportionately to this delay, or how should we think about that?

**AK:** I'll take the first one. COVID-19 obviously doesn't help in the final phase, but it's not the main reason.

**Michał Nowakowski (MN):** You asked about the two DLCs released after The Witcher 3, and assumed that there's going to be the same situation with CP77 – We haven't specifically mentioned the number of DLCs – we prefer to call them expansions as they're bigger than typical DLCs – but of course the fact that the launch of CP77 has been moved will proportionately move the release of such potential expansions. We haven't made any specific announcement on when that's planned, but since these are actually being developed, these are not any pieces we keep in the drawer, so to speak. They will first have to be made.

When it comes to multiplayer, similarly to the expansions, its launch is going to be proportionately delayed as well, although multiplayer is a bit more distant – so it's a matter for the future anyway.

**P2:** Hi there, I have a couple of questions. Could you just clarify about what you mean by "finishing touches" that you touched upon in your opening remarks? Could you flesh out what you're doing – you are allowing hands-on tests now and saying that the game is finished, so just some additional color on the bugfixing that you mentioned – that would be helpful. And then I want to clarify about Night City Wire – are you still going ahead with that, and do you anticipate there'll be some previews from journalists post that, before the end of this month?

**AK:** The final touches are just about polishing, tweaking small things to make them as perfect as possible. We're aiming for high quality, and quality is not just about the big things, but about small

expansions, because there's a lot of appetite for the game even today – so should we assume that two is not the limit to significant expansions?

Regarding bugfixing and issues arising – is the extra work required because the game is simply larger and more complex than previous games that you've made, or is it particularly also because it's cross-gen?

**MN:** In terms of the number of expansions planned after CP, I would not assume anything until we've actually announced that number – you will have to be a bit more patient; that piece of news is going to come at some point, probably not too far from now, but this is part of our marketing campaign to reveal it at some point.

**AK:** But I'll add that the delay doesn't change any plans regarding further content – maybe dates, but not the number of planned expansions. And saying "expect not less" is a codeword for "you might expect a bit more".

**MN:** In terms of where the larger amount of bugfixing is coming from – it is related to the complexity of the game; it's by far the most complex game we've worked on so far, it's a completely revamped engine compared to TW3; it's simply much more complex and bigger than anything we've done before, and it's simply proven to take a bit longer than we initially assumed.

**P6:** Hi. Two follow-ups to previous questions. Could you comment on whether postponing the game on the current generation of consoles changes your internal assumptions regarding the release for the upcoming generation? And secondly, can you tell us how much the COVID-19 pandemic has affected the delay – did you have problems with testing, optimization and so on? And finally, will there be an embargo for upcoming previews in June after Night City Wire, and how long will that take?

**AK:** The next-gen version is planned for the next year and the plans are still in place – we've never revealed specific dates, but it's planned for the next year, so the delay doesn't change much in this regard. Regarding COVID – the answer is not easy to give. Things are in place; nothing has changed, but this final phase always requires a lot of energy, a lot of effort – and I assume it's a bit easier to go into this final phase together – from the human perspective. Still, that's the only thing that may have us a bit worried about staying at home, while on the other hand we feel safe – so we in fact prefer to stay at home. So as I've said, COVID doesn't make things easier, because previously final phases took place while we were all sitting in one office.

Regarding the embargo – yes, there is always an embargo, but it will be lifted right after Night City Wire, on the same day, so a week from now you will be able to judge our latest creation through the initial reactions of professionals.

**P7:** Your new release date is just a week before Black Friday, when there can be some heavy discounts, and there have been games in the past that were hit by that – are you worried to be shortening that window to sell at full price ahead of the sales period?

**MN:** Are you asking whether we're planning to slash the price for Black Friday?

**P7:** Not necessarily you, but are you worried that you're quite close to the sales period and that other games may be discounted and therefore more competitive?

**MN:** Not really, because – when you're new, fresh and coveted, that's a big factor. So everything that's gonna be on sale on Black Friday is going to be older; it'll be something that has already been played by people and is being bought opportunistically at a lower price. This is typically how it works. So – no,

**Ex. Q**
**Page 57**

# EXHIBIT R



CD PROJEKT®

CONDENSED INTERIM CONSOLIDATED
FINANCIAL STATEMENT OF THE CD PROJEKT GROUP
FOR THE PERIOD BETWEEN
1 JULY AND 30 SEPTEMBER 2020

Ex. R
Page 59



Payments collected by GOG sp. z o.o. from customers are split with the Company's suppliers as agreed upon in distribution contracts. Typical contracts require the Company to submit sales reports in monthly or quarterly cycles, not later than 30 days following the close of the given reporting period. With regard to certain older products the company may be contractually permitted to adapt them to the requirements of modern operating systems, or to enable multiplayer gameplay if such features were originally provided by the given game.

## Disclosure of the issuer's significant accomplishments and shortcomings in each activity segment in the third quarter of 2020

### CD PROJEKT RED

#### Events related to Cyberpunk 2077

In the third quarter of 2020 the Company carried on with its Cyberpunk 2077 promotional campaign, focused on familiarizing a broad spectrum of gamers from around the world with the game and its universe.

Four editions of Night City Wire were organized by CD PROJEKT RED between July and the publication date of this statement:

- On 10 August, in the second episode of Night City Wire, the Studio introduced three videocasts presenting selected aspects of Cyberpunk 2077, including, among others, the available lifepaths: Street Kid, Nomad and Corpo. A short documentary was also shown, detailing the Studio's cooperation with Refused – a Swedish punk band which impersonates the in-game SAMURAI band. The second episode attracted over 1 million live viewers.

- The third episode of Night City Wire was broadcast on 18 September, with a selection of materials presenting the in-game world and the gangs which inhabit it. Studio representatives summarized and announced the winners of the Cyber-up Your PC competition, and also discussed the minimum and recommended hardware specs for the PC edition of Cyberpunk 2077. This episode was viewed live by over 1.3 million spectators.

- In the fourth episode of Night City Wire, on 15 October, CD PROJEKT RED presented the game's vehicles and Night City styles, and also unveiled a new teaser trailer. New backstage footage depicted the work of the team responsible for in-game vehicle sounds, as well as its cooperation with Arch Motorcycle, whose founders – Keanu Reeves and Gard Hollinger – discussed their involvement in the making of Cyberpunk 2077. This episode was viewed live by nearly 1.6 million spectators.

- On 19 November, in the fifth episode of Night City Wire, CD PROJEKT RED presented a range of reveals related to the upcoming game. A new trailer was published, featuring Johnny Silverhand and his unique bond with the game's protagonist – a hired gun going by the name V. A "behind the scenes" look focused on Keanu Reeves discussing his impersonation of Night City's celebrated rockerboy. Composers and musicians involved in the project presented their work on the game's original soundtrack, while a segment titled "JALI" explained how the game's innovative facial expression and lip sync technology ensures realistic facial animations in all 11 language localizations. The episode was capped off with an official five-minute gameplay trailer, including never-before-seen scenes and enabling viewers to better understand the game's premise and characters, including their past and current goals. In addition to storyline reveals the trailer also provides a new look on character development features, along with side activities which gamers may undertake as they explore Night City. The fifth episode was viewed live by 2.5 million spectators.

In the third quarter of 2020 Cyberpunk 2077 was featured on the covers of 20 magazines from around the world.

On 27-30 August, at the virtual edition of gamescom, Cyberpunk 2077 received no less than five top awards: Best PC Game, Best Sony PlayStation Game, Best Role-Playing Game, Best Of gamescom and "Most Wanted" Consumer Award.

On 1 October, after the balance sheet date, a new Cyberpunk 2077 commercial featuring Keanu Reeves was broadcast during the inaugural game of this year's NBA finals.

On 5 October the Management Board announced that Cyberpunk 2077 had completed its certification process on Microsoft Xbox and Sony PlayStation platforms, and had consequently gone gold, paving the way to production of physical carrier media for the abovementioned platforms.

On 27 October the Management Board announced that the release of Cyberpunk 2077 would be postponed to 10 December 2020. This delay was due to the complexity of the final stages of optimizing the game's performance on nine distinct platforms spanning two generations of hardware (Xbox One/X, backward compatibility mode on Xbox Series S/X, PlayStation 4/Pro, backward compatibility mode on PlayStation 5, PC and Stadia), for which the game is targeted, as well as the specifics of testing the game on the above-mentioned platforms while the development team remains physically dispersed.

By the publication date of this statement CD PROJEKT RED has announced global collaboration with brands including Porsche, Arch Motorcycle, Nvidia, Secret Lab, Razer, Steel Series and Twitch. On certain local markets Cyberpunk 2077 will also feature brands such as Rockstar Energy Drink, Adidas, One Plus, Sprite, Play and LPP.

