UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>　　　　　　Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>CLASS ACTION<br><br>**DECLARATION OF PIOTR MARCIN NIELUBOWICZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NIELUBOWICZ DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOX)

I, Piotr Marcin Nielubowicz, hereby declare and state as follows:

1. I am the Chief Financial Officer and Member of the Board of Directors at CD Projekt S.A. ("CD Projekt"). I have held that position since 2011, but have co-managed CD Projekt-related companies since 1999. I make this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint. I have personal knowledge of the matters set forth herein based upon my position at CD Projekt and, if called upon, could and would testify competently thereto. To the extent the information herein is not based on first-hand knowledge, I gathered such information by conferring with CD Projekt's officers and directors and/or reviewing business records and public information.

2. CD Projekt is a Polish corporation incorporated and headquartered in Warsaw, Poland. Its headquarters are at Building E, ul. Jagiellonska 74, Warsaw 03-301, Poland.

3. Contrary to Plaintiffs' allegation in paragraph 11 of the Consolidated Amended Complaint for Violation of the Federal Securities Laws ("CAC"), CD Projekt is not incorporated in Delaware or anywhere else in the United States.

4. Defendants Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski ("Individual Defendants" and collectively with CD Projekt, "Defendants") are Polish citizens who currently live and work in Poland. The Individual Defendants lived and worked in Poland between January 16, 2020, and December 17, 2020, the class period identified in the CAC ("Class Period").

5. The Individual Defendants are members of CD Projekt's Management Board. CD Projekt's Management Board is located in Poland and holds its meetings in Poland.

6. CD Projekt's common stock is listed exclusively on the Warsaw Stock Exchange in Poland.

7. Upon information and belief, CD Projekt has no reporting duties

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

NIELUBOWICZ DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

pursuant to the U.S. securities laws, and has never filed any document with the U.S. Securities and Exchange Commission ("SEC") pursuant to the U.S. securities laws.

8. The CAC refers to two types of securities: (1) American Depositary Receipts ("ADRs") that trade over the counter on the Pink Open Market (formerly called the OTC Pink) under the ticker symbol "OTGLY," and (2) common stock (referred to in the CAC as "ordinary shares") that trades over the counter on the Pink Open Market under the ticker symbol "OTGLF." The value of these derivative securities is based on CD Projekt's stock price.

9. The ADRs [OTGLY] are unsponsored ADRs, which means they were created without CD Projekt's cooperation. The unsponsored ADR programs were created by depositary institutions: Bank of New York Mellon, Deutsche Bank, and Citibank. These depositary institutions created the ADRs without Defendants' consent or involvement. Defendants took no deliberate actions or affirmative steps to help establish, support, or promote the unsponsored ADR programs.

10. None of the Defendants had any involvement in preparing or filing any of the Form F-6s that registered the unsponsored ADRs with the SEC, and none of the Defendants authorized the preparation or filing of any of the Form F-6s.

11. Since learning of the unsponsored ADRs, Defendants have not taken any deliberate actions or affirmative steps to facilitate, support, or promote the ADR programs.

12. Defendants have not solicited any purchases of the unsponsored ADRs that trade in the United States.

13. Upon information and belief, Bank of New York Mellon, Deutsche Bank, and Citibank, the depositary institutions that created the unsponsored ADRs, were not among CD Projekt's top shareholders and, in fact, their unsponsored ADRs represented only a small percentage of CD Projekt's outstanding stock during the Class Period.

14. Polish securities laws require that shareholders with company holdings

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

NIELUBOWICZ DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

exceeding 5% notify the company of their holdings, and Bank of New York Mellon, Deutsche Bank, and Citibank did not do so during the Class Period (or anytime thereafter).

15. I understand that CD Projekt's common stock also trades over the counter in the United States under the ticker symbol "OTGLF." These OTGLF shares are so-called "F shares." F shares are foreign securities with U.S. trading symbols created by U.S. broker-dealers so that U.S. investors can see quotes in U.S. dollars during regular trading hours.

16. Defendants were not involved in creating or facilitating this trading presence in the United States.

17. Defendants did not consent to or participate in the creation of these F shares.

18. Defendants took no deliberate actions or affirmative steps to establish the trading presence of CD Projekt's common stock as F shares on the Pink Open Market.

19. Defendants have not solicited any purchases of the F shares that trade in the United States.

20. The CAC lists allegedly false or misleading statements made during the Class Period. None of these statements were made in the United States.

21. The individuals primarily responsible for the content of CD Projekt's financial statements, including the April 28, 2020, Annual Report referenced in the CAC, are based in Poland.

22. The individuals primarily responsible for the content of CD Projekt's investor relations press releases, including the November 25, 2020, release referenced in the CAC, are based in Poland.

23. CD Projekt periodically holds conference calls to discuss financial results and other important matters. The September 4, 2020, October 28, 2020, and November 30, 2020, conference calls referenced in the CAC were conducted from

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

NIELUBOWICZ DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)

Poland.

24.   The vast majority of CD Projekt employees involved in developing Cyberpunk 2077 are Polish citizens or based in Poland.

25.   In the ordinary course, documents created by CD Projekt employees in Poland are maintained in Poland.

26.   Should this case be dismissed for *forum non conveniens*, and should Plaintiffs assert their claims in Poland, all Defendants will consent to service of process there.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 12, 2021, in Warsaw, Poland.

_____
Piotr Marcin Nielubowicz

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

NIELUBOWICZ DECLARATION
ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOx)