# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. Fernando M. Olguin |

Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws (the "Motion to Dismiss") came for hearing before this Court on November 18, 2021, at 10:00 a.m. Having read and considered the Motion to Dismiss, the papers filed in support of and in opposition to the Motion to Dismiss, arguments by counsel, all other records and papers on file in this action, including any evidence thereon as permitted by the relevant authority, the Court finds that there is good cause to GRANT the Motion to Dismiss.

THEREFORE, IT IS ORDERED that Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 41 and 43-1) is dismissed WITH PREJUDICE because amendment would be futile.

**IT IS SO ORDERED.**

Dated: _____   _____
                               Hon. Fernando M. Olguin
                               United States District Judge