# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Master File No. 2:20-cv-11627-FMO-RAO<br><br>**STIPULATION**<br><br>CLASS ACTION |

This Document Relates To: All Actions

Lead Plaintiff James W. Gordley and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") and Defendants CD Projekt S.A., Adam Michal Kicinski, Piotr Marcin Nielubowicz, and Michal Nowakowski (collectively, the "Defendants"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order modifying the schedule for the filing of an opposition to the pending motion to dismiss and a reply to the opposition to the motion to dismissed.

**WHEREAS**, on May 21, 2021, the Court issued an order setting forth a schedule for the filing of a consolidated amended complaint and for briefing of a motion to dismiss (Docket No. 40);

**WHEREAS**, pursuant to that order, Plaintiffs filed the Consolidated Amended Complaint on June 28, 2021 (Docket No. 41), and Defendants filed their motion to dismiss on August 12, 2021 (Docket No. 47);

|   |   |
|---|---|
| 1 | **WHEREAS**, pursuant to the scheduling order, Plaintiffs are currently required to file an opposition to the motion to dismiss on or before September 27, 2021, and defendants are required to file a reply within 30 days of that opposition; |

**WHEREAS**, pursuant to the scheduling order, Plaintiffs are currently required to file an opposition to the motion to dismiss on or before September 27, 2021, and defendants are required to file a reply within 30 days of that opposition;

**WHEREAS**, due to scheduling conflicts and the fact that, pursuant to the Court's Order dated August 2, 2021 (Docket No. 44), good cause exists to grant an extension of time to file an opposition and reply to the motion to dismiss, and no previous extension has been granted as to these deadlines;

**NOW, THEREFORE**, Plaintiff and the Defendants stipulate and agree, subject to approval of the Court, as follows:

1. Plaintiffs shall file their opposition to the motion to dismiss on or before October 4, 2021.

2. Defendants shall file their reply on or before November 10, 2021.

Dated:   September 16, 2021        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Stern
Jonathan Stern (admitted pro hac vice)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jstern@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

|   |   |
|---|---|
| 1 | COOLEY LLP |
| 2 | /s/ Ryan E. Blair |
| 3 | Ryan E. Blair |
|   | Koji F. Fukumura |
| 4 | Heather M. Speers |
| 5 | 4401 Eastgate Mall |
|   | San Diego, CA 92121 |
| 6 | Telephone: 858-550-6047 |
| 7 | Facsimile: 858-550-6420 |
|   | Email: rblair@cooley.com |
| 8 |   |
| 9 | *Attorneys for the Defendants* |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ryan Blair, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:      July 27, 2021                                            The Rosen Law Firm

                                                                                    By: /s/ Jonathan Stern
                                                                                          Jonathan Stern