UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando M. Olguin |

**WHEREAS**, on December 24, 2020, an action styled *Trampe v. CD Projekt S.A., et al.*, No. 2:20-cv-11627-FMO-RAO (C.D. Cal.) was filed against the Defendants which asserts claims for violations of the federal securities laws;

**WHEREAS**, on May 21, 2021, the Court issued an order setting forth a schedule for the filing of a consolidated amended complaint and for briefing of a motion to dismiss (Docket No. 40);

**WHEREAS**, pursuant to that order, Plaintiffs filed the Consolidated Amended Complaint on June 28, 2021 (Docket No. 41), and Defendants filed their motion to dismiss on August 12, 2021 (Docket No. 47);

**WHEREAS**, pursuant to the scheduling order, Plaintiffs are currently required to file an opposition to the motion to dismiss on or before September 27, 2021, and defendants are required to file a reply within 30 days of that opposition;

**WHEREAS**, due to scheduling conflicts and the fact that, pursuant to the Court's Order dated August 2, 2021 (Docket No. 44), good cause exists to grant

an extension of time to file an opposition and reply to the motion to dismiss, and no previous extension has been granted as to these deadlines;

**NOW, THEREFORE**, having examined the parties' stipulation, and good cause therefore appearing, the Court **Orders** as follows:

1. Plaintiffs shall file their opposition to the motion to dismiss on or before October 4, 2021.

2. Defendants shall file their reply on or before November 10, 2021.

Dated _____, 2021          _____
                                  Hon. Fernando M. Olguin
                                  United States District Judge