Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, <br><br> Defendants. | Case No. 2:20-cv-11627-FMO-RAO <br><br> **MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Fernando M. Olguin <br> Hearing Date: December 2, 2021 <br> Time: 10:00 a.m. <br> CTRM: 6D – First Street Courthouse |

I, Jonathan Stern , declare:

    1.    I am an attorney admitted *pro hac vice* before this Court. I am an attorney of The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Opposition to Motion to Dismiss.

1

DECLARATION OF JONATHAN STERN IN OPPOSITION TO MOTION TO DISMISS–
2:20-cv-11627-FMO-RAO

I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

    2.    Attached hereto are true and correct copies of the following documents:

    Exhibit 1:    CD Projekt November 12 Press Release;

    Exhibit 2:    CD Projekt November 30, 2020 Earnings Call Transcript;

    Exhibit 3:    CD Projekt 2019 Schedule of Events;

    Exhibit 4:    CD Projekt 2020 Schedule of Events;

    Exhibit 5:    CD Projekt Fact Sheet;

    Exhibit 6:    Tweet Regarding E3;

    Exhibit 7:    Screenrant Article dated December 16, 2020;

    Exhibit 8:    CD Projekt December 14, 2020 Earnings Call Transcript;

    Exhibit 9:    CD Projekt September 4, 2020 Earnings Call Transcript;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 4th Day of October, 2021.

                            /s/Jonathan Stern
                            Jonathan Stern