**Current report no. 55/2020**

**Subject:** Change in publication date of Q3 2020 consolidated financial report

**Legal basis:** Art. 56 section 1 item 2 of the Offerings Act – current and periodic information

In relation to Current Report no. 2/2020 of 17 January 2020, the Management Board of CD PROJEKT S.A., with a registered office in Warsaw at Jagiellońska 74, hereby announces that the Q3 2020 consolidated financial statement, originally scheduled for publication on 26 November 2020, will instead be published on 25 November 2020.

The change of the timing for the publication is related to a public holiday in the United States of America, i.e. November 26th.

*Disclaimer: This English language translation has been prepared solely for the convenience of English speaking readers. Despite all the efforts devoted to this translation, certain discrepancies, omissions or approximations may exist. In case of any differences between the Polish and the English versions, the Polish version shall prevail. CD PROJEKT, its representatives and employees decline all responsibility in this regard.*