CD PROJEKT RED (HTTP://CDPROJEKTRED.COM)

GOG.COM (HTTP://GOG.COM/)

WERSJA POLSKA (/PL/)

European Union

Capital Group (https://www.cdprojekt.com/en/capital-group/)

Core Business (https://www.cdprojekt.com/en/core-business/)

Investors (https://www.cdprojekt.com/en/investors/)

Media (https://www.cdprojekt.com/en/media/)

Careers (https://www.cdprojekt.com/en/careers/)

Contact (https://www.cdprojekt.com/en/contact/)

# Events

Start (https://www.cdprojekt.com/en) > Events (https://www.cdprojekt.com/en/investors/events/) > 2019

Upcoming (/en/investors/events/?eventtype=upcoming)

Past (/en/investors/events/?eventtype=past)

2021 (/en/investors/events/?eventtype=past&tag=2021)

2020 (/en/investors/events/?eventtype=past&tag=2020)

2019 (/en/investors/events/?eventtype=past&tag=2019)

2018 (/en/investors/events/?eventtype=past&tag=2018)

2017 (/en/investors/events/?eventtype=past&tag=2017)

2016 (/en/investors/events/?eventtype=past&tag=2016)

2015 (/en/investors/events/?eventtype=past&tag=2015)

2014 (/en/investors/events/?eventtype=past&tag=2014)

### Trigon Investor Day 2019 – Top-picks by Trigon – Warsaw

January 17, 2019

### Separate and consolidated yearly reports for 2018

March 27, 2019

### UBS Investment Bank – LATEMEA Corporate Day – Singapore

April 10, 2019 - April 11, 2019

### Consolidated quarterly report for Q1 2019

May 23, 2019

### Ordinary General Meeting of Shareholders

May 23, 2019 10:00

### E3 – Investor meetings – Los Angeles

June 11, 2019 - June 13, 2019

### Morgan Stanley Non Deal Roadshow – Boston, New York

June 24, 2019 - June 26, 2019

### Consolidated semiannual report for 1H 2019

August 29, 2019

## HSBC GEMs Investor Forum 2019 – London

September 5, 2019

## DM PKO BP – CEE Gaming & Technology Investor Day – London

September 6, 2019

## Pekao Investment Banking – 16th Annual Emerging Europe Investment Conference – Warsaw

September 10, 2019

## Stifel Non Deal Roadshow – New York, Boston

September 24, 2019 - September 26, 2019

## The Finest CEElection Investor Conference – Vienna

October 9, 2019

## Berenberg Video Gaming Conference – London

November 6, 2019

## Consolidated quarterly report for Q3 2019

November 21, 2019

## About CD PROJEKT

## Products

GWENT: The Witcher Card Game (https://www.playgwent.com/)

Thronebreaker: The Witcher Tales (https://witchertales.com/)

The Witcher 3: Wild Hunt (http://thewitcher.com/witcher3/)

The Witcher 2: Assassins of Kings (http://thewitcher.com/witcher2/)

The Witcher (http://thewitcher.com/witcher1/)

Cyberpunk 2077 (http://www.cyberpunk.net/)

GOG.com (http://gog.com/)

GOG Galaxy (https://www.gog.com/galaxy)

## Contact

CD PROJEKT S.A. (http://en.cdprojekt.com/)
ul. Jagiellońska 74
03-301 Warszawa

General contact:
    +48 22 519 69 00
    contact@cdprojekt.com (mailto:contact@cdprojekt.com)


For media and investors:
    media@cdprojektred.com (mailto:media@cdprojektred.com)
    ir@cdprojekt.com (mailto:ir@cdprojekt.com)

GM-related inquiries:
wza@cdprojekt.com (mailto:wza@cdprojekt.com)



Cookie Policy (https://www.cdprojekt.com/en/cookies-policy/)    Terms of Service (https://www.cdprojekt.com/en/terms-of-service/)

Share capital: 100,738,800 PLN paid in full; National Court Register (KRS) number: 0000006865; District Court for the City of Warsaw, 14th Commercial Department of the National Court Registry;
All trademarks referenced herein are the properties of their respective owners.
©2021 CD PROJEKT S.A. All rights reserved

DESIGN AND IMPLEMENTATION



(http://www.canexpect.com)