CD PROJEKT RED (HTTP://CDPROJEKTRED.COM)

GOG.COM (HTTP://GOG.COM/)

WERSJA POLSKA (/PL/)

European Union

Capital Group (https://www.cdprojekt.com/en/capital-group/)

Core Business (https://www.cdprojekt.com/en/core-business/)

Investors (https://www.cdprojekt.com/en/investors/)

Media (https://www.cdprojekt.com/en/media/)

Careers (https://www.cdprojekt.com/en/careers/)

Contact (https://www.cdprojekt.com/en/contact/)

# Events

Start (https://www.cdprojekt.com/en) > Events (https://www.cdprojekt.com/en/investors/events/) > 2020

Upcoming (/en/investors/events/?eventtype=upcoming)

Past (/en/investors/events/?eventtype=past)

2021 (/en/investors/events/?eventtype=past&tag=2021)

2020 (/en/investors/events/?eventtype=past&tag=2020)

2019 (/en/investors/events/?eventtype=past&tag=2019)

2018 (/en/investors/events/?eventtype=past&tag=2018)

2017 (/en/investors/events/?eventtype=past&tag=2017)

2016 (/en/investors/events/?eventtype=past&tag=2016)

2015 (/en/investors/events/?eventtype=past&tag=2015)

2014 (/en/investors/events/?eventtype=past&tag=2014)

### Separate and consolidated yearly reports for 2019

April 8, 2020

### Consolidated quarterly report for Q1 2020

May 28, 2020

### Jefferies virtual Non Deal Roadshow

June 26, 2020 - June 29, 2020

### Berenberg virtual analyst fireside chat session

June 29, 2020

### COWEN virtual Non Deal Roadshow

June 29, 2020

### Oppenheimer virtual Non Deal Roadshow

June 30, 2020

### JP Morgan virtual Non Deal Roadshow

June 30, 2020 - July 1, 2020

### Stifel virtual Non Deal Roadshow

July 1, 2020

**Consumer Edge virtual Non Deal Roadshow**

July 6, 2020

**Credit Suisse virtual Non Deal Roadshow**

July 7, 2020

## About CD PROJEKT

## Products

GWENT: The Witcher Card Game (https://www.playgwent.com/)

Thronebreaker: The Witcher Tales (https://witchertales.com/)

The Witcher 3: Wild Hunt (http://thewitcher.com/witcher3/)

The Witcher 2: Assassins of Kings (http://thewitcher.com/witcher2/)

The Witcher (http://thewitcher.com/witcher1/)

Cyberpunk 2077 (http://www.cyberpunk.net/)

GOG.com (http://gog.com/)

GOG Galaxy (https://www.gog.com/galaxy)

# Contact

CD PROJEKT S.A. (http://en.cdprojekt.com/)

ul. Jagiellońska 74

03-301 Warszawa

General contact:

+48 22 519 69 00

contact@cdprojekt.com (mailto:contact@cdprojekt.com)

For media and investors:

media@cdprojektred.com (mailto:media@cdprojektred.com)

ir@cdprojekt.com (mailto:ir@cdprojekt.com)

GM-related inquiries:

wza@cdprojekt.com (mailto:wza@cdprojekt.com)



Cookie Policy                                        Terms of Service

(https://www.cdprojekt.com/en/privacy-policy/) (https://www.cdprojekt.com/en/terms-of-service/)

Share capital: 100,738,800 PLN paid in full; National Court Register (KRS) number: 0000006865; District Court for the City of Warsaw, 14th Commercial Department of the National Court Registry;
All trademarks referenced herein are the properties of their respective owners.
©2021 CD PROJEKT S.A. All rights reserved

DESIGN AND IMPLEMENTATION



(http://www.canexpect.com)