CD PROJEKT S.A. FACT SHEET 08.07.2021
www.cdprojekt.com
Case 2:20-cv-11627-FMO-RAO   Document 51-6   Filed 10/04/21   Page 1 of 2   Page ID #:762

# Fact Sheet

CD PROJEKT S.A. conducts business on the dynamically growing video games market. CD PROJEKT S.A. is the holding company of the CD PROJEKT Group.

The CD PROJEKT Group conducts operating activities in two key segments – CD PROJEKT RED and GOG.com.

**Sales revenue and presence of the CD PROJEKT Group***

- Warsaw
- Wrocław
- Poland - 4% of sales revenues
- Vancouver
- Berlin
- Moscow
- Seoul
- London
- Paris
- Kraków
- North America - 70% of sales revenues
- Turin
- Europe - 17% of sales revenues
- Tokyo
- Los Angeles
- Shanghai
- Asia - 7% of sales revenues
- São Paulo
- Others - 2% of sales revenues

● Headquarters (CD PROJEKT RED and GOG.com)
● CD PROJEKT RED dev studio
● Local subsidiaries of the Capital Group
● Branch offices
● Media and community managers

*Data for 2020

## About CD PROJEKT RED

Videogame development is carried out by the CD PROJEKT RED Studio – part of the CD PROJEKT Group. This activity comprises developing and publishing videogames, licensing the associated distribution rights, coordinating and directly pursuing PR and marketing activities related to the Studio's own products, manufacturing and selling or licensing tie-in products which exploit the commercial appeal of the Company's brands: *The Witcher* and *Cyberpunk*.

Key facts:
- over 50 million copies sold of *The Witcher*, *The Witcher 2: Assassins of Kings* and *The Witcher 3: Wild Hunt*,
- 13.7 million copies sold of *Cyberpunk 2077* in the month of release,
- 92% of sales revenues from exports.

## About GOG.com

Digital distribution of computer games at a global scale is carried out by the GOG.com platform and GOG Galaxy application, owned by GOG sp. z o.o. The activity comprises selling and delivering game binaries directly to the user's devices. GOG team develops GOG GALAXY, an app that allows gamers to combine their game shelves into a single library, and to communicate with friends and track their progress regardless of their preferred gaming platforms.

Key facts:
- nearly 4700 games in GOG.com catalogue,
- cooperation with over 600 publishers and developers of videogames from all over the world,
- the GOG.com platform is available in six languages,
- 94% of sales revenues from exports.

## CD PROJEKT RED business model

**PRIORITY: GAMERS**
Honest and direct communication with gamers.
Full control over message.

**CREATION**
Prioprietary IP* and full control over the creation process.
Focus on two franchises and a limited number of projects.

**DEVELOPMENT**
In-house team of experienced developers who consistently prioritize quality.

**TECHNOLOGY**
Proprietary RED Engine technology powering open-world RPGs.
Solutions developed with future hardware innovations in mind.

**PUBLISHING**
Publishing independence underpins gamer-centric business philosophy.

**DISTRIBUTION**
Global reach – cooperation with handpicked distributors of box editions.
Direct distribution of console and digital PC editions (including a proprietary distribution platform – GOG.com).

* Proprietary brands: The Witcher and Cyberpunk

## CD PROJEKT RED games portfolio

- 10.12.2020 — *Cyberpunk 2077* (PC, Xbox One, PS4, Stadia)
- 9.07.2020 — *Thronebreaker: The Witcher Tales* (iOS)
- 24.03.2020 — *GWENT: The Witcher Card Game* (Android)
- 28.01.2020 — *Thronebreaker: The Witcher Tales* (Nintendo Switch)
- 29.10.2019 — *GWENT: The Witcher Card Game* (iOS)
- 15.10.2019 — *Witcher 3: Wild Hunt Complete Edition* (Nintendo Switch)
- 4.12.2018 — *Thronebreaker: The Witcher Tales* (Xbox One, PS4)
- 23.10.2018 — *Thronebreaker: The Witcher Tales* (PC)
- *GWENT: The Witcher Card Game* (Xbox One, PS4)
- *GWENT: The Witcher Card Game* (PC)
- 31.05.2016 — *Witcher 3: Wild Hunt – expansion pack: Blood and Wine* (PC, Xbox One, PS4)
- 13.10.2015 — *The Witcher 3: Wild Hunt – expansion pack: Hearts of Stone* (PC, Xbox One, PS4)
- 19.05.2015 — *The Witcher 3: Wild Hunt* (PC, Xbox One, PS4)
- 17.04.2012 — *The Witcher 2: Assassins of Kings* (X360)
- 17.05.2011 — *The Witcher 2: Assassins of Kings* (PC)
- 30.10.2007 — *The Witcher* (PC)



CD PROJEKT S.A.    FACT SHEET 08.07.2021
www.cdprojekt.com
Case 2:20-cv-11627-FMO-RAO   Document 51-6   Filed 10/04/21   Page 2 of 2   Page ID #:763

