**E3** ✓
@E3

Don't miss CD PROJEKT CEO Marcin Iwiński discussing the past, present and future of @CDPROJEKTRED, including Cyberpunk 2077, live at #E3Coliseum – get tickets at e3expo.com #E32019



12:00 PM · May 20, 2019 · Twitter for Advertisers.

**213** Retweets  **28** Quote Tweets  **941** Likes