Home > Game News > Cyberpunk 2077: Microsoft, Sony Aren't To Blame For Poor Quality

# Cyberpunk 2077: Microsoft, Sony Aren't To Blame For Poor Quality

Rami Ismail outlines what the Certification process involves, explaining why Sony and Microsoft aren't to blame for Cyberpunk 2077's poor quality.

BY BRIANNA REEVES
PUBLISHED DEC 16, 2020



Games industry veteran Rami Ismail has outlined the certification process as it relates to *Cyberpunk 2077*, providing an explanation as to why **Microsoft** and **Sony** shouldn't be blamed for the game's poor performance on Xbox One and PS4. This topic came up recently due to a statement from a CD Projekt representative, in which they implied that *Cyberpunk 2077's* certification submission passed Microsoft's and Sony's requirements because the platform holders assumed that CD Projekt Red would iron out the issues ahead of launch.

The statement in question comes courtesy of an emergency conference call CD Projekt Red held yesterday with its investors. During said call, studio Board Member and SVP of

Development Michał Nowakowski fielded a question regarding the certification process. He followed up with a response that indicated the platform holders pushed *Cyberpunk 2077* through Certification because "*they trusted that we're going to fix things upon release*." Whether or not CDPR purposefully misled Microsoft and Sony remains up for debate, but there's nothing to suggest that console manufacturers are responsible for buggy games, *Cyberpunk 2077* included.

---
ADVERTISING
---

FEATURED VIDEOS                                                        Powered by [primis]

Peacemaker: 5 Storylines For The Suicide Squad Spinoff Series
NOW PLAYING

**RELATED:**

**Cyberpunk 2077 Compared To Its Original Demo Trailer Is Night & Day**

Industry veteran Rami Ismail recently explained why on Twitter (thanks, *PlayStation Lifestyle*). In a lengthy thread, which couldn't go into too many specifics due to prohibiting industry contracts, Ismail explains what Certification (Cert) involves. Cert, Ismail clarified, does not guarantee games are of a high quality or void of glitches. Rather, Cert is a process that "*ensures games do not brick [consoles] or disable critical functionality*." When a developer submits a game through this process, Microsoft and Sony look for issues that guarantee the

title won't break trademarks and so on. Ismail provided a few examples in a subsequent tweet, explaining, "*Certification is stuff like 'don't render critical stuff off-screen,' 'display warnings if your internet connection is lost.'*" It does not check for texture pop-ins, randomly floating objects, or bizarre driving glitches. Thus, a game passes Certification when it meets a long list of criteria, even if it's riddled with immersion-breaking glitches.

---

ADVERTISING



Ismail's informative thread clears up plenty of confusion, much of which was, admittedly, brought about by the statements made in CD Projekt RED's recent conference call. Now it's clear where responsibility for *Cyberpunk 2077's* lackluster launch falls. These missteps weren't because of any faults on the part of Microsoft or Sony, and public misunderstanding about what game certification even is has complicated the discussion around the game. Truth be told, developers themselves can't be held accountable, either. The blame falls at the feet of whomever decided to publish and roll out a product that executives at CD Projekt knew wasn't ready for launch on certain platforms.

ADVERTISING

Fortunately, players can begin to expect fixes in the days, weeks, and months ahead. *Cyberpunk 2077's* next patch should go live sometime this week, the studio told users in an apology post on Twitter. A larger update is on track to release in January, followed by another big patch on an unspecified date in February.

## NEXT:

## What GTA 6 Needs To Learn From Cyberpunk 2077

*Cyberpunk 2077* is available now for PS4, Xbox One, PC, and Google Stadia, and it will launch on PS5 and Xbox Series X in 2021.

Source: Rami Ismail



NO TIME TO DIE IS A PERFECT ROTTEN TOMATOES MIDPOINT FOR CRAIG'S BOND MOVIES

### Related Topics

GAME NEWS     MICROSOFT     CYBERPUNK 2077     SONY

### About The Author



**Brianna Reeves**
(1307 Articles Published)

A Senior Writer on Screen Rant's Game News team, Brianna Reeves graduated from Sam Houston Statue University in 2018 with a Master of Arts in English Literature. Brianna's enthusiasm for games dates back to…

More From Brianna Reeves →

ADVERTISING

ADVERTISING

## POPULAR NOW



### Shang-Chi Reportedly Helped Scarlett Johansson Win Black Widow Lawsuit



## My Hero Academia: All Might's Student Is America's New Number-One Hero



## Animal Crossing Player Recreates Zelda: Link's Awakening Witch's Hut

ADVERTISING

Kevin Smith Thanks Critic Who Helped Clerks Succeed in Emotional Post

# Kevin Smith Thanks Critic Who Helped Clerks Succeed in Emotional Post

# The Voice: Ariana Grande Turning Chair For David Vogel Gets Mixed Reaction

# Jason Blum Wants More Michael Myers Movies After Halloween Ends

Case 2:20-cv-11627-FMO-RAO    Document 51-8    Filed 10/04/21    Page 9 of 13    Page ID #:773

## READ NEXT IN INDUSTRY



**Homer Simpson Backs Into Bushes Meme Recreated by Bart & Milhouse**



**Halloween Kills Director Joked About Bringing Back Busta Rhymes for Sequel**





KUWTK: Joan Collins Accuses Kardashian Family Of Having A 'Lot Of Surgery'



Ted Lasso Season 2 Becomes A Nate-Led Horror Movie In Creepy Alt-Trailer





## 90 Day Fiancé: Natalie Reveals Adorable Childhood Pic From First Acting Job



## Diana Soundtrack: Every Song In The Musical Explained



### Wonder Woman Got Her Worst Costume By Lifting Thor's Hammer, Mjolnir



### Is Apple's App Tracking Transparency Effective? No, Says Study



### Every Form The Tall Man Has Taken In The Phantasm Franchise

Write For Us    Home    Contact Us    Terms    Privacy    Copyright    About Us    Press Kit    Fact Checking Policy

Corrections Policy    Ethics Policy    Ownership Policy

Copyright © 2021 screenrant.com