1  COOLEY LLP
   KOJI F. FUKUMURA (189719)
2  (kfukumura@cooley.com)
   RYAN E. BLAIR (246724)
3  (rblair@cooley.com)
   San Diego, California 92121
4  Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420
5
   Attorneys for Defendants
6  CD Projekt S.A., Adam Michał Kiciński,
   Marcin Iwiński, Piotr Marcin Nielubowicz, and
7  Michał Nowakowski
8
   THE ROSEN LAW FIRM, P.A.
9  JONATHAN STERN (*pro hac vice*)
   (jstern@rosenlegal.com)
10 275 Madison Avenue, 40th Floor
   New York, New York 10016
11 Telephone:  (212) 686-1060
   Facsimile:  (212) 202-3827
12 LAURENCE M. ROSEN (219683)
13 (lrosen@rosenlegal.com)
   355 South Grand Avenue, Suite 2450
14 Los Angeles, California 90071
   Telephone:  (213) 785-2610
15 Facsimile:  (213) 226-4684
16
   Attorneys for Plaintiff Andrew Trampe
17

18                UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA
20

| 21 | ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated, | Case No. CV 20-11627 FMO (RAOx) |
|---|---|---|
| 22 | | |
| 23 | Plaintiffs, | CLASS ACTION |
| 24 | v. | **Joint Stipulation Extending Deadline to File Reply In Support of Motion to Dismiss the Consolidated Amended Complaint** |
| 25 | CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, | |
| 26 | | |
| 27 | | Judge: Hon. Fernando M. Olguin |
| 28 | Defendants. | |

Cooley LLP
Attorneys at Law
San Diego

Joint Stipulation Extending Deadline to
File Reply ISO Motion to Dismiss CAC
Case No. CV 20-11627 FMO (RAOx)

Defendants CD Projekt S.A. ("CD Projekt"), Adam Michal Kicinski, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski (collectively, "Defendants"), Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen (collectively, "Plaintiffs"), by and through their respective counsel, respectfully submit this Joint Stipulation and [Proposed] Order modifying the schedule for the filing of a reply in support of Defendants' pending motion to dismiss (Docket No. 47).

**WHEREAS**, on September 17, 2021, the Court issued an order extending the deadline for the filing of an opposition to the motion to dismiss until October 4, 2021, and extending the deadline for the filing of a reply in support of the motion to dismiss until November 10, 2021 (Docket No. 50);

**WHEREAS**, pursuant to that order, Plaintiffs filed their opposition to the motion to dismiss on October 4, 2021 (Docket No. 51);

**WHEREAS**, due to the prominent Polish national holidays of All Saints' Day and Polish Independence Day, CD Projekt's offices largely will be closed and Defendants will be traveling and/or at home with their families between November 1 and November 11, 2021, good cause exists to grant a short extension of time to file their reply in support of their motion to dismiss; and

**WHEREAS**, this short extension will not impact the hearing date on the motion to dismiss, which currently is scheduled for December 2, 2021 (Docket No. 50).

**NOW THEREFORE**, Plaintiffs and Defendants stipulate and agree, subject to the approval of the Court, that Defendants shall file their reply in support of the motion to dismiss on or before November 17, 2021.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

JOINT STIPULATION EXTENDING DEADLINE TO
FILE REPLY ISO MOTION TO DISMISS CAC
CASE NO. CV 20-11627 FMO (RAOX)

| | | |
|---|---|---|
| Dated: | October 22, 2021 | COOLEY LLP |
| | | By: */s/ Ryan E. Blair* <br> Ryan E. Blair |
| | | Attorneys for Defendants <br> CD Projekt S.A., Adam Michal Kicinski, Marcin Iwinksi, Piotr Marcin Nielubowicz, and Michał Nowakowski |
| Dated: | October 22, 2021 | THE ROSEN LAW FIRM, P.A. |
| | | By: */s/ Jonathan Stern* <br> Jonathan Stern |
| | | Attorneys for Plaintiff <br> Andrew Trampe |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable and I have obtained authorization of all signatories to affix the above electronic signatures.

By:  */s/ Ryan E. Blair*
     Ryan E. Blair