UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Hon. Fernando M. Olguin |

**WHEREAS**, on September 17, 2021, the Court issued an order extending the deadline for the filing of an opposition to the motion to dismiss until October 4, 2021, and extending the deadline for the filing of a reply in support of the motion to dismiss until November 10, 2021 (Docket No. 50);

**WHEREAS**, pursuant to that order, Plaintiffs filed their opposition to the motion to dismiss on October 4, 2021 (Docket No. 51);

**WHEREAS**, due to the prominent Polish national holidays of All Saints' Day and Polish Independence Day, CD Projekt's offices largely will be closed and Defendants will be traveling and/or at home with their families between November 1 and November 11, 2021, good cause exists to grant a short extension of time to file their reply in support of their motion to dismiss; and

**WHEREAS**, this short extension will not impact the hearing date on the motion to dismiss, which currently is scheduled for December 2, 2021 (Docket No. 50).

**NOW THEREFORE**, having examined the parties' stipulation, and good cause therefore appearing, the Court **Orders** that Defendants shall file their reply in support of the motion to dismiss on or before November 17, 2021.

Dated   October 26, 2021

　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　United States District Judge