UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Master File No. 2:20-cv-11627-FMO-RAO<br><br>**STIPULATION**<br><br><u>CLASS ACTION</u> |

This Document Relates To: All Actions

Lead Plaintiff James W. Gordley and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") and Defendants CD Projekt S.A., Adam Michal Kicinski, Piotr Marcin Nielubowicz, and Michal Nowakowski (collectively, the "Defendants"), by and through their respective counsel, respectfully submit this Stipulation and Proposed Order regarding the Parties' settlement in principle.

**WHEREAS**, on December 24, 2020, an action styled *Trampe v. CD Projekt S.A., et al.*, No. 2:20-cv-11627-FMO-RAO (C.D. Cal.) was filed against the Defendants which asserts claims for violations of the federal securities laws;

**WHEREAS**, Defendants' motion to dismiss, filed on August 12, 2021 (Docket No. 47), is currently pending before the Court;

1

1    **WHEREAS**, the Parties have reached a settlement in principle and are

2    currently working to draft a settlement agreement and motion for preliminary

3    approval;

4    **NOW, THEREFORE**, the Parties stipulate and agree, subject to approval of

5    the Court, as follows:

6    1.    Defendants' currently pending motion to dismiss shall be held in

7    abeyance pending finalization of the Parties' settlement.

8    2.    Plaintiffs shall file a motion for preliminary approval or update the

9    Court regarding the status of the settlement on or before January 13, 2022.

10

11    Dated:   November 29, 2021          Respectfully submitted,

12                                        **THE ROSEN LAW FIRM, P.A.**

13

14                                        /s/ Jonathan Stern
                                          Jonathan Stern (admitted pro hac vice)

15                                        275 Madison Avenue, 40th Floor
                                          New York, NY 10016

16                                        Telephone: (212) 686-1060

17                                        Facsimile: (212) 202-3827
                                          Email: jstern@rosenlegal.com

18

19                                        Laurence M. Rosen (SBN 219683)

20                                        355 South Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071

21                                        Telephone: (213) 785-2610

22                                        Facsimile: (213) 226-4684
                                          Email: lrosen@rosenlegal.com

23

24                                        *Lead Counsel for Lead Plaintiff*

25                                        **COOLEY LLP**

26

27                                        /s/ Ryan E. Blair
                                          Ryan E. Blair

28

2

STIPULATION – 2:20-cv-11627-FMO-RAO

1
2
3
4
5

Koji F. Fukumura
Heather M. Speers
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6047
Facsimile: 858-550-6420
Email: rblair@cooley.com

6
7

*Attorneys for the Defendants*

8

**SIGNATURE CERTIFICATION**

9
10
11
12
13

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ryan Blair, and that I have obtained his authorization to affix his electronic signature to this document.

14
15

Dated:      November 29, 2021          The Rosen Law Firm

16
17

By: /s/ Jonathan Stern
Jonathan Stern

18
19
20
21
22
23
24
25
26
27
28

3