UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**[PROPOSED] ORDER**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando M. Olguin |

**WHEREAS**, on December 24, 2020, an action styled *Trampe v. CD Projekt S.A., et al.*, No. 2:20-cv-11627-FMO-RAO (C.D. Cal.) was filed against the Defendants which asserts claims for violations of the federal securities laws;

**WHEREAS**, Defendants' motion to dismiss, filed on August 12, 2021 (Docket No. 47), is currently pending before the Court;

**WHEREAS**, the Parties have reached a settlement in principle and are currently working to draft a settlement agreement and motion for preliminary approval;

**NOW, THEREFORE**, having examined the parties' stipulation, and good cause therefore appearing, the Court **Orders** as follows:

1. Defendants' currently pending motion to dismiss shall be held in abeyance pending finalization of the parties' settlement.

2. Plaintiffs shall file a motion for preliminary approval or update the Court regarding the status of the settlement on or before January 13, 2022.

1  Dated _____, 2021

2  _____
   Hon. Fernando M. Olguin
3  United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28