COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**JOINT MOTION FOR ORDER EXTENDING DEADLINE TO FILE STIPULATION AND AGREEMENT OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Fernando M. Olguin |

Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski (collectively, "Defendants") and Lead Plaintiff James W. Gordley and additional plaintiffs Steven Shaginyan and Phillip Trefethen (collectively, "Plaintiffs," and together with Defendants, the "Parties"), stipulate and propose as follows:

**WHEREAS**, on November 29, 2021, the parties filed a Joint Stipulation providing notice of settlement in this Court. [Docket No. 57];

**WHEREAS**, on December 7, 2021, the Court entered an Order on the Parties'

stipulation and set a deadline of January 13, 2022 to file a Motion for Class Certification and Preliminary Approval of Settlement Agreement. [Docket No. 58];

**WHEREAS**, the parties are still working to compile the exhibits that must accompany their forthcoming Stipulation and Agreement of Settlement and Motion for Preliminary Approval, and CD Projekt's offices are closed this week in observance of Three Kings' Day, a national holiday, such that good cause exists to extend the January 13, 2022, filing deadline;

**THEREFORE**, the Parties agree and stipulate, through their respective counsel, subject to the Court's approval, that the parties shall file the Stipulation and Agreement of Settlement and Motion for Preliminary Approval on or before January 27, 2022.

Dated:   January 7, 2022            THE ROSEN LAW FIRM, P.A.

                                   By: */s/ Jonathan Stern*
                                       Jonathan Stern (*pro hac vice*)

                                   Attorneys for Plaintiffs

Dated:   January 7, 2022            COOLEY LLP

                                   By: */s/ Ryan E. Blair*
                                       Ryan E. Blair (246724)

                                   Attorneys for Defendants
                                   CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is

1  acceptable to Jonathan Stern, and that I have obtained his authorization to affix his
2  electronic signature to this document.

3  Dated:     January 7, 2022                COOLEY LLP

5                                            By: */s/ Ryan E. Blair*
6                                                 Ryan E. Blair (246724)