1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, MARCIN IWINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION EXTENDING DEADLINE TO FILE STIPULATION AND AGREEMENT OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Hon. Fernando M. Olguin |

On January 7, 2022, Plaintiffs and Defendants jointly moved for an order from the Court extending the deadline to file their Stipulation and Agreement of Settlement and Motion for Preliminary Approval.

Having considered the Parties' joint motion, and good cause appearing therefore, the Court **GRANTS** the motion, and **ORDERS** as follows:

1. The parties shall file their Stipulation and Agreement of Settlement and Motion for Preliminary Approval on or before January 27, 2022.

**IT IS SO ORDERED.**

Dated:  January 10, 2022

/s/
_____
Hon. Fernando M. Olguin
United States District Judge