| | |
|---|---|
| 1 | Laurence M. Rosen (SBN 219683) |
| 2 | **THE ROSEN LAW FIRM, P.A.**<br>355 South Grand Avenue, Suite 2450 |
| 3 | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684 |
| 5 | Email: lrosen@rosenlegal.com |
| 6 | |
| 7 | *Lead Counsel for Lead Plaintiff and the Class* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>JURY TRIAL DEMANDED<br>Date: February 24, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

- 1 -
NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT; 2:21-cv-00270-DOC-AS

Lead Plaintiff Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs"), individually and on behalf of the proposed settlement class, respectfully submits this Unopposed Motion for Preliminary Approval of Settlement and Notice Procedures.

PLEASE TAKE NOTICE that on February 24, 2022, or such date as determined by the Court, in the United States District Court for the Central District of California, Lead Plaintiff will and hereby does move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Lead Plaintiff as class representative, and appointing The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing on whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Lead Counsel and award to Lead Plaintiff. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Approval, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiff makes this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on January 27, 2022, during which Defendants' counsel advised that Defendants do not oppose this motion.

| | |
|---|---|
| Dated: January 27, 2022 | **THE ROSEN LAW FIRM, P.A.** |
| | By: */s/ Laurence M. Rosen* |
| | Laurence M. Rosen (SBN 219683) |
| | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 785-2610 |
| | Facsimile: (213) 226-4684 |
| | Email: lrosen@rosenlegal.com |
| | |
| | Phillip Kim (*pro hac vice*) |
| | Jonathan Stern (*pro hac vice*) |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Facsimile: (212) 202-3827 |
| | Email: pkim@rosenlegal.com |
| | Email: jstern@rosenlegal.com |
| | |
| | *Lead Counsel for Lead Plaintiff and the Class* |

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On January 27, 2022, I electronically filed the foregoing NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on January 27, 2022.

>           */s/ Laurence M. Rosen*
>           Laurence M. Rosen

- 4 -

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2:21-cv-00270-DOC-AS