Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMANDED<br>Date: February 24, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

I, Laurence Rosen , declare:

    1.    I am an attorney admitted *pro hac vice* before this Court. I am the managing partner of The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Preliminary

1

DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL– 2:20-cv-11627-FMO-RAO

1 | Approval. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit 1:    Declaration of James Gordley;

    Exhibit 2:    Declaration of Steven Shaginyan;

    Exhibit 3:    Declaration of Phillip Trefethen;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 27th day of January, 2022.

                                      /s/Laurence Rosen
                                        Laurence Rosen