# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>    Defendants. | Case No. CV 20-11627 FMO (RAOx) |

## SUMMARY NOTICE OF PENDENCY AND <u>PROPOSED CLASS ACTION SETTLEMENT</u>

- 1 -

**TO: ALL PERSONS WHO ACQUIRED PUBLICLY-TRADED SECURITIES OF CD PROJEKT, S.A. ("CD PROJEKT") FROM JANUARY 16, 2020 THROUGH DECEMBER 17, 2020, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on _____, 2022, at __:__ _.m. before the Honorable Fernando M. Olguin, United States District Judge of the United States District Court for the Central District of California, United States Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $1,850,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Lead Counsel for an award of attorneys' fees of up to 30% of the Settlement Amount, reimbursement of expenses of not more than $40,000, and an award of no more than $7,500 to Lead and Named Plaintiffs, should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation and Agreement of Settlement, dated _ ("Stipulation").

If you acquired CD Projekt securities during the period from January 16, 2020 through December 17, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in CD Projekt securities.

If you have not received a postcard providing instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a

- 2 -

copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling CD Projekt, SA Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/CDProjekt. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than _____ _____, 2022 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than _____, 2022. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and Award to Lead Plaintiff must be in the manner and form explained in the Long Notice and received no later than _____, 2022, by each of the following:

Clerk of the Court
United States District Court
Central District of California
United States Courthouse, 350 W. 1st Street
Courtroom 6D, Los Angeles, CA 90012

| LEAD COUNSEL: | COUNSEL FOR DEFENDANTS: |
| --- | --- |
| THE ROSEN LAW FIRM, P.A. | Cooley LLP |
| Jonathan Stern | Koji F. Fukumura |
| 275 Madison Avenue, 40th Floor | 4401 Eastgate Mall |
| New York, NY 10016 | San Diego, California 92121-1909 |

- 3 -

If you have any questions about the Settlement, you may call or write to Lead Counsel:

THE ROSEN LAW FIRM, P.A.
Jonathan Stern
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2022

BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

- 4 -