Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Movant and
Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY BY TELEPHONE**<br><br>Date: February 24, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

**ORDER**

Having reviewed Plaintiffs' Request to Appear Remotely by Video for Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the Declaration of Jonathan Stern in Support of Plaintiffs' Request to Appear Remotely by Video for Hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement Lead Plaintiff James W. Gordley, and additional plaintiffs

1

ORDER GRANTING PLAINTIFFS' REQUEST TO APPEAR REMOTELY BY VIDEO –
Case No. 2:20-cv-11627-FMO-RAO

Steven Shaginyan and Phillip Trefethen ("Plaintiffs"), and for good cause shown, the Court hereby ORDERS

the following:

1. Plaintiffs' request is GRANTED.

2. Plaintiffs' counsel may appear by telephone for the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement on February 24, 2022 at 10:00 a.m.

3. No later than Tuesday, February 22, 2022, counsel shall e-mail the Courtroom Deputy at FMO_Chambers@cacd.uscourts.gov for the call-in phone number and will provide the names of all attorneys that will appear on the call.

**IT IS SO ORDERED.**

Dated: February 14, 2022              /s/
_____
HON. FERNANDO M. OLGUIN
UNITED STATE DISTRICT JUDGE