UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11627 FMO (RAOx) | Date | April 7, 2022 |
|---|---|---|---|
| Title | Andrew Trampe v. CD Projekt S.A., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Dolores Ramos | Maria Bustillos | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

Jonathan Stern (Telephonically)  Matthew D. Martinez

**Proceedings:** **HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [61]**

The case is called and counsel make their appearance.

The Court and counsel confer.

The Motion for Preliminary Approval of Class Action Settlement (**Document No. 61**) **denied without prejudice** for the reasons stated on the record.  Counsel may file a renewed motion, on or before **April 28, 2022**.

|  | 00 | : | 15 |
|---|---|---|---|
|  | Initials of Preparer | | dr |