**REQUEST FOR EXCLUSION FORM**

I (We) understand by filling out this form that I am (We are) "requesting exclusion from the Settlement Class in *Trampe v. CD Projekt S.A., et al.*, Case No. 2:20-CV-11627-FMO-RAO (C.D. Cal.)".

| | | |
|---|---|---|
| Name | | |
| Address | | |
| City | State | Zip Code |
| Foreign Province | Foreign Country | |
| Telephone Number | | |
| Email | | |

In order to be valid, you must submit documentation of your purchases, acquisitions, sales, or dispositions during the Settlement Class Period (January 16, 2020 through December 17, 2020, inclusive) as well as the number of shares held by you as of December 17, 2020.  Please provide documentary proof of each purchase, acquisition, sale, or disposition.

☐    Please check this box as your understanding that by submitting this form you are requesting to be excluded from this class action which means that you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

Signature: _____

Date: _____

**EXHIBIT A-5 FORM OF REQUEST FOR EXCLUSION**