Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED<br>Date: June 2, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

I, Laurence Rosen, declare:

1. I am an attorney admitted *pro hac vice* before this Court. I am the managing partner of The Rosen Law Firm, P.A., Lead Counsel for Plaintiffs in this action. I make this declaration in support of Plaintiffs' Motion for Preliminary

1

DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL– 2:20-cv-11627-FMO-RAO

Approval. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit 1:    Declaration of James Gordley;

Exhibit 2:    Declaration of Steven Shaginyan;

Exhibit 3:    Declaration of Phillip Trefethen;

Exhibit 4:    Resume of the Rosen Law Firm;

Exhibit 5:    Declaration of Paul Mulholland;

Exhibit 6:    Declaration of Adam Werner;

Exhibit 7:    Redline of Stipulation of Settlement

Exhibit 8:    Redline of Long Form Notice

3.    As reflected in the firm's resume, attached hereto as Exhibit 4, Lead Counsel are experienced and skilled practitioners in the securities litigation field and have a successful track record in such securities, shareholder and other complex class action cases.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 28th day of April, 2022.

/s/Laurence Rosen
Laurence Rosen

2

DECLARATION OF LAURENCE ROSEN IN SUPPORT OF MOTION FOR
PRELIMINARY APPROVAL– 2:20-cv-11627-FMO-RAO