# EXHIBIT 3

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, <br><br> Defendants. | Case No. 2:20-cv-11627-FMO-RAO <br><br> **Declaration of Phillip Trefethen** <br><br> CLASS ACTION |

I, Phillip Trefethen, declare:

1.    I have retained The Rosen Law Firm, P.A. ("Rosen") as my counsel in this case.

2.    I understand that the Court has appointed James Gordley to serve as Lead Plaintiff in this action and that it approved the Rosen firm as Lead Counsel.

- 1 -

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)

3.    I understand that Steven Shaginyan and I are Named Plaintiffs in this action.

4.    I understand that by the instant Motion to Certify the Class and for Preliminary Approval of Settlement in this case, I am requesting that the Court certify this case as a class action, approve me as a co-class representative in this action, and preliminarily approve the settlement negotiated between the parties.

5.    I understand I will represent the Class to the best of my abilities, seeking with my counsel to maximize the recovery on behalf of the Class.

6.    I read the initial complaint in advance of my agreeing to serve as named Plaintiff in this action. I reviewed and authorized the filing on June 28, 2021 of the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("Consolidated Amended Complaint") against Defendants Defendants CD Projekt, S.A. ("CD Projekt" or the "Company"), Adam Michal Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski.

7.    I understand that Defendants moved to dismiss the Consolidated Amended Complaint.

8.    I understand that the Consolidated Amended Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 as a result of Defendants' misleading statements and omissions of material fact. In particular, the Consolidated Amended Complaint alleges that, during the Class

- 2 -

Period (defined below), Defendants affirmatively misled the market regarding the state of development of the game Cyberpunk 2077.

9.     I am aware that the Stipulation of Settlement defines a Class of similarly situated investors who purchased CD Projekt related equity securities in domestic transactions from January 16, 2020 through December 17, 2020, both dates inclusive ("Class Period") and who suffered a loss resulting from those purchases. Having purchased Zillow securities between January 16, 2020 through December 17, 2020, and having suffered a loss from my purchases, it is my understanding that I am both a member of the Class and qualified to serve as a class representative.

10.     I have communicated with the Rosen firm throughout the course of this action.

11.     In accepting the role of class representative, I understand that I have a responsibility to the absent Class members to oversee the litigation to ensure that my counsel prosecute the action vigorously and in the interest of all Class members equally and that Lead Counsel maximizes recovery for the Class.

12.     I consulted with counsel during the negotiations that led to this settlement. I discussed the potential range of settlements counsel would propose. After consultation with counsel, I approved the Settlement of this case for $1,850,000. Having considered the strengths and weaknesses of the case in light of

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)

the risk and expense of continued litigation, I have concluded that the Settlement is fair, reasonable, and adequate.

13.    I will continue to monitor the litigation and to communicate with Lead Counsel about the status of the litigation and settlement.

14.    I have not received any promise of incentive compensation in exchange for my agreeing to this settlement and my consent to this settlement is not contingent on receiving any incentive compensation. I estimate that I spent approximately 15 hours working on this case, including spending time corresponding with counsel, and reviewing documents associated with this case and the facts underlying it.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on _____1/26/2022_____

DocuSigned by:

_____
Phillip Trefethen
F202BCBB800845C...

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)