# EXHIBIT 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx) |

**DECLARATION OF ADAM WERNER**

I, Adam Werner, declare as follows:

1.      I submit this declaration based on my personal knowledge, my formal education and training, and my review and assessment of information provided by Class Counsel in this action. I make this declaration in regard to the calculation of the Class's estimated damages.

**I.      Background and Qualifications**

2.      I am currently a Lecturer in economics at the Orfalea College of Business at California Polytechnic State University San Luis Obispo (Cal Poly) where I have taught managerial economics to graduate students, and international finance, macroeconomics and microeconomics to undergraduates. I am also an affiliated expert at Crowninshield Financial Research, Inc. ("Crowninshield"). Prior to accepting my lecturer position at Cal Poly and being affiliated with Crowninshield, I spent 16 years working for consulting firms including Cornerstone

- 1 -

Research, CRA International, and NERA. I have been retained by both plaintiffs and defendants to consult on matters pertaining to market efficiency, materiality and loss causation, damages, investment banking, financial valuation, security issuance, bankruptcy, and options backdating. My expert opinions have been accepted in Federal, State, and Bankruptcy courts within the United States as well as courts in Australia and Canada. I have lectured frequently to attorneys on the topic of damage estimation and settlements in securities class actions. I have also spoken on the estimation of capital rates in emerging economies at a conference organized by the University of Texas School of Law.

3.       I hold a Ph.D. in Finance (1999) from Northwestern University's Kellogg Graduate School of Management. While at Kellogg, I taught M.B.A. classes in corporate finance, and futures and options. I was also awarded a University Scholarship during my time at Kellogg. Prior to graduate school, I served as a Research Assistant at the Federal Reserve Bank of Cleveland.

**II.    Scope of Declaration**

4.       I was retained by Class Counsel to provide a description of the two-trader proportional trading model (the "two-trader model") and how it was used to estimate the aggregate damages for Class Members who purchased CD Projekt common stock and/or ADRs during the Class Period.

5.       This declaration is organized below as follows: First, I provide a description of the two-trader model that is commonly used to estimate aggregate damages in class action securities cases. I describe its use in securities litigation and treatment in academia. Second, I explain the computation of damages for Class Members with 10(b) Claims and the use of two-trader model in estimating the aggregate damages for all Class Members who purchased either CD Projekt common stock and/or ADRs.

### III.    The Two-Trader Model

6.    The two-trader model estimates the requisite purchase and sale dates for all shares traded during a period of time, and is commonly used to provide estimates of aggregate damages in securities cases.

7.    The two-trader model recognizes that most stock trading volume is attributable to a relatively small subset of traders, while the remaining investors tend to have longer holding periods. Accordingly, market participants are divided into two groups – "traders," who trade frequently, and "holders," who trade less frequently.

8.    The model employs parameter estimates for the percentages of outstanding shares held by each of the two groups, and the greater frequency of "trader" trades relative to "holder" trades.

9.    The model then uses reported trading volume to estimate when shares purchased were subsequently sold. Essentially, the model estimates the probability of any particular share being traded on a particular day. It applies this probability to estimate the number of shares purchased on each prior day that are re-traded on each respective subsequent day. The model's construction and operation are further explained below.

### A.    Published Literature and Wide Use of Two-Trader Model

10.    A proportional trading model, such as the two-trader model I used, is a "representative agent" model, which is a generally accepted model in finance and economic research. There are a multitude of seminal articles based on representative agent models. The groundbreaking article by Nobel Prize winner Robert E. Lucas, "Asset Prices in an Exchange Economy," published in the leading journal

*Econometrica* [November 1978],[1] is but one such example that demonstrates the profession's acceptance of such models.

11.    The basic one-trader and two-trader proportional trading models are presented in the *Litigation Services Handbook*, 6th edition.[2]

12.    In my experience, I have observed that the two-trader model and its variants are widely used both by plaintiff and defense experts for calculating aggregate damages in the course of litigation, in settlement discussions, and for drafting plans of allocation subsequent to settlement.

13.    Published peer-reviewed research, including Feinstein, Hu, Marcus and Ali [2013],[3] shows that the two-trader model provides a conservative estimate of damages in securities litigation cases.

14.    Other published studies, such as Cone and Laurence [1994][4] and Furbush and Smith [1994],[5] have examined the model's use in securities litigation and have shown that two-trader models are more conservative and more accurate in estimating damages than are one- or single-trader proportional trading models.

---

[1] "Asset Prices in an Exchange Economy," by Robert E. Lucas, Jr., *Econometrica*, November 1978.

[2] "Federal Securities Acts and Areas of Expert Analysis," by Nicholas Crew, et al., Chapter 27 of the Litigation Services Handbook: The Role of the Financial Expert, 6th ed., edited by Roman Weil, et al., John Wiley & Sons, Inc., 2017.

