# EXHIBIT 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>        Defendants. | Case No. CV 20-11627 FMO (RAOx) |

**DECLARATION OF PAUL MULHOLLAND REGARDING NOTICE PLAN**

I, Paul Mulholland, declare:

1.    I submit this declaration to provide the Court with information regarding administrative services in this matter. I am over 21 years of age and am not a party to this action.

2.    I am a Certified Public Accountant (inactive) and president of Strategic Claims Services ("SCS"). I have over thirty years of experience specializing in litigation support services principally in the area of administration of securities class action settlements. I have administered over five hundred class action settlements. I have also testified as an expert witness in securities and other class action matters. At the request of Lead Counsel, I am providing this declaration to give the Court and the Parties[1] to the above-captioned action information about the procedures and methods that will be used to provide: (i) notice of the proposed Settlement to investors who make up the Settlement Class, and (ii) the administration of the claims process. I make this declaration based on personal knowledge, and if called to testify, I could and would do so competently.

3.    SCS was retained by Lead Counsel, subject to Court approval, to provide notice and claims administration services in the above-captioned action. The proposed Settlement Class consists of all persons and entities who purchased or otherwise acquired the publicly traded securities of CD Projekt, SA ("CD Projekt" or the "Company") between January 16, 2020 and December 17, 2020, both dates inclusive (the "Settlement Class"). Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any person excluded under this subsection (b), has or had a majority ownership interest at any time.

---

[1] Capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation of Settlement, dated April 28, 2022(the "Stipulation").

DECLARATION OF PAUL MULHOLLAND REGARDING NOTICE PLAN
Case No. CV 20-11627 FMO (RAOx)

1

Also excluded from the Settlement Class are Opt-Outs (*i.e.*, persons who file valid and timely requests for exclusion from the Settlement Class).

4. The proposed notice plan in this matter uses procedures that have been designed to provide direct mail notification and/or electronic mail notification to every investor who is a member of the Settlement Class and who can be identified with reasonable effort. In addition, direct mail notification will be provided to thousands of financial institutions, whether brokerage firms, banks, and other third-party nominees, that regularly monitor proposed securities class action settlements. All persons and entities identified as potential Settlement Class Members will be mailed a Postcard Notice or emailed links to obtain copies of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form"). The Postcard Notice will direct the recipient to the settlement website, www.strategicclaims.net/CDProjekt/, to find a complete long-form Long Notice along with the Claim Form. The Postcard Notice will also notify potential Settlement Class Members that they can request a copy of the Claim Form to be mailed. The Long Notice, Claim Form, and settlement website will include instructions for claim submission. The proposed notice plan also calls for publication of the Summary Notice of Pendency and Proposed Settlement of Class Action ("Summary Notice") to be transmitted once over the *GlobeNewswire* and published once in the *Investor's Business Daily*. In addition, SCS will send the Depositor Trust Company ("DTC") the Notice for the DTC to publish on its Legal Notice System ("LENS"). LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

5. Details of the complete proposed notice plan are outlined below.

6. If SCS is appointed by the Court as Claims Administrator, and subject to the Court's approval of the notice plan set forth in the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order"), SCS will,

after cleanup and deduplication, initially send a copy of the Postcard Notice by First-Class Mail to all persons and entities identified as potential Settlement Class Members by CD Projekt's stock transfer agent. The stock transfer agent will only have the contact information for the small number of investors that hold their securities in their own names. These investors typically make up a very small percentage of a class, as the vast majority of investors hold their securities through a brokerage firm, bank, institution, or other third-party nominee ("Nominees") as these potential Settlement Class Members are beneficial purchasers whose securities are held in "street name"; *i.e.*, the securities are purchased and held by one of the Nominees on behalf of the beneficial purchaser. In SCS's experience, the class members who hold their securities in their own name, and are therefore known to the stock transfer agent, make up less than 2% of a class in a typical securities settlement.

7. In order to obtain the contact information for investors at the beneficial purchaser level, SCS uses a procedure designed to get the contact information from the Nominees that actually hold the securities for the beneficial holders of the securities. In the twenty-three years that SCS has been notifying potential class members of actions involving publicly traded securities, SCS has found the majority of potential class members as the beneficial owner are reached through the Nominees.

8. For this matter, SCS will send mailings and an appropriate cover letter to each entity included on a propriety list of approximately 2,500 Nominees. This list includes the largest and most common broker firms, banks, and other institutions involving publicly traded securities and is contained in a database SCS created and maintains. In SCS's experience, the institutions included in this database represent a significant majority of the beneficial holders of the securities in most settlements involving publicly traded companies. The cover letter accompanying the mailing would notify the Nominees of the proposed Settlement and inform them of their obligation to either provide the names and addresses of their clients who may be Settlement Class Members or request copies of the

Postcard Notice to provide directly to their customers and clients. As noted above, Nominees will also be notified through LENS.

