COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:  (858) 550 6000
Facsimile:   (858) 550-6420

JULIE M. VEROFF (310161)
(jveroff@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION** |

Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski do not oppose Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 78), which was filed following the Court's instruction to modify release language contained in the Stipulation of Settlement. (Dkt. No. 77). Defendants therefore submit this written Statement of Non-Opposition pursuant to C.D. Cal. Civ. L.R. 7-9.

Dated: May 18, 2022              COOLEY LLP

By: */s/ Ryan E. Blair*
Ryan E. Blair

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski