Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel Lead Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**PLAINTIFFS' REQUEST TO APPEAR REMOTELY BY VIDEO FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMANDED<br>Date: June 2, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

**PLEASE TAKE NOTICE THAT PLAINTIFFS, BY AND THROUGH THEIR RESPECTIVE COUNSEL REQUESTS AS FOLLOWS**:

On April 28, 2022, Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") filed their Motion for Preliminary Approval of Class Action Settlement and Class Certification. The hearing on Plaintiff's Motion for Preliminary Approval is currently scheduled to be heard on June 2, at 10:00 a.m. in the above captioned Court located at 350 W. 1st

1

1  Street, 6th Floor, Courtroom 6D, Los Angeles, California 90012. The Parties are to
2  appear in person for the hearing according to the Court's website.
3        Pursuant to the Court's instructions, Counsel for Plaintiffs hereby request
4  permission to appear remotely by video for the June 2, 2022 hearing on Plaintiff's
5  Motion for Preliminary Approval. As required, the request is supported by the
6  concurrently filed Declaration of Jonathan Stern.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFFS' REQUEST TO APPEAR REMOTELY BY VIDEO FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** – Case No. 2:20-cv-11627-FMO-RAO

| | | |
|---|---|---|
| 1 | Dated: May 24, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | **THE ROSEN LAW FIRM, P.A.** |
| 4 | | /s/ Jonathan Stern |
| 5 | | Jonathan Stern (*pro hac vice*) |
| | | Laurence M. Rosen, Esq. (SBN 219683) |
| 6 | | 355 South Grand Avenue, Suite 2450 |
| 7 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 785-2610 |
| 8 | | Facsimile: (213) 226-4684 |
| 9 | | Email: lrosen@rosenlegal.com |
| 10 | | *Lead Counsel for the Class* |

3

**PLAINTIFFS' REQUEST TO APPEAR REMOTELY BY VIDEO FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** – Case No. 2:20-cv-11627-FMO-RAO