Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel Lead Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, <br><br> Defendants. | Case No. 2:20-cv-11627-FMO-RAO <br><br> **PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> <u>CLASS ACTION</u> <br><br> JURY TRIAL DEMANDED <br> Judge: Hon. Fernando M. Olguin |

 **PLEASE TAKE NOTICE THAT PLAINTIFFS, BY AND THROUGH THEIR RESPECTIVE COUNSEL REQUESTS AS FOLLOWS**:

Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") submit this notice of non-opposition to Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion") (Dkt. No. 81). Plaintiffs filed the Motion on April 28, 2022. The deadline to oppose

1

the Motion was May 12, 2022. To date, no opposition has been filed, and defendants filed a notice of non-opposition on May 18, 2022 (Dkt. No. 81).

Accordingly, the Court should grant the Motion so that notice of the Settlement can be issued to Settlement Class Members and the Settlement can proceed to the final approval stage where the Court will weigh the merits of the Settlement to determine whether the settlement is fair, reasonable, and adequate.

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** – Case No. 2:20-cv-11627-FMO-RAO

Dated: October 28, 2022

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Jonathan Stern

Jonathan Stern (*pro hac vice*)
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for the Class*

3