Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and
the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx)<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS**<br><br>JURY TRIAL DEMANDED<br>Date: June 1, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

- 1 -

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND
AWARD TO PLAINTIFFS; 20-11627 FMO (RAOx)

**PLEASE TAKE NOTICE** that pursuant to the Order Re: Motion for Preliminary Approval of Class Action Settlement, entered on January 3, 2023 (Dkt. No. 86), on June 1, 2023 at 10:00 a.m., before Fernando M. Olguin, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 6D, 7th Floor, Los Angeles, California 90012, Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") will and hereby do move this Court for entry of an order awarding: (i) attorneys' fees of 25% of the Settlement Amount; (ii) expense reimbursement of $26,267.41; and (iii) an award of $5,000 each to Plaintiffs.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of the Motion for Award of Attorneys' Fees and Expenses and Award to Plaintiffs, the Declaration of Jonathan Stern and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Pursuant to Local Rule 7-3, Plaintiffs have conferred with Defense Counsel who do not take a position on this motion.

Dated: March 8, 2023

**THE ROSEN LAW FIRM, P.A.**

By: */s/* Jonathan Stern
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Jonathan Stern (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jstern@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

- 3 -