Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and
the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ANDREW TRAMPE, Individually and on behalf of all others similarly situated, Plaintiff, v. CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, Defendants. | Case No. 2:20-cv-11627-FMO-RAO **Declaration of Jonathan Stern** <u>CLASS ACTION</u> |
|---|---|

1

DECLARATION OF JONATHAN STERN; CV 20-11627 FMO (RAOx)

I, Jonathan Stern, declare as follows:

1.      I am an attorney at The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel in the above-captioned Action. I am an attorney admitted to practice *pro hac vice* in this action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      I submit this Declaration in support of the application for an award of attorneys' fees in connection with services rendered in this Action, as well as for payment of expenses incurred by my firm in connection with the Action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would testify thereto.

3.      Rosen Law has been involved in this Action since its inception in December 2020 and continuing throughout all other aspects of this Action.

4.      Rosen Law rendered the following legal services in connection with the prosecution of this Action: (a) conducted an extensive factual investigation, which included the review of publicly available documents about CD Projekt, SA ("CD Projekt") and the individual defendants; (b) filed the initial complaint; (c) filed a motion for appointment of lead plaintiff and lead counsel; (d) consulted with a private investigator relating to the allegations in this Action; (e) consulted with a damages expert; (f) researched, drafted and filed the Consolidated Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint"); (g) negotiated an agreement on the terms of a settlement; (h) negotiated the written settlement documents; (i) presented those settlement terms to this Court by way of a motion for preliminary approval of the proposed settlement; and (j) oversaw the provision of Notice to the proposed Settlement Class and monitored the work of the Claims Administrator.

5.      My firm's work will not end with the filing of the instant motion for attorneys' fees, reimbursement of expenses, and award to Plaintiffs; or the Court's approval of the Settlement. My firm will spend more time and resources drafting and

2

DECLARATION OF JONATHAN STERN; CV 20-11627 FMO (RAOx)

filing motion for final approval, and drafting and filing the replies in support of these motions, preparing for and appearing at the Settlement Hearing scheduled for June 1, 2023, assisting Settlement Class Members with their claims, overseeing and supervising the claims process and distribution of the Settlement Fund to Settlement Class Members, and responding to Settlement Class Members' inquiries.

6. The chart below is a summary of time expended by the attorneys and professional staff of Rosen Law on this Action, and the lodestar calculation based on their current billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm.

| Professional (Position) | Years of Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Laurence Rosen (Partner) | 33 | $1,075 | 25.9 | $27,842.50 |
| Jonathan Stern (Partner) | 14 | $875 | 230 | $201,250.00 |
| Ryan Hendrick (Associate) | 3 | $550 | 13.3 | $7,315.00 |
| Stephen Shepardson (Associate) | 5 | $625 | 11.4 | $7,125.00 |
| **Total** | | | **280.6** | **$243,532.50** |

7. Since the beginning of this Action, my firm has performed a total of 280.6 professional work hours in the prosecution of this Action. The total lodestar amount for my firm is $243,531.50.

8. Rosen Law expended a total of $26,267.41 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

| Category | Amount |
|---|---|
| Financial Exert Fees | $11,798.00 |
| Investigator Fees | $3,973.83 |
| Online Legal Research and Document Retrieval Fees | $2,005.83 |
| Court Filing, Courtesy Copy, and Court Messenger Fees | $632.25 |

DECLARATION OF JONATHAN STERN; CV 20-11627 FMO (RAOx)

| Pro Hac Vice and Certificate of Good Standing Fees | $500 |
| Press Releases and Notice to Class Members | $6,357.50 |
| Travel/Transportation/Hotels/Meals | $1,000.00 |
| **TOTAL EXPENSES** | **$26,267.41** |

*Includes anticipated expenses associated with attending the Settlement Hearing on June 1, 2023.

9.    The expenses set forth above are reflected in my firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

10.    Attached as Exhibit 1 hereto is a firm resume of the Rosen Law Firm.

11.    Attached as Exhibit 2 hereto is the declaration of James Gordley.

12.    Attached as Exhibit 3 hereto is the declaration of Phillip Trefethen.

13.    Attached as Exhibit 4 hereto is the declaration of Steven Shaginyan.

14.    Attached as Exhibit 5 hereto is the declaration of Margery Craig.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2023.

/s/*Jonathan Stern*

DECLARATION OF JONATHAN STERN; CV 20-11627 FMO (RAOx)