# EXHIBIT 3

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and*
*the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. 2:20-cv-11627-FMO-RAO<br><br>**Declaration of Phillip Trefethen**<br><br><u>CLASS ACTION</u> |

I, Phillip Trefethen, declare:

1.    I have retained The Rosen Law Firm, P.A. ("Rosen") as my counsel in this case.

2.    I understand that the Court has appointed James Gordley to serve as Lead Plaintiff in this action and that it approved the Rosen firm as Lead Counsel.

- 1 -

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)

3.      I understand that Steven Shaginyan and I are Named Plaintiffs in this action.

4.      I submit this declaration in support of the motion for an award of attorneys' fees and reimbursement of litigation expenses, and my request for reimbursement of the reasonable costs and expenses incurred in connection with my representation of the Class.

5.      I read the initial complaint in advance of my agreeing to serve as named Plaintiff in this action. I reviewed and authorized the filing on June 28, 2021 of the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("Consolidated Amended Complaint") against Defendants Defendants CD Projekt, S.A. ("CD Projekt" or the "Company"), Adam Michal Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski.

6.      I believe that Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Lead Counsel performed on behalf of the Settlement Class. I have evaluated Lead Counsel's fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

7.      I further believe that the litigation expenses being requested for reimbursement to Lead Counsel are reasonable and represent costs and expenses

- 2 -

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)

necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

8.    I understand that the PSLRA provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation. I believe that I fulfilled my fiduciary duty to class members to work with counsel to make sure the class received fair and adequate representation. I have done my best to promote the interests of the class vigorously and to obtain the largest recovery possible under the circumstances, which I believe the Settlement achieves.

9.    The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. I seek reimbursement in the amount of $5000 for the time I devoted to participating in this Action, which I estimate amounted to be approximately 20 hours on the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable.

10.    I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Settlement Class.

- 3 -

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)

11. I have not received any promise of incentive compensation in exchange for my agreeing to this settlement and my consent to this settlement is not contingent on receiving any incentive compensation.

12. I currently work for the Veteran's Administration as a Program Manager of the Burn Pit Registry, and as a result am familiar with the administration of large and complex claims. Prior to that time, I served in the United States Army, ultimately achieving the rank of sergeant.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on _____3/7/2023_____

DocuSigned by:

_____
Phillip Trefethen
F202BCBB800845C...

- 4 -

DECLARATION OF PHILLIP TREFETHEN; CV 20-11627 FMO (RAOx)