In November additional marketing activities preceding the release of Cyberpunk 2077 were initiated in key territories, including North America and Western Europe. The game's marketing campaign is expected to peak in early December.

Condensed interim consolidated financial statement of the CD PROJEKT Group for the period between 1 July and 30 September 2020
(all figures quoted in PLN thousands unless indicated otherwise)
The appended information constitutes an integral part of this financial statement.

40

**Ex. R
Page 60**

# EXHIBIT S

# News

Start (https://www.cdprojekt.com/en)        News (https://www.cdprojekt.com/en/media/news/)        Postpone...

# Postponement of Cyberpunk 2077 release

October 27, 2020

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. You may disable cookies with your browser settings. Find out more here » (https://www.cdprojekt.com/en/cookies-policy/)

Ex. S
Page 62



Hey everyone,

Today, we've decided to move the release date of *Cyberpunk 2077* by 21 days. The new release date is December 10th.

Most likely, there are many emotions and questions in your heads, so, first and foremost, please accept our humble apologies.

The biggest challenge for us right now is shipping the game on current-gen, next-gen, and PC at the same time, which requires us to prepare and test 9 versions of it (Xbox One/X, compatibility on Xbox Series S|X, PS4/Pro, compatibility on PS5, PC, Stadia)... while working from home. Since *Cyberpunk 2077* evolved towards almost being a next-gen title somewhere along the way, we need to make sure everything works well and every version runs smoothly. We're aware it might seem unrealistic when someone says that 21 days can make any difference in such a massive and complex game, but they really do.

Some of you might also be wondering what these words mean in light of us saying we achieved gold master some time ago. Passing certification, or 'going gold', means the game is ready, can be completed, and has all content in it. But it doesn't mean we stop working on it and raising the quality bar. On the contrary, this is the time where many improvements are being made which will then be distributed via a Day 0 patch. This is the time period we undercalculated.

We feel we have an amazing game on our hands and are willing to make every decision, even the hardest ones, if it ultimately leads to you getting a video game you'll fall in love with.

Yours,

**Adam Badowski & Marcin Iwiński**



Like 5                    Tweet

# See also:

(https://www.cdprojekt.com/en/media/news/the-witcher-monster-slayer-is-out-now/)

21
JUL

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies. You may disable cookies with your browser settings. Find out more here » (https://www.cdprojekt.com/en/cookies-policy/)

Ex. S
Page 63

# The Witcher: Monster Slayer is out now!

# EXHIBIT T

**Adam Kiciński (AK):**

Greetings, I'm Adam Kiciński, Joint CEO of CD PROJEKT. Thank you for joining today's call which concerns the postponement of the Cyberpunk 2077 release date by 3 weeks - until December 10. We would like to briefly explain the reasons behind today's decision and also answer any questions you may have.

First and foremost, on behalf of the whole Board, I would like to offer an apology for breaking our promise and failing your trust.

We underestimated the time required for the very final processes.  The game is ready for the PC and runs great on the next-gen consoles, and could be shipped on the scheduled date on those platforms. However, even though the game has been certified on the current gens by both Sony and Microsoft, some very final optimization processes for such a massive and complex game require a bit of additional time. Moreover, while we are releasing on the PC and two console brands, we are, in fact, preparing and testing nine distinct versions of the game, for the following platforms:
PC
Xbox One
Xbox One X
PS4
PS4 Pro
compatible releases on Xbox Series S and Series X
PS5 compatible release
...and Stadia.

And last but not least, despite all the effort taken to limit the impact of Covid-19 on our work, the current epidemiological situation at this final stage of the project is not making things any easier.

We are fully aware of the consequences of this decision, but at the same time, we feel we have an amazing game on our hands and believe that the decision is the right one to take, and will be borne out in the long run.

With that, I think we can go ahead with the Q&A session. I am at your full disposal, as are Piotr Nielubowicz, our CFO, and Michał Nowakowski -Member of the Board responsible for our publishing policy.

---

**Q1:**  Good evening. I've got 3 questions. My first one – going back to what you said in the middle of June when you last delayed the game – I think you specifically ruled out delaying it again beyond November 19. My question is – why is it different this time; why you're confident that you can get this game out on December 10. Secondly, you mentioned in your comments that "we have an amazing game on our hands". Could you provide some feedback that you've been getting from testing on how the game plays and we can get comfortable – when we actually get the game out – that it will be an amazing game and the quality will be as high as you expect it to be; some color on that would be very helpful. And thirdly – longer term, you've had some issues with getting this game out in the timeframe that you had set; you cited the complexity a number of times. But obviously you've got a very big project to come over the next couple of years, to get the multiplayer out – so, how confident are you that that you are going to be able to handle getting mutiplayer out in 2 years? Has your experience with single-player games increased your confidence or decreased it? Thank you very much.

**AK:** Thank you for your questions. Starting with the first one – we are in a very different situation now; as I've said, we have the game ready on the PC and it plays great on both next-gen consoles. We're

finalizing the process on the current gen. To be honest, releasing on the 19th was possible as well, but we believe that having these extra three weeks will enable us to get more things ready to our satisfaction. But we're talking only about technical things at the very final stage. Our confidence now is even greater than before – we have the game and can play it. I don't know how best to explain it, but the confidence is there – we're glad to have more time and believe this is the right move. I know three weeks doesn't seem like a long period, but it actually doubles our available time starting from the moment the decision was made; this can greatly help us with those technical matters regarding current-gen. I'll pass the second question to Michał because he has recently been playing the game quite heavily, so perhaps he can share his own opinion too.

**Michał Nowakowski (MN):** This is Michał Nowakowski – I'll actually not share my own judgment; I'm not impartial, of course, but when it comes to feedback from testing, we have quite a bit of that by now. The feedback is actually quite lengthy and it would take us way too much time to pass it; a lot of it is very technical, we break it down into very minute answers on some points, but one thing has been recurring in all of the test we've done. We've had people complete the game – for example, just yesterday night we had people complete the game in Japan, and we heard from them – and we keep hearing that it's unlike anything they had played before. And that comes from the mouths of people who are actually fans of videogames, and I can assume have seen quite a lot. So, that gives us a lot of confidence in the quality of the content we have prepared. It's of the highest standard and we're super happy with what we're about to deliver.

**AK:** And the third question, about future projects – it's a hard lesson and we know that we have to make certain organizational changes on the technical side of the company, but we believe that we have resources, and – frankly – such a harsh lesson makes us better prepared for future challenges. We take this lesson seriously and we believe that future projects, on the technical side, will be carried out properly.

**Q1:** Could you elaborate a bit about what you mean by "technical issues"?

**AK:** I think we should have had the game playable at earlier stages. With such a big game, too many things may have been put together at a late stage. We should have had more playable builds earlier. Well, what can I add? We're particularly focused on the content and on delivering the greatest games, but at the same time we believe we can organize the technical side by putting together playable versions earlier than before. Regarding multiplayer – it's a different project; we actually have initial prototypes and will keep them running throughout the whole course of production. And of course there is one more thing: targeting future releases – probably – just for next-gen will help a lot. We are releasing a game which is, to be honest, a next-gen game, and we're preparing it for fairly old machines, which poses certain unique challenges that won't occur in future projects – at least in the next one.

**Q2:** Hi everybody. Still looking forward to visiting Night City. I've three questions. One question is to take the opposite tack and ask for assurance from you that you're confident that this is enough time – because one could worry that – let's suppose – you needed 7 weeks, which would have implied the game comes out in early January, which, commercially, is not a good time, and it's the next financial year, so – are you confident this is enough time? Secondly, I'm sure you'll receive some criticism for the extended crunch – will this relieve any pressure? And does this therefore mean that cash receipts will fall into the next financial year? And finally, have any refunds been requested because of the delay and do you think this could provoke requests for refunds? Thank you.

**AK:** We feel firm. As I said, the game is releasable on the 19th and having those 3 more weeks just gives us more changes to fix this and that – so we feel secure. Of course the decision was not easy, but we also know that the release only happens once. The first impression is crucial, and in the long run

**MN:** I'll start with the release date: we have not considered splitting the release; we're big believers in serving everything at the same time. It's much more reasonable from the perspective of how the team operates and it's also convenient from the marketing perspective. So the answer here is no. You also mentioned that the game is prepared for next-gen. I would instead say that it's ready to be played on next-gen – that's an important distinction because our true next-gen version is going to come later. But yes; the game can be played and I just wanted to make sure that's not misunderstood. Now, about optimization and so on – games of such complexity and magnitude always have some bugs upon release. This is understood; it's commonplace – anybody who has played any game out there, like GTA, RDR, The Witcher 3 – any of the big games – knows there are bound to be some bugs. It's more about the scale and the quantity of these bugs, and it's really the only issue we're facing – so of course we're going to continue improving and working on the game once it launches, as was the case with The Witcher 3 – as everybody knows – but when it comes to the launch moment, we want people to not be pestered by something that is going to be truly problematic for them; we want them to avoid those kinds of situations; we want them to enjoy their arrival in Night City – so, coming back to your question, yes, it's basically optimization and all the challenges related to that. There's no other "hidden story" here.