## Management Board - professional experience in CD PROJEKT Group

| **Adam Kiciński** | **Marcin Iwiński** | **Piotr Nielubowicz** | **Adam Badowski** | **Michał Nowakowski** | **Piotr Karwowski** |
|---|---|---|---|---|---|
| President, Joint CEO | Co-founder, Joint CEO | Vice President, CFO | Board Member, Head of CD PROJEKT RED studio | Member of the Board of Business Development | Member of the Board of Online Technology |
| 27 years | 27 years | 22 years | 18 years | 16 years | 14 years |

## Investment highlights

- great potential in the global videogame market; estimated total volume in 2024: 218.7 billion USD*,
- strong exposure of the CD PROJEKT Group to the global market (with exports accounting for 96% of the Group's consolidated sales revenues),
- experienced Board in possession of a major block of Company shares,
- The Witcher and Cyberpunk brands recognizable throughout the world,
- ambitious strategy involving the expansion of existing franchises and the parallel production of AAA content.

* Newzoo

## CD PROJEKT S.A. – share price and trading value*





* Stock price in PLN; average daily trading value on monthly basis in million PLN

## About the CD PROJEKT Group

**1150+** people employed in CD PROJEKT Group

**45** number of nationalities represented

## Financial summary report

| in thousand PLN | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | Q1 2021 |
|---|---|---|---|---|---|---|---|
| Sales revenues | 798 014 | 583 903 | 463 184 | 362 901 | 521 272 | 2 138 875 | 197 632 |
| Depreciation | 5 146 | 35 640 | 4 906 | 16 635 | 37 487 | 267 664 | 27 809 |
| EBIT* | 424 193 | 303 627 | 240 940 | 112 392 | 180 286 | 1 157 077 | 43 198 |
| Profit before taxation | 421 585 | 311 938 | 247 405 | 123 033 | 189 162 | 1 164 949 | 37 051 |
| **Net profit** | **342 430** | **250 514** | **200 270** | **109 334** | **175 315** | **1 154 327** | **32 487** |
| **Net profit from continuing operations** | **342 430** | **250 514** | **200 270** | **109 334** | **175 315** | **1 154 327** | **32 487** |

| in thousand PLN | 31.12.2015 | 31.12.2016 | 31.12.2017 | 31.12.2018 | 31.12.2019 | 31.12.2020 | 31.03.2021 |
|---|---|---|---|---|---|---|---|
| Fixed assets | 119 187 | 170 644 | 255 535 | 396 431 | 679 097 | 759 999 | 904 556 |
| Current assets | 554 759 | 704 316 | 725 978 | 730 407 | 725 011 | 2 130 300 | 1 982 501 |
| including: cash and cash equivalents | 393 637 | 557 204 | 647 516 | 659 370 | 482 301 | 727 703 | 1 551 235 |
| **Total assets** | **673 946** | **874 960** | **981 513** | **1 126 838** | **1 404 108** | **2 890 299** | **2 887 057** |
| Equity | 513 675 | 776 938 | 882 899 | 1 002 864 | 1 105 651 | 2 183 177 | 2 227 530 |
| Long-term liabilities | 18 414 | 8 275 | 4 130 | 6 691 | 25 158 | 166 153 | 19 893 |
| Short-term liabilities | 141 857 | 89 747 | 94 484 | 117 283 | 273 299 | 540 969 | 639 634 |
| including: credits and loans | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total equity and liabilities** | **673 946** | **874 960** | **981 513** | **1 126 838** | **1 404 108** | **2 890 299** | **2 887 057** |

* Operating profit

## Shares on the stock market*

| | |
|---|---|
| GPW ticker | CDR |
| Bloomberg Stock Code | CDR PW |
| Reuters Stock Code | CDR.WA |
| Index on the WSE | WIG20 |
| Number of shares in WSE trading | 100 738 800 |
| Market capitalisation | 19B PLN |
| Share price MIN (12TM) | 146.85 PLN |
| Share price MAX (12TM) | 451.20 PLN |
| Average daily trading volume (12TM) | 767 thousand of shares |
| Average daily trading value (12TM) | 218M PLN |
| Average number of transactions per session (12TM) | 15.2 thousand |

* As of 7 July 2021

## IR events

- **August 26, 2021** - Consolidated semiannual report for H1 2021
- **November 25, 2021** - Consolidated quarterly report for Q3 2021

## Shareholder structure



- Marcin Iwiński 13%
- Michał Kiciński* 10%
- Piotr Nielubowicz 7%
- Adam Kiciński 4%
- free float 66%

Founders and Management Board members

* According to a notice filed on 26 May 2021

## Join us

   

**CD PROJEKT S.A.**
ul. Jagiellońska 74
03-301 Warszawa

**Investor relations CD PROJEKT S.A.**
ir@cdprojekt.com
tel. +22 519 69 00