[3] "Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," by Steven Feinstein, Gang Hu, Mark Marcus, and Zann Ali, *Journal of Forensic Economics*, Vol. 24, No. 2, Sept. 2013, p.161-173.

[4] "How Accurate Are Estimates of Aggregate Damages in Securities Fraud Cases?," by Kenneth R. Cone and James E. Laurence, *Business Law*, 1994.

[5] "Estimating the Number of Damaged Shares in Securities Fraud Litigation: An Introduction to Stock Trading Models," by Dean Furbush and Jeffrey W. Smith, *Business Law,* 1994.

15. Finnerty and Pushner [2003][6] and Barclay and Torchio [2001][7] are two more examples of published research on the model and its variants.

16. Bassin [2000][8] and Beaver, Malernee, and Keeley [1997][9] empirically tested two-trader models. Bassin and Beaver, et al., used actual trading records to calibrate the parameters of two-trader models. I utilized the modeling and parameter estimates presented in the Beaver, et al. model, which is widely used both by plaintiff and defense experts to estimate aggregate damages.

**B.    Application of the Two-Trader Model**

17. For the Plan of Allocation, I used the two-trader model to estimate how many CD Projekt common shares and ADRs were bought on each day of the Class Period, and to estimate if and when those same shares/ADRs were subsequently sold. These estimated trade quantities were then multiplied by the relevant per share or per ADR damages corresponding to the respective buy and sell dates to determine aggregate damages.

18. Utilizing the modeling and parameter estimates presented in the Beaver, et al., model, I assumed that 15.3% of outstanding shares were held by "traders" (that is, investors with high trading frequency) and the remaining 84.7% were held by "holders" (that is, investors with low trading frequency). Also based

---

[6] "An Improved Two-Trader Model for Measuring Damages in Securities Fraud Class Actions," by John Finnerty and George Pushner, *Stanford Journal of Law, Business and Finance*, 2003.

[7] "A Comparison of Trading Models Used for Calculating Aggregate Damages in Securities Litigation," by Michael Barclay and Frank C. Torchio, *Law & Contemporary Problems*, 2001.

[8] "A Two Trader Population Share Retention Model for Estimating Damages in Shareholder Class Action Litigations," by William M. Bassin, *Stanford Journal of Business and Finance,* 2000.

[9] *Stock Trading Behavior and Damage Estimation in Securities Cases*, by William H. Beaver, James K. Malernee, and Michael C. Keeley, Cornerstone Research, 1997.

on their study, I assumed that a trader's share is 29 times more likely to be traded than is a holder's shares.

19.     Both CD Projekt common stock and ADRs were listed and traded over the counter. CD Projekt common stock traded under the symbol OTGLF. CD Projekt ADRs traded under the symbol OTGLY. For both securities, I used the daily trading volume data and daily closing prices obtained from Bloomberg.

20.     I removed from the published trading volume data the trades that constituted only facilitation by market makers of trading among investors, which therefore were not ultimate trades between investors.

21.     Tradable float for the Company was calculated by adding short interest to total shares or ADRs outstanding and then reducing this amount by insider holdings and by the shares or ADRs that the institutional holdings data indicated were held by institutions throughout the Class Period and were therefore not traded.

22.     The tradable float for CD Projekt was divided into shares owned by traders and shares owned by holders using the Beaver, et al., model parameters. As shares outstanding changed, the number of shares owned by each group was adjusted using the same percentages.[10]

23.     For each date during the Class Period and 90-day lookback period, the number of shares traded by each group is estimated using daily volume, the portion of float held by holders, the portion of float held by traders, and the probabilities that traders and holders will trade, or re-trade, shares.

24.     For each trading day, the probability of any particular holder's share being traded, or re-traded, is estimated by dividing volume by shares held in float, adjusting the portion of tradeable float held by traders by the greater likelihood of

---

[10] For CD Projekt common stock, shares outstanding changes were additionally adjusted based on the proportion of U.S. trading volume to Polish trading volume as the common stock traded in both countries.

traders to trade their shares relative to holders. The probability of any particular trader's share being traded, or re-traded, is estimated as the probability of a holder's share being traded multiplied by the likelihood of traders to trade their ADRs relative to holders.

25. Using these estimated probabilities for each day in the Class Period, the model indicates when previously purchased shares or ADRs were likely later sold. The model also indicates the quantities of shares and ADRs still held at the end of the 90-day look-back period.

## IV. Estimating Aggregate Damages for Class Members Who Purchased CD Projekt Common Stock

26. To quantify per share damages for Class Members who purchased CD Projekt common stock, I ran a regression on daily returns covering the period January 1, 2020 through December 17, 2020, to determine how the price of CD Projekt ADRs typically behaved in relation to the overall market and its industry sector. I then used the regression model to determine how much of the price responses on December 10-14, 2020 and December 18, 2020 were explained by market and sector effects for each security.