9.    SCS will promptly either: (a) email links to the location of the Long Notice and Claim Form to Settlement Class Members for whom it is able to obtain email addresses; or (b) mail the Postcard Notice directly to all potential Settlement Class Members identified by Nominees if no email address can be obtained. SCS will also send copies of the Postcard Notice or email links to the Long Notice and Claim Form directly to Nominees who indicate they will directly forward them to their customers and clients who may be Settlement Class Members. Each of these requests will be completed in a timely manner pursuant to the Preliminary Approval Order.

10.    All name and address data obtained by SCS will be reviewed to identify and eliminate exact name and address duplicates and incomplete data prior to mailing or emailing. Any Postcard Notices that are returned as undeliverable mail will be reviewed to determine if an alternative or updated address is available from the Postal Service and skip-tracing. SCS will re-mail to the updated or alternative address.

11.    SCS will supplement the direct mailing and emailing program described above by publishing the Summary Notice over the *GlobeNewswire*, a national online newswire. News outlets often use posted notices as the basis for their own stories about litigation settlements involving publicly traded companies, thereby creating added awareness of the proposed Settlement among investors. In addition, SCS will publish the Summary Notice in print in the *Investor's Business Daily*.

12.    Throughout the notification and claims processing period, SCS will maintain a toll-free number to field potential Settlement Class Members' inquiries. SCS will also maintain a settlement website, www.strategicclaims.net/CDProjekt/, where key documents will be posted including the Stipulation, the Long Notice and Claim Form, and the executed Preliminarily Approval Order. The website will also provide an overview of the case and proposed Settlement and highlight important dates, including the date of the

final approval hearing. If there are any modifications to the time and/or date of the final approval hearing, SCS will update the website accordingly. All posted documents will be available for download from the website.

13.     Each of the Settlement Class Members will be mailed a Postcard Notice or emailed with links to the Long Notice and Claim Form. The Settlement Class Members will be directed to the settlement website, www.strategicclaims.net/CDProjekt/, to access the Long Notice and have an opportunity to file a claim in this matter, either online or by mailing a completed Claim Form to SCS. In SCS's experience, not all class members submit claims, and some of the claims submitted will not be valid or eligible to receive a distribution under the Plan of Allocation.

14.     Pursuant to the proposed Preliminary Approval Order, SCS will confirm the following deadlines will be met:

(i)     Within fifteen Business Days after the Court enters this Preliminary Approval Order, Defendants shall provide and/or cause its transfer agent to provide to Class Counsel CD Projekt's transfer records information reasonably available to CD Projekt concerning the identity of Settlement Class Members, including any names and addresses of Settlement Class Members and nominees or custodians that exist in such transfer records in a usable electronic format, such as an Excel spreadsheet, or other form as is reasonably available to CD Projekt.

(ii)     Within twenty Business Days of the entry of this Preliminary Approval Order, Class Counsel, through the Claims Administrator, shall either: (a) email links to the location of the Long Notice, Proof of Claim, and Request for Exclusion to Settlement Class Members for whom the Claims Administrator is able to obtain email addresses, substantially in the form annexed to the Stipulation as Exhibit A-1, Exhibit A-2 and Exhibit A-5; or (b) cause the Postcard Notice, substantially in the form annexed to the Stipulation as Exhibit A-4, if no electronic mail address can be obtained, mailed, by first class mail, postage prepaid, to Settlement Class Members who can be identified with reasonable effort by Class Counsel, through the Claims Administrator.

(iii)     Within ten days of receipt of the notice Nominees or custodians shall, either: (i) request copies of the Postcard Notice sufficient to send the Postcard Notice to all beneficial owners for whom they are nominee or custodian, and within ten days after receipt thereof send copies to such beneficial owners; (ii) request links to the location of the Long Notice and Proof of Claim and email the links to each beneficial owner for whom they are nominee or custodian within ten days after receipt thereof; or (iii) provide the Claims Administrator

with lists of the names, last known addresses and email addresses (to the extent known) of such beneficial owners, in which event the Claims Administrator shall promptly deliver the Postcard Notice to such beneficial owners. If the Claims Administrator receives an email address, it will send a link to the location of the Long Notice and Proof of Claim electronically. Nominees or custodians who elect to email links to the Long Notice and Proof of Claim or send the Postcard Notice to their beneficial owners shall send a written certification to the Claims Administrator confirming that the mailing or emailing has been made as directed. Copies of the Postcard Notice shall be made available to any nominee or custodian requesting same for the purpose of distribution to beneficial owners. The Claims Administrator shall, if requested, reimburse nominees or custodians out of the Settlement Fund solely for their reasonable out-of-pocket expenses incurred in providing notice to beneficial owners, which expenses would not have been incurred except for the providing names and addresses, of up to $0.03 per name, address, and email address provided to the Claims Administrator; up to $0.03 per unit for each Postcard Notice actually mailed, plus postage at the pre-sort rate used by the Claims Administrator; or up to $0.03 per email notice sent, and subject to further order of this Court with respect to any dispute concerning such reimbursement.