**Q8:** Good afternoon. I just want to ask three questions. Do you have to pay any contractual fees due to delaying so close to launch – to distributors or marketing partners? The second question is about preorders: I wonder what happens to preorders in case of a delay. Are they automatically cancelled in some stores; are you aware of any channels that cancel preorders due to a delay? And the third question: you said that the ratio between preorders for Cyberpunk and The Witcher 3 is very satisfactory; I wonder if this justifies the threefold increase in the marketing campaign which you said was the case with Cyberpunk.

**MN:** OK, I can take the first two. Regarding contractual fees – there's no penalty in our contracts that we would be facing from any of our partners. The delay is really not that big; it's three weeks – of course it's going to impact the amount of time we'll have to actively sell the game during this calendar year; that's pretty obvious, but it really doesn't change expectations towards the game – it's still out there to be played, so, no. Not only are there no contractual penalties, but no one is demanding any kind of penalties. In terms of preorders being cancelled – this is highly specific to every channel; it depends on the channel's policy. We don't really control particular retailers or their policies; however, I know for a fact that there's no retailer that would cancel all preorders automatically. Some retailers may offer the ability to cancel preorders until the moment of launch, but, frankly speaking, this is something you can typically do with a preorder even in the absence of a delay – if you wanted to cancel a preorder of our game on Amazon yesterday, before we released the news, you could have done it without any hassle whatsoever. So, this is something of a typical practice; you can cancel preorders at any moment in time before the game actually launches and ships. Nothing has changed in regard to that. Yes, there may be some people who would actually cancel preorders right now, because they're tired, but I still think we can win those people back. I'll hand over the third question to Adam.

**AK:** The simple answer is – yes. All the data we have, both internal and external, justifies the scope of the marketing campaign, and perhaps we don't sound very happy today, because – you know – it's a tough decision, but on the other hand, we're sure we have something really amazing on our hands and we truly believe that once the game is released, everyone will understand how difficult it was and how great the game is, and then all those bitter pills we had to swallow on the way will seem like a small thing compared to the satisfaction that we'll enjoy. So – don't get us wrong, we of course a little stressed internally; we would have preferred to release on the 19th, but on the other hand we feel very strongly about the game.

**Q9:** Good evening everyone. My question relates to the momentum of console sales that may play a bigger role this time around. Do you think that the recent deterioration in economic outlook due to

# EXHIBIT U

4/15/2021                    CD PROJEKT looks back at the third quarter of 2020 - CD PROJEKT

Capital Group

Core Business

Investors

Media

Careers

Contact



# News

StartNewsCD PROJEKT looks back at the third quarter of 2020

# CD PROJEKT looks back at the third quarter of 2020

November 25, 2020



Ex. U
Page 69

**The CD PROJEKT Group posted 105 million PLN in Q3 sales revenues, while its consolidated net profit increased by nearly 60% on a year-over-year basis, topping 23 million PLN. The Company currently focuses on wrapping up development of Cyberpunk 2077 and intensifying the game's promotional campaign. The game is scheduled for release on 10 December.**

*– Our third-quarter revenues were mostly generated by sales of games from The Witcher universe; much like in the past quarters the bulk of these revenues is attributable to The Witcher 3, together with its expansions – now available on four hardware platforms. It should also be noted that both GWENT and Thronebreaker enjoyed another strong quarter, while GOG.com improved its July-September sales by nearly a quarter compared to the corresponding period in 2019. –* says Piotr Nielubowicz, Vice President and CFO of CD PROJEKT.

Throughout the third quarter the CD PROJEKT RED Studio was busy putting the final touches on Cyberpunk 2077. Expenditures on development projects in this period reached 52 million PLN, for a cumulative balance of such expenditures of 523 million PLN.

The game's promotional campaign is also entering its final phase. Last week media representatives were able to experience Cyberpunk gameplay for 16 hours as part of the second series of hands-on presentations of the Studio's newest creation.

*– Positive impressions on the part of journalists, and in particular their remarks which underscore the complexity and amazing ambience of Night City make us very happy and confirm the remarkable potential of Cyberpunk. Over the past weeks we've been observing ever greater interest in our newest game, as attested to by the increasing viewership of Night City Wire broadcasts and other Cyberpunk-related content. The final trailer of the game was viewed nearly 23 million times in the three days following its release. And that's not all – the apex of the promotional campaign is scheduled for the first days of December. –* remarks Adam Kiciński, CEO of the CD PROJEKT Group.

In recent weeks CD PROJEKT RED announced a range of tie-in collaborations involving the Cyberpunk brand. The Studio is pursuing joint projects, among others, with Porsche, Nvidia, Adidas and Sprite.

The full financial statement of the CD PROJEKT Capital Group can be found at https://www.cdprojekt.com/en/investors/result-center/.

**Ex. U**
**Page 70**

# EXHIBIT V

you see it today and where do you expect it to be in terms of quality by the time you release it on December 10?

**PN:** Hello, this is Piotr Nielubowicz; thanks for trying to get some extra info on preorders. As you know, we're not revealing much information on that; at this stage we do not have full and complete data that we could share, and it's not easy to tell how any data should be applied to final sales. Therefore, unfortunately, I can't give you any more detail other than the total increase of deferred revenues that was presented in the financial statement.

**AK:** I'll take the second and the third one. So – it seems that home office mode will not impact our schedule. We haven't revealed any dates regarding expansions, but – so far so good. We don't feel there'll be impact on our schedule in this regard. Bear in mind that part of the team is working at the office – a smaller part – but that helps a bit as well; we can organize things internally and then collaborate with people who are at home. And the last question – it's tricky to share our impressions before reviewers and gamers are able to play the game. Well, we are satisfied – but we're never fully satisfied. Don't get me wrong; it's not that we are unsure, but – let's wait 15 more days, or even less, because reviews will be published earlier. Let's await external judgment and then everything will be clear.

**Q2:** Good evening. The first question – could you update us on what the percentage ratio will be between digital and physical for December, the quarter and also the other quarters after that? If you could give us a feel, that would be helpful. The second question is on multiplayer – do you think that's still coming in 2022, and regarding the monetization level – would you say the game is going to be on the same level as peers' online games, or do you think it's going to be below, or significantly below, in terms of monetization, to keep the gamers happy. And the last question concerns PS4 – I think it's been said that maybe it wasn't working quite as well on PS4; have we seen any gameplay on PS4? Could you give us a bit of an update on how it performs on PS4?

**PN:** So, first – the expected ratio between digital and physical in our sales. Looking at preorders, digital is very strong, so we're definitely thinking of moving the potential split in favor of the digital side. How far we'll go – honestly, we don't know. Definitely farther than with The Witcher 3, and definitely more than 50% should come from digital channels. The history of The Witcher 3 shows that the longer the game is on the market the more the split shifts towards digital. With The Witcher 3 it's the vast majority, and with The Witcher 2 and 1 it's, let's say, 99% of revenues generated coming from digital sales. So, this is the only direction that can be expected in the mid- and longer term.

**AK:** I'll take the second and the third. Regarding multiplayer, we haven't announced any dates, and it's not the best moment to talk about any business model for multiplayer – even though we have discussed it before, but to avoid any fuss in our gaming community; I would prefer to skip it. We'll share our thoughts next year as we update our strategy – this will happen in Q1 of the next year, after we release Cyberpunk – that will be the right moment to discuss the key aspects of future releases. As for PS4 – yesterday we released gameplay trailers both on PS4 and PS5, so you can see the difference. Of course, PS5 is great, but PS4 is still very good. We had those extra 3 weeks and we achieved a lot within this final stretch, so we believe the game performs great on every platform.

**Q3:** I understand your point about not wishing to distract anybody, but – obviously not everybody on the team is working on Cyberpunk, GWENT and so on, but also on future

**Ex. V**
**Page 72**

projects – could you give us an idea as to the extent to which you've been able to begin work on non-Cyberpunk projects?

**AK:** We'd rather not. Of course, there are teams that are finished with Cyberpunk, and obviously those teams are the first to start work on new things, but – we've been discussing this issue before, but we've decided to focus on the release. Gamers listen to us closely and we don't want to distract them. Everything is now focused on Cyberpunk; we have two weeks and everything will be clear – perhaps we won't begin talking about new things right afterwards, but everything that we've said before remains valid. We're trying to avoid communicating too much about the further future. And there's one more thing – after the third delay some gamers may be a bit frustrated, so talking about future projects may add to that frustration. So – first, we deliver the game, and then we'll talk about the future.