27. For these event dates, I computed the explained portion of CD Projekt stock return by adding i) the estimated regression intercept term, ii) the event day's Market Index return multiplied by the Market Index coefficient estimated by the respective regression, and iii) the event day's Sector Index return multiplied by the Sector Index coefficient estimated by the respective regression. I then computed the residual return on these events by subtracting the explained return from the actual return.

### A. December 10-14, 2020

28. For December 10-14, the price of CD Projekt common stock fell 22.45% (on a logarithmic return basis). The Market Index return during this period

was -0.29%, and the Sector Index return was 6.86%. Based on the regression model, the explained return of the stock was 10.96%. The difference between the actual return of -22.45% and the explained return of -10.96% is a statistically significant residual decline of -33.41%, equivalent to a residual loss of $31.12 per share. This residual return is associated with a $t$-statistic of -5.97, which is statistically significant at the 99% confidence level. The statistical significance of the residual return indicates that the large share price decline during this period was not caused by random volatility. The regression excluded market-wide and sector effects.

## B.     December 18, 2020

29.     For December 18, the price of CD Projekt common stock stock fell 11.04% (on a logarithmic return basis). The Market Index return during was -0.21%, and the Sector Index return was 0.34%. Based on the regression model, the explained return of the stock was 0.69%. The difference between the actual return of -11.04% and the explained return of 0.69% is a statistically significant residual decline of -11.73%, equivalent to a residual loss of $9.74 per share. This residual return is associated with a $t$-statistic of -3.63, which is statistically significant at the 99% confidence level. The statistical significance of the residual return indicates that the large stock share decline that day was not caused by random volatility. The regression excluded market-wide and sector effects.

## C.     Aggregate Damages for Class Members Who Purchased CD Projekt Common Stock

30.     Using the two-trader model and regression analysis for CD Project commons stock as described herein, total damages suffered by CD Projekt common investors were $2.6 million, and damaged shares were 0.6 million. These damage figures are exclusive of prejudgment interest

## V.    Estimating of Aggregate Damages for Class Members Who Purchased CD Projekt ADRs

31.    To quantify per ADR damages for Class Members, I ran a regression on daily returns covering the period May 1, 2020 through December 17, 2020,[11] to determine how the price of CD Projekt ADRs typically behaved in relation to the overall market[12] and its industry sector.[13] I then used the regression model to determine how much of the price responses on December 10-14, 2020 and December 18, 2020 were explained by market and sector effects.

32.    For these event dates, I computed the explained portion of CD Projekt stock return by adding i) the estimated regression intercept term, ii) the event day's Market Index return multiplied by the Market Index coefficient estimated by the respective regression, and iii) the event day's Sector Index return multiplied by the Sector Index coefficient estimated by the respective regression. I then computed the residual return on these events by subtracting the explained return from the actual return.

### A.    December 10-14, 2020

33.    For December 10-14, the price of CD Projekt ADRs stock fell 28.82% (on a logarithmic return basis). The Market Index return during this period was -0.29%, and the Sector Index return was 6.86%. Based on the regression model, the explained return of the stock was -2.06%. The difference between the actual return of -28.82% and the explained return of -2.06% is a statistically significant

---

[11] I used dummy variables to control for potentially abnormal returns on earnings announcement event dates and corrective disclosure dates during the Class Period.

[12] I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

[13] For the sector factor, I used the S&P 500 Entertainment Index, which is an index that shares the same Global Industry Classification Standard as CD Projekt.

residual decline of -26.76%, equivalent to a residual loss of $6.46 per ADR. This residual return is associated with a *t*-statistic of -6.65, which is statistically significant at the 99% confidence level. The statistical significance of the residual return indicates that the large ADR price decline during this period was not caused by random volatility. The regression excluded market-wide and sector effects.

### B.    December 18, 2020

34.    For December 18, the price of CD Projekt ADRs stock fell 17.28% (on a logarithmic return basis). The Market Index return during was -0.21%, and the Sector Index return was 0.34%. Based on the regression model, the explained return of the stock was -0.33%. The difference between the actual return of -17.28% and the explained return of -0.33% is a statistically significant residual decline of -16.95%, equivalent to a residual loss of $3.43 per ADR. This residual return is associated with a *t*-statistic of -4.21, which is statistically significant at the 99% confidence level. The statistical significance of the residual return indicates that the large stock ADR decline that day was not caused by random volatility. The regression excluded market-wide and sector effects.

### C.    Aggregate Damages for Class Members Who Purchased CD Projekt ADRs

35.    Using the two-trader model and regression analysis for CD Project ADRs as described herein, total damages suffered by CD Projekt ADR investors were $8.4 million, and damaged ADRs were 2.5 million. These damage figures are exclusive of prejudgment interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of April 2022, in Pismo Beach, California.

By: 

Adam Werner, PhD
Affiliated Expert,
Crowninshield Financial Research

- 11 -