(iv)    Within twenty business days of the entry of this Preliminary Approval Order, Class Counsel, through the Claims Administrator, shall cause the Stipulation and its exhibits, this Order, and a copy of the Long Notice, Proof of Claim, and Request for Exclusion to be posted on the Claims Administrator's website contemporaneously.

(v)     Class Counsel, through the Claims Administrator, shall cause the Summary Notice to be published electronically once on the *GlobeNewswire* and in print once in the *Investor's Business Daily* within ten days after the Postcard Notice mailing or emailing links to the location of the Long Notice and Proof of Claim. Class Counsel shall, at least seven days before the Settlement Hearing, serve upon counsel for Defendants and file with the Court proof of publication of the Summary Notice.

(vi)    Class Counsel shall, at least seven days before the Settlement Hearing, serve upon counsel for Defendants and file with the Court proof of the mailing of the Postcard Notice as required by this Order. SCS will provide Class Counsel a mailing declaration at least seven days prior to the Settlement Hearing.

(vii)   Inform Class Members that in order to be entitled to participate in recovery from the Net Settlement Fund after the Effective Date, each Settlement Class Member must, within thirty days prior to the Final Approval Hearing, submit a properly completed and executed Proof of Claim to the Claims Administrator either: (a) electronically through the Claims Administrator's website, www.strategicclaims.net/CDProjekt; or (b) at the Post Office Box indicated in the Notice. Such deadline may be further extended by Order of the Court.

(viii)    Allow deficient and/or rejected claimants at least ten days to respond to deficient and/or rejection notices. If an issue concerning a claim cannot be otherwise resolved, Class Counsel shall thereafter present the request for review to the Court.

(ix)     Inform and allow Class Members twenty-one days prior to the Final Approval Hearing the option to request exclusion from the Settlement Class.

(x)      Inform any Class Member that submits a request for exclusion may thereafter submit to the Claims Administrator a written revocation of that request for exclusion, provided that it is received no later than two Business Days before the Final Approval Hearing, in which event that Class Member will be included in the Settlement Class.

(xi)     Inform Class Members who would like to object to the Settlement, the Plan of Allocation, or the Fee and Expense Application must do so at least twenty-one days prior to the Settlement Hearing Date and that they must file said objections, papers, and briefs with the Clerk of the Court, U.S. District Court, Central District of California, 350 W. 1st Street, Suite 4311 Los Angeles, CA 90012.

(xii)    Ensure all papers in support of the Settlement, the Plan of Allocation, and/or the Fee and Expense Application shall be filed and served no later than twenty-eight days before the Final Approval Hearing.

(xiii)   Ensure any submissions filed in response to any objections or in further support of the Settlement, the Plan of Allocation, and/or the Fee and Expense Application shall be filed no later than fourteen days prior to the Final Approval Hearing.

15.     In addition to the proposed notice plan, SCS will, at a minimum, provide the following additional administrative services: (1) assist in preparing the Plan of Allocation; (2) set-up a Class database, phone system, and frequently asked questions protocol; (3) review and process all opt-out requests; (4) process claims including handling cures and rejections; (5) update the Settlement Class database to include updated addresses and other updated information regarding Settlement Class Members; (6) handle and respond to all phone call questions regarding claims processing from Settlement Class Members; (7) respond to all other questions via emails, letters and other correspondence from Settlement Class Members; (8) set up escrow accounts and handle all banking matters related to the administration process; (9) process and pay broker charges; (10) cut, mail and process distribution checks; (11) process all undeliverable check mailings and re-mail

checks if forwarding addresses are provided; (12) skip trace all other undeliverable check mailings and re-mail if updated addresses are provided; (13) re-issue checks for lost checks, changes in name, or other valid changes requiring a new check subject to verification by SCS; (14) perform monthly bank reconciliations and handling of all other post distribution matters; (15) provide accounting and periodic status reports; (16) prepare declarations as required by the Court throughout the administrative process; (17) obtain an employer identification number and prepare and file federal and state income tax returns; and (18) provide status reports to counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of April 2022, in Media, Pennsylvania.

Paul Mulholland

DECLARATION OF PAUL MULHOLLAND REGARDING NOTICE PLAN
Case No. CV 20-11627 FMO (RAOx)

8