**Q3:** I understand; it's difficult to get the communication around the game itself right. Again, this is something that may come a little early, but – you were perhaps asked about at the time of the delay, and I'm sure after the game comes out you'll look back at this, but – my suspicion is, the day you announce the next release date for the next AAA single-player game, everyone will tell themselves "well, we can expect that to be delayed two or three times". What lessons you can draw from this at the current stage?

**AK:** We are aware of this. Our goal is to deliver on time, but at the same time we're delivering a unique experience, which – in many aspects – is very innovative. This process is not always fully predictable – don't get me wrong, it can be planned, but only some things can be predicted precisely. We can change some of our methods and ways of communicating, and our goal will be to deliver on time. Next time we'll try to avoid any delays – that's the goal.

**Q3:** Does it mean that you'll potentially change your attitude to how far ahead of release you'd give a date for a game? Regarding the Company's strategic plans, you also mentioned that you weren't sure if you'd apply dates and deadlines in the way you did back in 2016. So, in a sense, one way you could avoid the risk of a delay is by waiting until the game is closer to completion. Are there any thoughts about that?

**AK:** Yes, well, the date has to be announced in advance at some point – we need to begin the PR campaign, start collecting preorders – so the date has to be set by then. Perhaps we'll not discuss dates earlier than that, but I'm sure investors want to have a fairly clear picture of what's going to happen. So, let us rethink – after the release – how to treat this issue in our strategy update; that's not decided yet.

**Q4:** Thank you for taking my questions. My first question concerns Cyberpunk – I've read the hands-on previews released recently, and one of the most frequent comments was that quite buggy, though not critically so – but still. Could you provide some color on how the current version differs from what you provided to the previewers and how many of those bugs have been fixed? I understand you were pretty aware of those bugs – from the previews. And the second question: could you give some color on Monster Slayer: what's the current status and when do you plan to release it?

**AK:** So, in terms of bugs – we are, of course, aware of them. Such a big game can't be entirely bug-free. That's rather obvious, but we believe the level of bugs will be low enough that they will not stand out from the perspective of gamers. Unfortunately, some bugs which came up in extended previews were related to the game's general features, so to speak, and many of them are already fixed. So, what gamers will get will be different than what reviewers will get,

**Q10:** The game hasn't been presented on basic – not pro – consoles – PS4 and Xbox One, so far. What is the performance of the game on these machines?

**AK:** Of course a bit lower than on pro consoles, but surprisingly good, I would say, for such a huge world. That's the answer.

**Q11:** What percentage of CP preorders comes from GOG.com? How many more CP preorders have been sold compared to The Witcher, percentage-wise?

**PN:** GOG operates on just one platform – PC – and on PC we'll have some physical sales as well as some digital sales, and within the digital sphere Steam is definitely the dominant platform. So, from the perspective of all of our expected sales GOG represents a single-digit percentage of all sales, including preorders, but in general I can say that GOG's share in preorders of our Cyberpunk is naturally higher than GOG's share of the global videogame market. How many more CP preorders have been sold compared to The Witcher? We're not revealing this information but, as I've said, we're very happy; Cyberpunk preorders are visibly higher than anything achieved with The Witcher 3 over a comparable period.

**Q12:** Has Keanu Reeves played the game?

**AK:** Yes, he has played the game but as far as I know he hasn't finished it yet. But he definitely played the game – and he loved it.

**Q13:** Are QA testers in demand now? Embracer acquired a Romanian-based company which specializes in this segment.

**PN:** Yes, we still QA the game. We do it both internally and externally; we use two or three external teams – so we cooperate with some external companies and the game will be tested by the launch date; that's a natural part of the process.

**Q14:** When do you plan to announce and start selling a Season's Pass for CP2077?

**AK:** The initial plan was to do it before release but after the recent delay we decided to wait for the release, to provide gamers with the game and then start talking about future projects, so – after the release.

**Q15:** What profit did the company generate on Cyberpunk preorders? What was the level of cancelled preorders due to release delays? What part of costs is to be allocated to the international advertising campaign for Cyberpunk?

**PN:** So, first – what profits did we make on Cyberpunk before the release? All the revenues we generate on Cyberpunk are not booked directly into our profit and loss account; they're presented on our balance sheet as deferred revenues and we will recognize them upon release of the game, so the initial quarter when Cyberpunk will begin generating revenues will be the fourth quarter of this year. Therefore, there is no profit which we could relate to. Obviously we have certain costs; expenses on development are not reported in the P&L account directly; they're also capitalized on our balance sheet, however all the costs of the marketing campaign go directly into current-period costs, so from this perspective the effect of Cyberpunk in our books – so far – has been negative, but each quarter, historically, the revenues and gross profit generated by The Witcher franchise were much higher than Cyberpunk-related marketing costs on our side. Regarding the level of cancelled preorders, I would say it was marginal compared to the number of preorders we collected. There were some people who decided to abandon their preorders; I hope we'll win them back. We're really active in talking to our gaming community, but compared to day-to-day sales or the

# EXHIBIT W

**Adam Kiciński (AK):**

Good afternoon,

Thank you for joining the call. My name is Adam Kiciński and I am the Joint-CEO of CD PROJEKT. This meeting was organized to discuss the situation right after the launch of Cyberpunk 2077. At the beginning I will present our current view of the situation which we are in today. After that, you will have time to ask questions. I'm with Piotr Nielubowicz, our CFO, Marcin Iwiński the Joint-CEO and co-founder, and Michał Nowakowski, Board Member responsible for publishing.

We released Cyberpunk 2077 4 days ago on December the 10th. The game had a strong opening and we've got positive feedback from players enjoying it on stronger machines — PCs and next gen consoles and Stadia — but the initial feedback from those playing it on the oldest last-gen consoles is way below our expectations.

CD PROJEKT is a team that puts all their efforts and hearts to deliver amazing games. So how was it even possible that it has come to this?

After 3 delays, we as the Management Board were too focused on releasing the game. We underestimated the scale and complexity of the issues, we ignored the signals about the need for additional time to refine the game on the base last-gen consoles. It was the wrong approach and against our business philosophy. On top of that, during the campaign, we showed the game mostly on PCs.

This caused the loss of gamers' trust and the reputation that we've been building through a big part of our lives. That's why our first steps are solely focused on regaining those two things. We are concentrated on fixing Cyberpunk on last-gen consoles. The first substantial set of fixes was released over the weekend. The next set of fixes will be released within the next seven days. Big updates are planned for January and February, together with smaller fixes. Of course, PC gamers will also be getting regular updates and fixes to improve the game. We will do everything possible to prove that we stick to our values.

We truly hope that our efforts will let us rebuild the trust we have lost.

Thank you. Now we are ready for the Q&A session.

---

**Q1:** Hi there, I've got three questions. Firstly, I wonder if you could give us some more color on the impact this had on sales over the first four days since release, for the old-gen consoles – obviously it'd be great if you could give us a sense of what you current sales are, in total, maybe on two digital platforms, that'd be most helpful, but if you can't give us an actual number, then maybe just some color on what impact you're seeing, and maybe a percentage of your sales that you expected to come from old-gen consoles – that's the first question. Secondly, taking a step back and thinking what went wrong here, could you give us a sense of whether you think you could have released this game on old-gen consoles in the way that you wanted to if you had more developers? Do you think this was a headcount capacity issue or a workflow issue – some color on that would be helpful. And finally, again, thinking forward to your additional content that you're planning to launch over the next 2-3 years – how do you feel about your ability to release a couple of DLCs next year, and, obviously, multiplayer in 2022?

**Piotr Nielubowicz (PN):** Hello, Piotr Nielubowicz on this side. We definitely saw good initial sales, especially on PC. Obviously, the current situation will cause console sales to drop, but at this moment on Monday it's far too early to provide detailed feedback on that; we're still collecting data, especially from retail channels, and I'm afraid I won't be able to answer this question precisely; however, as we promised prior to this call, we plan to release sales numbers before the holiday break.

**Michał Nowakowski (MN):** Hi, this is Michał Nowakowski – the second question; would having more developers help deliver the game on old-gens? In terms of delivering the game at a certain point, it's really not about the number of people; it's not like throwing in – in the last month – 200 or so people would actually help. So, the answer is no; this is not related to the fact that we could have thrown 300 or 500 more people into the fray and things would have happened differently.

**AK:** Adam Kiciński; the third question – to be honest, it's too early to judge. At the moment please let us handle the situation, and please let us make some more assessments – that's still ahead of us; we don't know yet, and we're now focused on improving Cyberpunk. We'll discuss this early next year.

**Q2:** I have three questions. First of all, I've seen that you're offering refunds through the Sony and Microsoft platforms, and also through retailers. Since you made that kind of comment on Twitter – have you seen a flood of refund requests that you have to deal with, or are most people who have already bought the game holding on to it, trusting you that you'll make it more playable on old-gen? Second question: do you think that you needed to have more external testing? Is it part of the process that everything is done in-house? If you had hired some outsourcers to do more extensive testing – could you have had less of an issue here? And the third question: regarding multiplayer, I've heard your answer to the previous question. Surely, you won't rush that process, though, given what you've been seeing now – should we really be thinking about 2023 at the earliest for the arrival of that?

**Marcin Iwiński (MI):** Marcin Iwiński; I'll answer the first question regarding refunds. We are not encouraging gamers to return the game; we hope they'll give us a chance to improve it on old-gen consoles. One fix was released last weekend; another one is coming in seven days – but there is an option, obviously, and the easiest way is to ask the retailer for a refund. If that's not possible, we also provide help. As of today it's too early to say; we've just begun the process and we sincerely hope that gamers will prefer to wait for updates since they had waited so long for the game, but – again – this is our humble hope. We'll assess the situation in a couple of days when we have the numbers.

**AK:** I'll take the second and third question. We have an internal QA department and we're working with external companies as well. One thing that perhaps didn't help us is COVID: internal testers are able to test the game working from home because we provide them with our own connected machines and so on, but external testers working for external companies were not able to test the game from homes – they have test centers and if they're not there, they're not able to work. So, we have seen a decrease in the number of testers, but I wouldn't point to it as a major source of problems. The third one, about multiplayer – first and foremost, we haven't confirmed any dates yet, and as I've said before, it's hard to judge now. We're in an unanticipated situation and we'll have to reassess. This is planned for January. We're now focusing on managing the single-player release, working on patches, communication and – as I said at the very beginning of this call – our focus remains on gamers. We'll see about further plans; the direction is obviously to proceed as planned, but we have to sit and discuss – and that will happen *[inaudible]*.

**Q2:** Can I sneak in another question? Among the more than 8 million pre-orders that you have – did you include in this figure people who started downloading the two days before launch, on PC? They weren't really pre-orders; they were just getting it lined up so that they could play. It's something that's treated differently across the industry.

**MN:** Hi, this is Michał Nowakowski; I can take this one. You ask whether who started pre-downloading the PC version were included in pre-orders? Well, yes, because if they started the pre-download they must have placed the pre-order. That's the group of people who were able to pre-download the game. So one group includes the other, so to speak. It's not like anybody could have pre-downloaded the game; that was an option open only to people who had pre-purchased the game on the given storefront.

**Q3:** Couple of questions if I may. Firstly, your earlier comment about the board being too focused on delivering the game and ignoring problems with old-gen. Should we take it that you had found it was very important that the game shouldn't be delayed into the next year, or simply that you had always wanted to deliver the game and not delay it – and you just underestimated the extent to which the last-gen version was not going to be the way it should be? Was it more about "the launch is important" or more about "we underestimated how bad the last-gen version was"? And secondly, and related to that, at the certification stage – presumably, Microsoft and Sony always get games that still have bugs, and decide they're going to be ok – partly on the basis of discussions with you that there will be fixes. Have I understood that correctly? Or do you feel somehow that the certification process is kind of only one side or the other, and failed to identify just how underperforming the last-gen version was? Perhaps I should add a final question to make it three; everyone has three – are you confident that last-gen machines will be able to produce an acceptable version of this game? And I say this as a PS4 owner, so I hope so. But – is it something that's simply too demanding, and – in hindsight – no amount of fixing is going to generate an acceptable experience? Thank you.

**MN:** First – your question was about the focus and the cause of ours ignoring, so to speak, the shortcomings of the current-gen version. It is more about us looking – as was previously stated – at the PC and next-gen performance rather than current-gen. We definitely did not spend enough time looking at that. I wouldn't say that we felt any external or internal pressure to launch on the date – other than the normal pressure, which is typical for any release. So that was not the cause. In terms of the certification process and the third parties – this is definitely on our side. I can only assume that they trusted that we're going to fix things upon release, and that obviously did not come together exactly as we had planned. Regarding the third question – where we want to go with the PlayStation and Xbox – as stated in the statement made public today in the morning, we are planning to get the game in much better shape than it is now, of course, and a lot of that is going to be happening in December. Come January and February you're going to see larger improvements – which we've stated already. We have also stated that if your expectation is that the game is going to be equal to, say, next-gens or PC in terms of performance, that definitely isn't going to happen. Having said that, I'm not saying it's going to be a bad game – but if you're expectations regarding, say, visuals or other performance angle, are like this, then we're openly stating that's not going to be the case. It will be a good, playable, stable game, without glitches and crashes, though. That's the intention.

**Q3:** Okay; that last sentence, I think, is the key one. I don't expect next-gen performance on last-gen, but I would like to be able to play through the game. Thank you very much.

**MN:** You will be able to. Thank you.

**Q4:** A couple of questions, please. The first one: will you still be doing your strategy update in Q1, or will that be postponed? The second question: obviously the gameplay on old-gen consoles wasn't really shown very much. Could you explain why you decided to hold that back? People just saw PC gameplay, I think. And can you also talk about how you're deploying your staff now? How are you splitting what they're working on? How many people are still working on Cyberpunk? How many on the mobile [game]? How many people on the next Witcher game? How many people on DLCs? How many people on multiplayer? Have you changed your expectations concerning staff allocation because

of this? And does this push back things like The Witcher 4? I know you haven't announced it, but you've said that people would be working on other titles once Cyberpunk is done. Thank you.

**AK:** So, regarding the strategy update – as of today we're planning to release it in Q1, as planned.

**MI:** For the second question – with regard to not showing the console version – we've actually shown console footage, but never on the last-gen consoles. The reason is that we were updating the game on last-gen consoles until the very last minute, and we thought we'd make it in time. Unfortunately this resulted in giving it to reviewers just one day before the release, which was definitely too late and the media didn't get the chance to review it properly. That was not intended; we were just fixing the game until the very last moment.

**AK:** Regarding allocation of teams – it's normal outside of the Cyberpunk teams. Spokko and the GWENT team are working on their projects. The Cyberpunk teams were scheduled to continue working on patches – this will probably take some more time, but of course we are branching and working on future projects as well. We're also scheduling holidays; people are tired and – regardless of the situation and regardless of patches, we will not simply continue working as before; our people need to rest a bit. We will have a strong team working on patches at least until February.

**Q5:** Hello, I have a question on your cost side. You said that the pre-orders covered the development and marketing costs of the game. Could you maybe provide the numbers now that the game has launched? And the second question – given the work which is required now to fix bugs, glitches and similar problems, how does this affect your costs with regard to marketing and development? Perhaps you could provide some color on this as well? Thank you.

**PN:** Unfortunately I cannot share the cost related to additional work, but the cost of patching the game is irrelevant compared to what we have already spent. So there's no question – we definitely want to fix the game; we made a promise to gamers and we'll be doing everything to stick with it. And as far as the first part of the question is concerned – could you please repeat it?

**Q5:** It's about the development and marketing cost of Cyberpunk that you have incurred so far – maybe you could give us numbers?

**AK:** We're not revealing this data; a complete statement including our revenues and expenses related to marketing, will be part of the Q4 report – I'm sorry, but we're not providing guidance on that right now.

**Q6:** Hello; I have three questions. First, regarding the refunds again, but another issue: I was wondering whether your console partners, like Microsoft and Sony will by any chance participate in the refunds, or is the financial burden yours only? The second question – are you considering giving away a bigger DLC for free to make gamers feel less disappointed? Is it on the table? And the last one – could you comment on the latest leak from Jason Schreier about the change in your bonus policy? I'm wondering – will it be connected with the game's revenues or will you be giving out bonuses at nominal value to retain the staff? That's all from me.

**MN:** I'll start – the question is whether Microsoft and Sony are participating financially in refunds. One has to understand: Microsoft and Sony have refund policies for every product that is released digitally on their storefronts. Despite several articles I've seen that things are being set up just for us, it's actually not true – these policies are in place and have always been in place; they're not offered specifically for us. Anyone who has purchased any title on the PlayStation network or the Microsoft storefront can ask for a refund, and if it's made within certain boundaries, usually related to time, usage and so on, can ask for that refund. Our procedure here with Microsoft and Sony is not different

than with any other title released on any of those storefronts. I want to state that clearly, as there seem to be certain misconceptions. In terms of financial participation, when our product is refunded, the share from the store that Microsoft took is refunded, and of course it's something that is subtracted from the share of revenues that would normally be transmitted to CD PROJEKT. It's, of course, not shared with us and is instead refunded to the given player – the given customer. I think that pretty much sums up the first one. Regarding the second question – we have stated our policy in terms of what we are doing with the players for now, and that's where we stand. Regarding the third question – we don't really comment on what someone else has stated about what's going on at the studio. Thank you.

**Q7:** Thanks for that and regarding refunds – there's no chance that the market will receive an update on the volume or number of refunds before the sales report around Christmas, yes?

**AK:** We don't know yet. Before Christmas we will release sales numbers, but in terms of refunds – we're not sure if we'll share this information outside of the company.

**Q8:** Hello; I wanted to ask about the shape of the game after optimization that's possible in February – you said that it would be possible to play, but what price points can we expect? Obviously, it might be a smaller game if it's not fully comparable to PC – so perhaps a comment on that, and also – could you have released the game without including the old-gen consoles if that version was unacceptable?

**MN:** I'm not sure I fully understood your question, so if I'm answering something different than what you asked – feel free to correct me. In terms of the shape of the game after optimization: we pretty much said it earlier in the call, i.e. the game will have no crashes, the main bugs will be eliminated, and we're looking to improve both performance and graphic fidelity – that's going to be spread out across various patches and, of course, a pretty important update will happen this month. Actually, the game is playable right now; that may be an important thing to state because it's not like the game does not launch or is unplayable; I fully understand that the experience is far from satisfactory for a lot of people – and we do acknowledge that – but "not playable" sounds like it doesn't launch at all, which is not the case. Versus PC – again, this is something we have stated before; you cannot expect PC-like or next-gen-like performance on last-gens, and we're not claiming that. I'm not sure I fully understood the context of the question concerning the difference in price points.

**Q8:** Will it be offered at the same price or will the price be lower on old-gens in February?

**MN:** We do not foresee lowering the price. We're focusing on fixing the game to make sure that people are happy with the product, but there's currently no discussion about changing the price.

**Q8:** And could you have released –

**MN:** – without the old-gen consoles? In pure theory, if we had decided that one day before the launch then yes; we might have released just the PC version – but I'm not sure what else is included in that question, to be honest.

**Q8:** So could this have only been the new generation of consoles and PCs?

**MN:** So the answer here is "no": next-gens get a completely different version of the game, so it's not like we could have decided at any point recently to "flip the switch", so to say, and change the old-gen version to the next-gen version and release only on next-gens. As you have noticed, there is no native next-gen release. The game runs on next-gens and takes advantage of how next-gens are performing, but it's not like we had a next-gen version in our hands and decided to keep it on the shelf.

**Ex. W**
**Page 80**

# EXHIBIT X

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus 🄯    Markets    News    ···    y! finance⁺    Try it free

## CD Projekt S.A. (CDR.WA)
Warsaw - Warsaw Delayed Price. Currency in PLN

☆ Add to watchlist

Quote Lookup

### 171.40  -2.72 (-1.56%)
As of 3:20PM CEST. Market open.

Summary    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability


BLOCK TKA AND KNEE OA PAIN IMMEDIATELY AND FOR UP TO 90 DAYS[1]
iovera.° Stop pain cold.    LEARN MORE >
Radnovich R, Scott D, Patel AT, et al. Osteoarthritis Cartilage. 2017;25(8):1247-1256.
©2021 Pacira BioSciences, Inc. All rights reserved. PP-IO-US-0356 06/21 MKT-5598 Rev A

Time Period: Dec 09, 2020 - Dec 31, 2020 ⌄        Show: Historical Prices ⌄
Frequency: Daily ⌄                                          Apply

Currency in PLN                                                               ⭳ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 31, 2020 | 274.70 | 274.70 | 274.70 | 274.70 | 267.01 | - |
| Dec 30, 2020 | 280.50 | 280.50 | 270.40 | 274.70 | 267.01 | 650,137 |
| Dec 29, 2020 | 279.50 | 285.20 | 274.40 | 280.50 | 272.65 | 690,382 |
| Dec 28, 2020 | 265.00 | 274.00 | 257.10 | 274.00 | 266.33 | 1,032,496 |
| Dec 25, 2020 | 269.00 | 269.00 | 269.00 | 269.00 | 261.47 | - |
| Dec 24, 2020 | 269.00 | 269.00 | 269.00 | 269.00 | 261.47 | - |
| Dec 23, 2020 | 275.00 | 275.60 | 252.00 | 269.00 | 261.47 | 1,448,707 |
| Dec 22, 2020 | 262.60 | 275.90 | 262.00 | 267.70 | 260.20 | 1,494,473 |
| Dec 21, 2020 | 260.00 | 265.30 | 248.00 | 256.00 | 248.83 | 2,711,140 |
| Dec 18, 2020 | 260.00 | 272.60 | 242.50 | 271.40 | 263.80 | 5,437,869 |
| Dec 17, 2020 | 305.00 | 313.90 | 305.00 | 309.20 | 300.54 | 1,073,399 |
| Dec 16, 2020 | 299.30 | 304.00 | 290.00 | 300.00 | 291.60 | 1,120,401 |
| Dec 15, 2020 | 303.80 | 316.80 | 294.00 | 300.00 | 291.60 | 2,655,726 |
| Dec 14, 2020 | 265.00 | 298.00 | 238.50 | 296.10 | 287.81 | 5,364,891 |
| Dec 11, 2020 | 358.80 | 358.80 | 308.30 | 320.50 | 311.53 | 3,966,471 |
| Dec 10, 2020 | 391.50 | 401.10 | 358.30 | 362.00 | 351.86 | 2,046,291 |

*Close price adjusted for splits.       **Adjusted close price adjusted for both dividends and splits.

PRICE DROP    PRICE DROP

PRICE DROP    NEW

PRICE DROP    PRICE DROP

PRICE DROP    PRICE DR


yahoo! finance
Stay ahead of the market
Try it free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **PZU.WA** | 38.24 | +0.05 | +0.13% |
| Powszechny Zaklad Ubezpieczen SA | | | |
| **11B.WA** | 481.40 | +16.20 | +3.48% |
| 11 bit studios S.A. | | | |
| **XTB.WA** | 14.08 | +0.44 | +3.23% |
| X-Trade Brokers Dom Maklerski S.A. | | | |
| Allegro.eu SA | | | |
| CEZ, a. s. | | | |

# EXHIBIT Y



**CD PROJEKT**

# CD PROJEKT GROUP
# H1 2020 EARNINGS

**Adam Kiciński** // President, Joint CEO

**Piotr Nielubowicz** // Member of the Board, CFO

**Michał Nowakowski** // Member of the Board, SVP Business Development

**Ex. Y**
**Page 84**



## Legal disclaimer

This report includes forward-looking statements. Because such statements deal with future events, they are subject to various risks and uncertainties and actual results for fiscal year 2020 and beyond could differ materially from the CD PROJEKT's current expectations. Forward-looking statements are identified by words such as "anticipates", "projects", "expects", "plans", "intends", "believes", "estimates," "targets," and other similar expressions that indicate trends and future events.

Factors that could cause the CD PROJEKT's results to differ materially from those expressed in forward-looking statements include, without limitation, variation in demand and acceptance of the Company's products and services, the frequency, magnitude and timing of paper and other raw-material-price changes, general business and economic conditions beyond the Company's control, timing of the completion and integration of acquisitions, the consequences of competitive factors in the marketplace including the ability to attract and retain customers, results of continuous improvement and other cost-containment strategies, and the Company's success in attracting and retaining key personnel. The Company undertakes no obligation to revise or update forward-looking statements as a result of new information, since these statements may no longer be accurate or timely.

**Ex. Y**
**Page 85**

# EXHIBIT Z



# CD PROJEKT GROUP
# Q3 2020 EARNINGS

Adam Kiciński // President, Joint CEO

Piotr Nielubowicz // Member of Board, CFO

25 NOVEMBER 2020

Ex. Z
Page 87



## Legal disclaimer

This report includes forward-looking statements. Because such statements deal with future events, they are subject to various risks and uncertainties and actual results for fiscal year 2020 and beyond could differ materially from the CD PROJEKT's current expectations. Forward-looking statements are identified by words such as "anticipates", "projects", "expects", "plans", "intends", "believes", "estimates," "targets," and other similar expressions that indicate trends and future events.

Factors that could cause the CD PROJEKT's results to differ materially from those expressed in forward-looking statements include, without limitation, variation in demand and acceptance of the Company's products and services, the frequency, magnitude and timing of paper and other raw-material-price changes, general business and economic conditions beyond the Company's control, timing of the completion and integration of acquisitions, the consequences of competitive factors in the marketplace including the ability to attract and retain customers, results of continuous improvement and other cost-containment strategies, and the Company's success in attracting and retaining key personnel. The Company undertakes no obligation to revise or update forward-looking statements as a result of new information, since these statements may no longer be accurate or timely.

# EXHIBIT AA

Screentime

# Inside Cyberpunk 2077's Disastrous Rollout

Developers say they knew the game wasn't ready to be released publicly.

By Jason Schreier
January 16, 2021, 12:00 AM EST

CD Projekt SA Chief Executive Officer Marcin Iwiński made a public mea culpa this week about the disastrous rollout of the video game Cyberpunk 2077 in December. He took personal responsibility and asked fans not to blame the team.

In a somber five-minute video address and accompanying blog post, Iwiński acknowledged the game "did not meet the quality standard we wanted to meet. I and the entire leadership team are deeply sorry for this."





Marcin Iwiński  *Photographer: Patrick T. Fallon/Bloomberg*

Iwiński's apology, the second within a month, was an attempt to restore the Polish company's reputation with scores of fans – and investors – who had waited eight years for the game, only to discover it was riddled with bugs and performance issues when it was finally released. Uproar over the botched debut caused a 30% drop in CD Projekt's shares from Dec. 10 through mid-January.

Interviews with more than 20 current and former CD Projekt staff, most of whom requested anonymity so as not to risk their careers, depict a development process marred by unchecked ambition, poor planning and technical shortcomings. Employees, discussing the game's creation for the first time, described a company that focused on marketing at the expense of development, and an unrealistic timeline that pressured some into working extensive overtime long before the final push. CD Projekt declined to comment on the process or provide interviews for this story.

The Polish company will spend the next few months working on fixes to Cyberpunk 2077 instead of planning expansions to the game or getting started on the next installment of its other popular franchise, The Witcher. The first new update will be released toward the end of January and a second "in the weeks after," Iwiński said.

This wasn't how the development team envisioned starting 2021. Now, instead of celebrating a successful release, they will aim to turn Cyberpunk 2077 into a redemption story. It will be an uphill battle. Unlike competitors such as Electronic Arts Inc. and Ubisoft Entertainment SA, CD Projekt only releases one major game every few years, so the company was relying on Cyberpunk 2077 to be a significant hit.

Cyberpunk 2077, a role-playing game set in a sci-fi dystopia, had a lot going for it. Warsaw-based CD Projekt already was well-known for an earlier blockbuster title, The Witcher 3, and Cyberpunk benefitted from a massive ad blitz and a leading role from actor Keanu Reeves. Thanks to pre-launch hype, the game sold 13 million copies at $60 apiece in the first 10 days after its release. CD Projekt was, for a while, the most valuable company in Poland.





Keanu Reeves promoted Cyberpunk 2077 during an Xbox event ahead of E3 in Los Angeles in 2019.  *Photographer: Patrick T. Fallon/Bloomberg*

Early reviews were generally good, but once players got the game in their hands, they realized it had problems on PCs and was almost unplayable on consoles. It performed so poorly that Sony Corp. removed the game from the PlayStation Store and offered refunds, an unprecedented move, while Microsoft Corp. slapped on a label warning customers that they "may experience performance issues on Xbox One until the game is updated." CD Projekt is facing an investor lawsuit on claims they were misled.

---

**More from**

# Screentime

**Russell Wilson Teams With Fanatics, Lured by Collectibles Craze**

**HBO Max Frustrates Subscribers With Glitchy Streaming Tech**

**Netflix, Chipotle and Evergrande: Investments in the Spotlight**

**How, When and Where to Watch the Tokyo Olympics on TV and Streaming**

---

In his message, Iwiński concedes that the company "underestimated the task." He said that because the game's city was "so packed and the disk bandwidth of old-gen consoles is what it is, it constantly challenged us." While the company extensively tested before the game's release, Iwiński said it didn't show many of the issues players experienced. Developers who worked on the game argued otherwise, saying that many common problems were discovered. The staff just didn't have time to fix them.

Cyberpunk 2077 was an ambitious project by any standard. CD Projekt's previous success, The Witcher, was set in a medieval fantasy world full of swords and spells. But everything in Cyberpunk was a departure from that framework. Cyberpunk was sci-fi rather than fantasy. Instead of a third-person camera in which the player's character appeared on screen, Cyberpunk used a first-person view. Making Cyberpunk would require CD Projekt to invest in new technology, new staff and new techniques they hadn't explored before.

Another indication of how CD Projekt stretched things too far was that it tried to develop the engine technology behind Cyberpunk 2077, most of which was brand new, simultaneously with the game, which slowed down production. One member of the team compared the process to trying to drive a train while the tracks are being laid in front of you at the same time. It might have gone more smoothly if the track-layers had a few months head start.





Cyberpunk 2077  *Source: CD Projekt SA*

Adrian Jakubiak, a former audio programmer for CD Projekt, said one of his colleagues asked during a meeting how the company thought it would be able to pull off a technically more challenging project in the same timeframe as The Witcher. "Someone answered: 'We'll figure it out along the way,'" he said.

For years, CD Projekt had thrived on that mentality. But this time, the company wasn't able to pull it off. "I knew it wasn't going to go well," said Jakubiak. "I just didn't know how disastrous it would be."

Part of the fans' disappointment is proportional to the amount of time they spent waiting for the game. Although Cyberpunk was announced in 2012, the company was then still mainly focused on its last title and full development didn't start until late 2016, employees said. That was when CD Projekt essentially hit the reset button, according to people familiar with the project.

Studio head Adam Badowski took over as director, demanding overhauls to Cyberpunk's gameplay and story. For the next year, everything was changing, including fundamental elements like the game-play perspective. Top staff who had worked on The Witcher 3 had strong opinions on how Cyberpunk should be made, which clashed with Badowski and lead to the eventual departure of several top developers.

Much of CD Projekt's focus, according to several people who worked on Cyberpunk 2077, was on impressing the outside world. A slice of gameplay was showcased at E3, the industry's main trade event, in 2018. It showed the main character embarking on a mission, giving players a grand tour of the seedy, crime-ridden Night City.



A Cyberpunk 2077 preview during the Xbox event ahead of E3 in Los Angeles in June 2018. *Photographer: Patrick T. Fallon/Bloomberg*

Fans and journalists were wowed by Cyberpunk 2077's ambition and scale. What they didn't know was that the demo was almost entirely fake. CD Projekt hadn't yet finalized and coded the underlying gameplay systems, which is why so many features, such as car ambushes, were missing from the final product. Developers said they felt like the demo was a waste of months that should have gone toward making the game.

Employees were working long hours, even though Iwiński told staff that overtime wouldn't be mandatory on Cyberpunk 2077. More than a dozen workers said they felt pressured to put in extra hours by their managers or coworkers anyway.

"There were times when I would crunch up to 13 hours a day – a little bit over that was my record probably – and I would do five days a week working like that," said Jakubiak, the former audio programmer, adding that he quit the company after getting married. "I have some friends who lost their families because of these sort of shenanigans."

The overtime didn't make development of the game any faster. At E3 in June 2019, CD Projekt announced that the game would come out on April 16, 2020. Fans were elated, but internally, some members of the team could only scratch their heads, wondering how they could possibly finish the game by then. One person said they thought the date was a joke. Based on the team's progress, they expected the game to be ready in 2022. Developers created memes about the game getting delayed, making bets on when it would happen.

---

**Game on.**
Go deep inside the video game business with Jason Schreier's weekly newsletter.

Enter your email                                                        **Sign Up**

Please enter a valid email address

By submitting my information, I agree to the Privacy Policy and Terms of Service and to receive offers and promotions from Bloomberg.

**Ex. AA**
**Page 94**

Canceling features and scaling down the size of Cyberpunk's metropolis helped, but the team's growth hampered some departments, developers said.

While The Witcher 3 was created by roughly 240 in-house staff, according to the company, Cyberpunk's credits show that the game had well over 500 internal developers. But because CD Projekt wasn't accustomed to such a size, people who worked on the game said their teams often felt siloed and unorganized.

At the same time, CD Projekt remained understaffed. Games like Grand Theft Auto V and Red Dead Redemption II, often held up as examples of the quality the company wanted to uphold, were made by dozens of offices and thousands of people.

There were also cultural barriers brought about by hiring expats from the U.S. and Western Europe. The studio mandated everyone speak English during meetings with non-Polish speakers, but not everyone followed the rules.

Even as the timeline looked increasingly unrealistic, management said delaying wasn't an option. Their goal was to release Cyberpunk 2077 before new consoles from Microsoft and Sony, expected in the fall of 2020, were even announced. That way, the company could launch the game on existing PlayStation 4, Xbox One, and PC, then "double dip" by releasing versions down the road for the next generation consoles. People who bought the old console versions would receive free upgrades when the new ones were available. Some engineers realized that Cyberpunk was too complex of a game to run well on the seven-year-old consoles, with its city full of bustling crowds and hulking buildings. They said management dismissed their concerns, however, citing their success in pulling off The Witcher 3.

But by the end of 2019, management finally acknowledged that Cyberpunk needed to be delayed. Last January, the company pushed the game's release to September. In March, as the pandemic began ravaging the globe and forcing people to stay inside, CD Projekt staff had to complete the game from their homes. Without access to the office's console development kits, most developers would play builds of the game on their home computers, so it wasn't clear to everyone how Cyberpunk might run on PS4 and Xbox One. External tests, however, showed clear performance issues.

Iwiński also said that communication issues resulting from teams working at home amid Covid-19 restrictions meant "a lot of the dynamics we normally take for granted" got lost over video calls or emails. The game's debut slipped again, to November.

As the launch date drew closer, everyone at the studio knew the game was in rough shape and needed more time, according to several people familiar with the development. Chunks of dialogue were missing. Some actions didn't work properly. When management announced in October that the game had "gone gold" – that it was ready to be pressed to discs – there were still major bugs being discovered. The game was delayed another three weeks as exhausted programmers scrambled to fix as much as they could.

When Cyberpunk 2077 finally launched on Dec. 10, the backlash was swift and furious. Players shared videos of screens overrun with tiny trees or characters gallivanting around without pants, and compiled lists of features that had been promised but were not in the final product.

Many of the glitches and graphical issues can be fixed, developers say, though it's not clear what it will take to regain a spot in the PlayStation store. Winning back fans may be difficult, but there's precedent in the video game world. Games like No Man's Sky, a space simulator; Final Fantasy XIV, an online roleplaying game; and Destiny, a multiplayer shooter, recovered from rocky launches and earned critical acclaim by gradually improving after they released. And the market seems to be hopeful. CD Projekt shares rose 6%, the most in six weeks, after Iwiński's message.

**Ex. AA**
**Page 95**

# EXHIBIT BB

Jun 6, 2021, 08:27am EDT   |   21,799 views

# CDPR Made Its Own 'Cyberpunk 2077' Internal Bug Meme Reel Ahead Of Launch



**Paul Tassi** Senior Contributor ⓘ

Games

*News and opinion about video games, television, movies and the internet.*



Listen to this article now

-02:46

Powered by **Trinity Audio**



Cyberpunk 2077    CDPR

This week, the source code for Cyberpunk 2077 made its way online to torrent sites, after it had been stolen during a hack of CDPR months ago. Among the files releases were a few interesting video files of note. One of pre-alpha footage of a very, very early potential intro to the game, but three more were even more attention-grabbing.

**Ex. BB**
**Page 97**

## Get Smart about All things Apple with David Phelan

Along with critical news, in-depth analysis, and things nobody told you about. Try the first three-weeks for free ($7 per month thereafter). No credit card required today.

| Enter e-mail address | Sign Up |

You may opt out any time. Terms and Conditions and Privacy Policy

They are internal bug "meme reels" made by someone within CDPR itself, set to music, showing off a variety of goofy bugs found in testing titled "Cyber ElBuggado 2020."

CDPR Producer Slava Lukyanenka responded to a tweet from Jason Schreier which suggested this footage reinforced his previous reporting that most everyone at CDPR knew the state Cyberpunk was in when the game launch. Lukyanenka said in a now-deleted tweet:

*"This video is a fun composition of bug materials collected by QA and developers through years of development. How exactly it proves your point?"*

It may not "prove" anything, as we don't know precisely when the videos were made (some tags imply 2020, shortly before release, but that can't be confirmed). And some of the clips are clearly just fun goofs like V riding a cat or a hotdog around.

But the bugs? Many of the bugs look all-too familiar. Physics glitches and ludicrous NPC behavior. While these *exact* bugs may not have made their way into the final product, bugs that looked a hell of a lot like them certainly did, and that's the kind of thing that CDPR has been trying to patch out of the game for six months now.

MORE FOR YOU

### 'Cyberpunk 2077' Is Getting Roasted For Its 'By The Numbers' Campaign

Ex. BB
Page 98

'Cyberpunk 2077' Has A New 2021 Roadmap And It Is Very Bad

A List Of Likely 'Cyberpunk 2077' Free DLC Has Leaked



Cyberpunk 2077    CDPR



**Forbes** | Daily Dozen

### 12 Daily Success Stories

Follow the world's top entrepreneurs, superstars and success secrets in our Daily Dozen newsletter.

| Email address | Job Title |

**Sign Up**    You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy

If you watch the videos, there's even kind of a clear theme, as many of them juxtapose the "expectations" original promo trailers of a cinematic V doing cool things with memes of horrific bugs in the actual game, pretty much the exact style that fans made these sorts of videos in when the game launch. The first one even has the infamous "when it's ready" tagline that fans have been throwing in CDPR's faces since launch.

**Ex. BB**
**Page 99**

In most other games, this *would* just been a fun bug reel that would mean relatively little. All games have bugs in testing, after all. But in Cyberpunk 2077's case, it lands differently, given the actual state of the game at launch, and how many thousands of reels almost exactly like this were made *after* launch. Here's one of the most famous ones, and you can see the similarity in style to the internal CDPR cuts. The set-up is practically identical:



Cyberpunk 2077 - Launch Glitches Trailer (Bug Compilation)

Cyberpunk 2077 is readying its next patch which is supposed to arrive a few weeks from now. More bugs to be stamped out, as ever. The saga simply does not end, given how many were in the game to begin with at launch, and these videos certainly do little to help that narrative.

***Follow me on Twitter, YouTube, Facebook and Instagram.***

***Subscribe to my free weekly content round-up newsletter, God Rolls.***

***Pick up my sci-fi novels the Herokiller series, and The Earthborn Trilogy, which is also on audiobook.***

 **Paul Tassi**

Ex. BB
Page 100

# EXHIBIT CC

# News

StartNewsCD PROJEKT looks back at 2020

# CD PROJEKT looks back at 2020

April 22, 2021



**In 2020 the CD PROJEKT Group posted over 2.1 billion in sales revenues – a more than fourfold increase over the preceding year. This dynamic growth is primarily due to the December release of Cyberpunk 2077 – the largest game in CD PROJEKT RED's history, which sold over 13.7 million copies by the end of 2020.**

*– The past year was an especially busy period for us, culminating in the release of the largest project in the 26-year history of CD PROJEKT. Owing to great effort on the part of the entire team, we managed to introduce a new franchise to the market. However, as for the release itself – clearly not everything went according to plan. This was a huge lesson for us, one we will never forget – but I believe now is the time to look to the*

Ex. CC
Page 102

*future. We remain ambitious and we are giving it our all to bring Cyberpunk to a level
where everyone can fully enjoy the game, regardless of platform* – says Adam Kiciński,
President and Joint CEO of the CD PROJEKT Group.

The Group's consolidated net profit in 2020 was 1 154 million PLN, having increased
more than sixfold since the preceding year. While the bulk of this result is attributable to
the CD PROJEKT RED segment, GOG.com also posted record-breaking earnings.
Thanks to a strong fourth quarter, assisted by the release of Cyberpunk 2077, the
segment generated nearly 344 million PLN in sales revenues and more than 20 million
PLN in net profit.

Games from The Witcher series enjoyed another very successful year, with strong
sales across the board.

*– The Witcher 3 had the second best year in its history with regard to the number of
copies sold – it had only done better during its release year, which was nearly 6 years
ago. In 2020 the cumulative number of The Witcher 3 copies sold topped 30 million,
while the entire trilogy sold over 50 million copies* – remarks Piotr Nielubowicz, Vice
President and CFO of CD PROJEKT.

The Witcher and Cyberpunk represent two major franchises within which CD PROJEKT
will develop new projects over the coming years. Both are regarded as pillars of the
Company's further growth, and represent a major focus of its Strategy Update,
published in March.

*– We are convinced that the changes we're introducing will enhance our efficiency and
allow us to achieve the goals we have set for ourselves. There's no shortage of
motivation; we also feel strong support on the part of the team, which is very
encouraging* – says Adam Kiciński.

*– In addition to further updates to Cyberpunk and free DLCs, in the second half of the
year we plan to release dedicated next-gen console editions of both Cyberpunk and
The Witcher 3. In addition, we're approaching the release of The Witcher: Monster
Slayer, a location-based augmented reality mobile game. And of course we continue to
work on other projects which will bear fruit in later years* – adds Piotr Nielubowicz.

The full financial statement of the CD PROJEKT Group can be found
at https://www.cdprojekt.com/en/investors/result-center/

**Ex. CC
Page 103**