# EXHIBIT 5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDREW TRAMPE, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,

Defendants.

Case No. CV 20-11627 FMO (RAOx)

**DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception. Pursuant to the Court's Order Re: Motion for Preliminary Approval of Class Action Settlement, dated January 3, 2023 (Dkt. No. 86) ("Preliminary Approval Order"), SCS was appointed as the Claims

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

Administrator in connection with the Settlement of the above-captioned action.[1] I submit this declaration in order to provide the Court and the Parties information regarding the mailing of the Postcard Notice and emailing of links to the Long Notice and Proof of Claim to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## MAILING OF POSTCARD NOTICE

2.    Pursuant to the Preliminary Approval Order, to provide actual notice to those persons and entities that purchased or acquired CD Projekt, S.A. ("CD Projekt") publicly-traded securities (American Depositary Shares ("ADSs") and Common Shares) from January 16, 2020 through December 17, 2020, both dates inclusive ("Settlement Class Period"), SCS printed and mailed the Postcard Notice to potential members of the Settlement Class. A true and correct copy of the Postcard Notice is attached as **Exhibit A**.

3.    SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim") (collectively, the "Long Notice and Proof of Claim") for the DTC to publish on its Legal Notice System ("LENS") on

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated April 28, 2022 (Dkt. No. 77) (the "Stipulation").

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

January 25, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. A copy of the Long Notice and Proof of Claim is attached as **Exhibit B**.

4.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master list consisting of 793 banks and brokerage companies ("Nominee Account Holders"), as well as 914 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On January 25, 2023, SCS caused a letter to be mailed or e-mailed to the 1,707 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either request copies of the Postcard Notice or email the link to the location of Long Notice and Proof of Claim to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly

3

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

mail Postcard Notice or email the link to the location of the Long Notice and Proof of Claim directly to them. A copy of the letter sent to these nominees is attached as **Exhibit C.**

5.    SCS mailed, by first class mail, postage prepaid, one Postcard Notice and emailed two links to the location of the Long Notice and Proof of Claim to organizations identified in the transfer records which were provided to SCS by Defendants' Counsel. These records reflect persons and entities that purchased CD Projekt securities for their own account, or for the account(s) of their clients, during the Settlement Class Period. Following this mailing, SCS received 1,625 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS; SCS received seven email address to send the link to the location of the Long Notice and Proof of Claim; SCS received a request for 6,000 Postcard Notices from a nominee so that the nominee could forward them to their customers: and SCS was notified by a nominee that they mailed 406 Postcard Notices to their customers. SCS was also notified by a nominee that they emailed the link to location of the Long Notice and Proof of Claim to 6,649 of their customers. To date, 8,032 Postcard Notices were mailed to potential Settlement Class Members and 6,658 emails were sent to potential Settlement Class Members.

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

6. In total, 14,690 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Long Notice and Proof of Claim.

## PUBLICATION OF THE SUMMARY NOTICE

7. Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on the *Globe Newswire* and in print once in the *Investor's Business Daily* on February 6, 2023 as shown in the confirmations of publications attached hereto as **Exhibit D.**

## TOLL-FREE PHONE LINE

8. SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlement as well as request a Long Notice and Proof of Claim. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

9. On January 25, 2023, SCS established a webpage on its website at www.strategicclaims.net/CDProjekt. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status of this case; the case deadlines; the online claim filing link; and important documents such as the Long

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

Notice and Proof of Claim, the Request for Exclusion Form, the Postcard Notice, the Summary Notice, the Preliminary Approval Order, and the Stipulation with exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

10.     The Postcard Notice, Long Notice, Summary Notice, Request for Exclusion Form, and the settlement webpage informed potential Settlement Class Members that and opt-out form must be download and completed and is to be mailed to SCS such that they are received no later than April 7, 2023. SCS has monitored all mail delivered for this case. As of the date of this declaration, SCS has received no request for exclusion.

11.     According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or  application for an Award to Lead Plaintiff,  must be submitted to Lead Counsel, Counsel for the Defendants, and the Clerk of the Court, such that they are received no later than April 7, 2023. As of the date of this Declaration, SCS has not received any objections, and SCS has not been notified of any objections being filed.

6

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of March, in Media, Pennsylvania.

_____
Margery Craig

---

7

DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment. This Notice may affect your legal rights.*

*Please read it carefully.*

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**EXHIBIT A**

There has been a proposed Settlement of all claims against CD Projekt, S.A. ("CD Projekt") and certain of its officers (collectively, "Defendants"). The Settlement resolves a lawsuit in which Plaintiff alleges that, in violation of the federal securities laws, Defendants misled investors, issuing materially false and misleading statements and causing damages to Settlement Class Members. Defendants deny any wrongdoing.

You received this Notice because you or someone in your family may have acquired CD Projekt securities between January 16, 2020 through December 17, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of Defendants, a fund consisting of $1,850,000 in cash ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Settlement Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/CDProjekt and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *CD Projekt, S.A. Securities Litigation, c/o* Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/CDProjekt.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOF OF CLAIMS ARE DUE BY MAY 2, 2023 TO CD PROJEKT, S.A. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/CDPROJEKT. If you do not want to be legally bound by the Settlement, you must exclude yourself by April 7, 2023, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by April 7, 2023. The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on June 1, 2023 at 10:00 a.m. at the United States Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to 30% of the Settlement Fund, plus actual expenses up to $40,000 for litigating the case and negotiating the Settlement, and a compensatory Award to Lead and Named Plaintiffs not to exceed $5,000 each ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Final Approval Hearing by remote means. You may, but are not required to, attend the hearing and ask to be heard by the Court. For more information, call (866) 274-4004, or visit www.strategicclaims.net/CDProjekt.

**EXHIBIT B**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627 FMO (RAOx) |

### NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you acquired CD Projekt, S.A. ("CD Projekt" or "Company") publicly-traded equity securities[1] in domestic transactions during the period from January 16, 2020 through December 17, 2020, both dates inclusive ("Settlement Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $1,850,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased CD Projekt securities during the Settlement Class Period.

- The approximate recovery, before deduction of attorneys' fees and expenses approved by the Court, is an average of $.74 per damaged share of CD Projekt securities. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold CD Projekt securities, the purchase and sale prices, and the total number and amount of claims filed.

- Attorneys for Lead Plaintiff ("Lead Counsel") intend to ask the Court to award them fees of up to 30% of the Settlement Amount, or $555,000, reimbursement of litigation expenses of no more than $40,000, and Award to Plaintiffs not to exceed $5,000 per person. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated to average $.25 per damaged share of CD Projekt securities. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The Settlement represents an estimated average recovery, after deduction of attorneys' fees and expenses approved by the Court, of $.49 per damaged share of CD Projekt securities for the approximately 2.51 million damaged shares during the Settlement Class Period. Shares may have been traded more than once during the Settlement Class Period. This estimate solely reflects the average recovery per damaged share of CD Projekt securities. The indicated average recovery per

---

[1] These securities include CD Projekt's ADSs (Symbol: OTGLY, Cusip # 125105106) and common shares (Symbol: OTGLF, CIN # X0957E106 ).

- 1 -

- share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect.  Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold CD Projekt securities, and the total number of claims filed.
- The Settlement resolves the Action concerning whether CD Projekt and individual defendants Adam Michal Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski ("Defendants") violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to the investing public. Defendants deny each and every claim and contention alleged in the Action and deny any misconduct or wrongdoing whatsoever, including by any of CD Projekt's officers, directors, or employees.
- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

### YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN MAY 2, 2023** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN APRIL 7, 2023** | Get no payment.  This is the only option that allows you to ever be part of any other lawsuit against Defendants about the legal claims in this case. |
| **OBJECT NO LATER THAN APRIL 7, 2023** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON JUNE 1, 2023** | Ask to speak no later than April 28, 2023 in Court about the fairness of the Settlement at the hearing on June 1, 2023. |
| **DO NOTHING** | Get no payment.  Give up rights. |

### INQUIRIES

**Please do not contact the Court regarding this Notice.**  All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| CD Projekt, S.A. Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson Street, Suite 205 Media, PA 19063 Tel.:  866-274-4004 Fax:  610-565-7985 Email: info@strategicclaims.net | OR | Jonathan Stern THE ROSEN LAW FIRM, P.A. 275 Madison Avenue, 40th Floor New York, NY 10016 Tel: 212-686-1060 Fax: 212-202-3827 Email: jstern@rosenlegal.com |

**DEFINITIONS**

All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Stipulation of Settlement, dated April 28, 2022 ("Stipulation").

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

1.    **Why did I get this Notice?**
You or someone in your family may have acquired CD Projekt securities between January 16, 2020 through December 17, 2020, both dates inclusive.

2.    **What is this lawsuit about?**
The case is known as *Trampe v. CD Projekt S.A., et al.* Case No. 2:20-CV-11627-FMO-RAO (C.D. Cal.) ("Action"). The Action is pending in the United States District Court for the Central District of California.

The Action involves Lead Plaintiff's allegations that Defendants violated the federal securities laws by making false or misleading statements in CD Projekt's public statements to investors. The Complaint asserts that the alleged misstatements or omissions artificially inflated the price of CD Projekt securities, and that the stock price dropped in response to certain subsequent disclosures. Defendants have denied and continue to deny the allegations in the Complaint and all charges of wrongdoing or liability against CD Projekt or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by any of the Defendants with respect to any claim or any fault or wrongdoing or damage to the Settlement Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

3.    **Why is this a class action?**
In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

4.    **Why is there a Settlement?**
Lead Plaintiff and Defendants do not agree regarding the merits of Lead Plaintiff's allegations and Defendants' defenses with respect to liability or the average amount of damages per share, if any, that would be recoverable if Lead Plaintiff were to prevail at trial on each claim. The issues on which Lead Plaintiff and Defendants disagree include: (1) whether Defendants made any statements that were materially false or misleading or otherwise actionable under federal securities law; (2) whether Defendants acted with scienter; (3) to the extent any statements were materially false or misleading, whether any subsequent disclosures corrected any prior statements by Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Lead Plaintiff and Defendants have agreed to settle the case. Lead Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses Defendants would raise. Among the reasons that Lead Plaintiff and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will prevail on Defendants' anticipated motion to dismiss (or in any further stages of the case, including trial), whether they would be able to prevail on a motion for class certification, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Even if Lead Plaintiff were to win at trial, and also prevail on any on appeal brought by Defendants, Lead Plaintiff might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Lead Plaintiff's allegations were eventually found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

**5.     How do I know if I am part of the Settlement?**

The Settlement Class consists of those Persons who purchased CD Projekt securities from January 16, 2020 through December 17, 2020, both dates inclusive.

**6.     Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any person excluded under this subsection (b), has or had a majority ownership interest at any time. Also excluded from the Settlement Class are Opt-Outs (*i.e.*, persons who file valid and timely requests for exclusion from the Settlement Class).

**7.     I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help.  For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/CDProjekt, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.     What does the Settlement provide?**

**a.     What is the Settlement Fund?**

The proposed Settlement provides that Defendants pay $1,850,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Lead Counsel and any Award to the Lead Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Settlement Class Members who submit timely, valid Proofs of Claim.

**b.     What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold CD Projekt securities; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and to Lead Plaintiff.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the

terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Lead Plaintiff's contention that because of the alleged misrepresentations made by Defendants, the price of CD Projekt securities was artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of CD Projekt securities. Defendants have denied these allegations.

## **PROPOSED PLAN OF ALLOCATION**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement.  The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/CDProjekt.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss.  **Please Note**:  The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement.  The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.  To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.  If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

**(I)** **Recognized Loss for the Company's ADRs (Symbol: OTGLY, CUSIP# 125105106) Purchased in Domestic Transactions During the Settlement Class Period will be calculated as follows:**

(A) For ADRs purchased during the Settlement Class Period <u>and sold during the Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B) For ADRs purchased during the Settlement Class Period <u>and sold during the period December 18, 2020 through March 18 2021</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing ADR price as of date of sale provided in Table B below.

(C) For ADRs purchased during the Settlement Class Period <u>and retained as of the close of trading on March 18, 2021</u>, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $17.59[2] per share.

| INFLATION TABLE A | |
|---|---|
| ADRs Purchased During the Settlement Class Period | |
| **Period** | **Inflation** |
| January 16, 2020 to December 9, 2020, inclusive | $9.89 per share |
| December 10, 2020 | $7.14 per share |
| December 11.2020 | $5.48 per share |
| December 12, 2020 to December 17, 2020 inclusive | $3.43 per share |

| Table B | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 12/18/2020 | $18.50 | $18.50 | | 1/21/2021 | $17.33 | $17.87 | | 2/19/2021 | $18.20 | $18.49 |
| 12/21/2020 | $17.97 | $18.23 | | 1/22/2021 | $16.96 | $17.83 | | 2/22/2021 | $17.55 | $18.47 |
| 12/22/2020 | $19.30 | $18.59 | | 1/25/2021 | $18.21 | $17.85 | | 2/23/2021 | $17.30 | $18.45 |
| 12/23/2020 | $18.90 | $18.67 | | 1/26/2021 | $19.90 | $17.93 | | 2/24/2021 | $17.03 | $18.41 |
| 12/24/2020 | $18.35 | $18.60 | | 1/27/2021 | $20.90 | $18.04 | | 2/25/2021 | $16.91 | $18.38 |

---

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $17.59 per share was the mean (average) daily closing trading price of the Company's common stock during the 90-day period beginning on December 18, 2020 through and including on March 18, 2021.

| Table B | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
| 12/28/2020 | $18.90 | $18.65 | 1/28/2021 | $23.19 | $18.23 | 2/26/2021 | $16.25 | $18.34 |
| 12/29/2020 | $18.97 | $18.70 | 1/29/2021 | $20.65 | $18.32 | 3/1/2021 | $15.80 | $18.28 |
| 12/30/2020 | $18.55 | $18.68 | 2/1/2021 | $20.45 | $18.39 | 3/2/2021 | $16.10 | $18.24 |
| 12/31/2020 | $18.31 | $18.64 | 2/2/2021 | $19.20 | $18.42 | 3/3/2021 | $15.17 | $18.18 |
| 1/4/2021 | $18.55 | $18.63 | 2/3/2021 | $19.46 | $18.45 | 3/4/2021 | $15.12 | $18.12 |
| 1/5/2021 | $18.20 | $18.59 | 2/4/2021 | $19.33 | $18.48 | 3/5/2021 | $15.05 | $18.06 |
| 1/6/2021 | $18.32 | $18.57 | 2/5/2021 | $19.61 | $18.52 | 3/8/2021 | $14.94 | $18.00 |
| 1/7/2021 | $17.18 | $18.46 | 2/8/2021 | $19.47 | $18.54 | 3/9/2021 | $14.80 | $17.94 |
| 1/8/2021 | $16.28 | $18.31 | 2/9/2021 | $18.65 | $18.55 | 3/10/2021 | $14.00 | $17.87 |
| 1/11/2021 | $16.57 | $18.19 | 2/10/2021 | $18.37 | $18.54 | 3/11/2021 | $14.73 | $17.81 |
| 1/12/2021 | $16.75 | $18.10 | 2/11/2021 | $18.08 | $18.53 | 3/12/2021 | $14.90 | $17.76 |
| 1/13/2021 | $16.87 | $18.03 | 2/12/2021 | $17.90 | $18.51 | 3/15/2021 | $15.38 | $17.72 |
| 1/14/2021 | $18.10 | $18.03 | 2/16/2021 | $18.32 | $18.51 | 3/16/2021 | $15.13 | $17.68 |
| 1/15/2021 | $17.45 | $18.00 | 2/17/2021 | $18.30 | $18.50 | 3/17/2021 | $15.21 | $17.64 |
| 1/19/2021 | $16.78 | $17.94 | 2/18/2021 | $18.45 | $18.50 | 3/18/2021 | $14.95 | $17.59 |
| 1/20/2021 | $17.06 | $17.90 | | | | | | |

**(II)    Recognized Loss for the Company's Common Shares (Symbol: OTGLF, CIN# X0957E106) Purchased in Domestic Transactions During the Settlement Class Period will be calculated as follows:**

(A)    For common shares purchased during the Settlement Class Period <u>and sold during the Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table C below) less the inflation per share upon sale (as set forth in Inflation Table C below); or (2) the purchase price per share minus the sales price per share.

(B)    For common shares purchased during the Settlement Class Period <u>and sold during the period December 18, 2020 through March 18, 2021</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table C below); or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table D below.

(C)    For common shares purchased during the Settlement Class Period <u>and retained as of the close of trading on March 18, 2021</u>, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table C below); or (2) the purchase price per share minus $70.67[3] per share.

---

[3] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the

| INFLATION TABLE C | |
| --- | --- |
| **Common Shares Purchased During the Settlement Class Period** | |
| **Period** | **Inflation** |
| January 16, 2020 to December 9, 2020, inclusive | $40.85 per share |
| December 10, 2020 | $33.22 per share |
| December 11,2020 | $13.01 per share |
| December 12, 2020 to December 17, 2020 inclusive | $9.74 per share |

Table D

| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/18/2020 | $78.80 | $78.80 | | 1/21/2021 | $65.73 | $71.59 | | 2/19/2021 | $73.53 | $74.04 |
| 12/21/2020 | $71.00 | $74.90 | | 1/22/2021 | $65.73 | $71.33 | | 2/22/2021 | $73.53 | $74.02 |
| 12/22/2020 | $75.00 | $74.93 | | 1/25/2021 | $74.82 | $71.48 | | 2/23/2021 | $73.53 | $74.01 |
| 12/23/2020 | $74.75 | $74.89 | | 1/26/2021 | $78.00 | $71.74 | | 2/24/2021 | $73.53 | $74.00 |
| 12/24/2020 | $75.00 | $74.91 | | 1/27/2021 | $85.00 | $72.25 | | 2/25/2021 | $67.00 | $73.85 |
| 12/28/2020 | $73.89 | $74.74 | | 1/28/2021 | $92.00 | $72.98 | | 2/26/2021 | $64.14 | $73.64 |
| 12/29/2020 | $76.00 | $74.92 | | 1/29/2021 | $87.50 | $73.50 | | 3/1/2021 | $62.79 | $73.42 |
| 12/30/2020 | $75.45 | $74.99 | | 2/1/2021 | $87.50 | $73.98 | | 3/2/2021 | $65.53 | $73.26 |
| 12/31/2020 | $75.00 | $74.99 | | 2/2/2021 | $77.15 | $74.09 | | 3/3/2021 | $60.10 | $72.99 |
| 1/4/2021 | $74.50 | $74.94 | | 2/3/2021 | $77.15 | $74.18 | | 3/4/2021 | $60.40 | $72.75 |
| 1/5/2021 | $73.50 | $74.81 | | 2/4/2021 | $77.71 | $74.29 | | 3/5/2021 | $61.01 | $72.52 |
| 1/6/2021 | $73.50 | $74.70 | | 2/5/2021 | $77.71 | $74.40 | | 3/8/2021 | $62.25 | $72.33 |
| 1/7/2021 | $68.00 | $74.18 | | 2/8/2021 | $77.15 | $74.48 | | 3/9/2021 | $62.25 | $72.14 |
| 1/8/2021 | $65.72 | $73.58 | | 2/9/2021 | $75.00 | $74.49 | | 3/10/2021 | $56.23 | $71.85 |
| 1/11/2021 | $69.90 | $73.33 | | 2/10/2021 | $71.45 | $74.41 | | 3/11/2021 | $60.29 | $71.64 |
| 1/12/2021 | $69.90 | $73.12 | | 2/11/2021 | $71.45 | $74.33 | | 3/12/2021 | $60.29 | $71.45 |
| 1/13/2021 | $66.97 | $72.76 | | 2/12/2021 | $70.55 | $74.23 | | 3/15/2021 | $60.29 | $71.25 |
| 1/14/2021 | $72.23 | $72.73 | | 2/16/2021 | $70.50 | $74.13 | | 3/16/2021 | $58.45 | $71.04 |
| 1/15/2021 | $69.00 | $72.53 | | 2/17/2021 | $70.50 | $74.04 | | 3/17/2021 | $60.00 | $70.85 |
| 1/19/2021 | $65.30 | $72.17 | | 2/18/2021 | $74.28 | $74.05 | | 3/18/2021 | $60.00 | $70.67 |
| 1/20/2021 | $65.73 | $71.86 | | | | | | | | |

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's shares during the Settlement Class Period, the value of the Recognized Loss will be zero and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in the Company's shares during the Settlement Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

---

information correcting the misstatement or omission that is the basis for the action is disseminated."  $70.67 per share was the mean (average) daily closing trading price of the Company's common stock during the 90-day period beginning on December 18, 2020 through and including on March 18, 2021.

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date.  The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order.  Therefore, on the Proof of Claim enclosed with this Notice, you must provide all your purchases of the Company shares during the period January 16, 2020 through and including March 18, 2021. CD Projekt's ADRs and common stock purchased and sold during the Settlement Class Period must have been sold at a loss and after an alleged corrective disclosure to qualify as a Recognized Loss.  Trading gains, if any, will have a Recognized Loss of $0.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants.  No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Settlement Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court.  Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Claim Form.  All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Cash Settlement Amount shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Cash Settlement Amount, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.     How can I get a payment?**
To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Internet at www.strategicclaims.net/CDProjekt. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/CDProjekt by 11:59 p.m. EST on May 2, 2023; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than May 2, 2023, to the Claims Administrator at:

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax:  610-565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.    What am I giving up to get a payment or stay in the Class?**
Unless you exclude yourself from the Settlement Class by the April 7, 2023 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other

Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of CD Projekt securities during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase, acquisition, sale or ownership of CD Projekt securities during the Settlement Class Period. The specific terms of the release are included in the Stipulation.

11.     **How do I exclude myself from the Settlement?**
If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must download and complete an opt-out form from the website at www.strategicclaims.net/CDProjekt and mail it to the Claims Administrator that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Trampe v. CD Projekt S.A., et al.* Case No. 2:20-CV-11627-FMO-RAO (C.D. Cal.);" (B) states the date, number of shares and dollar amount of each CD Projekt securities purchase or acquisition during the Settlement Class Period, and any sale transactions; and (C) states the number of shares of CD Projekt securities held by you as of December 17, 2020. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase or acquisition and, if applicable, sale transaction of CD Projekt securities during the Settlement Class Period, and (ii) demonstrating your status as a beneficial owner of the CD Projekt securities. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than April 7, 2023, to the Claims Administrator at the following address:

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

12.     **If I do not exclude myself, can I sue the Defendants for the same thing later?**
No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Defendants or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

- 10 -

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel, to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this action on a contingent fee basis, and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed 30% of the Settlement, or $555,000, for reimbursement of reasonable litigation expenses not to exceed $40,000, and Award to Plaintiffs in an amount not to exceed $5,000 each. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Lead Plaintiff, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter *Trampe v. CD Projekt S.A., et al.* Case No. 2:20-CV-11627-FMO-RAO (C.D. Cal.).  Be sure to include (1) your name, address, and telephone number, (2) a list of all purchases and sales of CD Projekt securities during the Settlement Class Period in order to show membership in the Settlement Class, (3) all grounds for the objection, including any legal support known to you or your counsel, (4) the name, address and telephone number of all counsel, if any, who represent you, and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to the address listed below, to be received no later than April 7, 2023:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | DEFENDANTS: |
| Central District of California | Jonathan Stern | Cooley LLP |
| 350 W. 1st Street, Suite 4311 | 275 Madison Avenue, 40th Floor | Koji F. Fukumura |
| Los Angeles, CA 90012 | New York, NY 10016 | 4401 Eastgate Mall |
| | | San Diego, California 92121 |

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is

telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.     When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on June 1, 2023, at 10:00 a.m., at the U.S. District Court, Central District of California, 350 W. 1st Street, Courtroom 6D, Los Angeles, CA 90012-4701, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Lead Counsel for attorneys' fees and expenses and how much to award to Lead Plaintiff.

**18.     Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.     What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: JANUARY 3, 2023

                                      _____

                                      BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission: May 2, 2023**

IF YOU ACQUIRED CD PROJEKT, SA ("CD PROJEKT") RELATED PUBLICLY-TRADED EQUITY SECURITIES[1] IN DOMESTIC TRANSACTIONS DURING THE PERIOD FROM JANUARY 16, 2020 THROUGH DECEMBER 17, 2020, BOTH DATES INCLUSIVE ("SETTLEMENT CLASS PERIOD") IN DOMESTIC TRANSACTIONS, YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. EXCLUDED FROM THE SETTLEMENT CLASS ARE: (A) PERSONS WHO SUFFERED NO COMPENSABLE LOSSES; AND (B) DEFENDANTS; THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF THE COMPANY AT ALL RELEVANT TIMES; MEMBERS OF THEIR IMMEDIATE FAMILIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS, OR ASSIGNS, AND ANY ENTITY IN WHICH ANY OF THE DEFENDANTS, OR ANY PERSON EXCLUDED UNDER THIS SUBSECTION (B), HAS OR HAD A MAJORITY OWNERSHIP INTEREST AT ANY TIME.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS.

YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN MAY 2, 2023 TO THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel.: 866-274-4004
Fax: 610-565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT THIS PROOF OF CLAIM BY MAY 2, 2023 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS ABOVE. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

---

[1] These securities include CD Projekt's American Depositary Shares ("ADRs") (Symbol: OTGLY, Cusip # 125105106) and common shares (Symbol: OTGLF, CIN #X0957E106) purchased in domestic transactions.

**CLAIMANT'S STATEMENT**

1.  I (we) acquired CD Projekt, SA ("CD Projekt") related publicly-traded equity securities between January 16, 2020 and December 17, 2020, both dates inclusive ("Settlement Class Period") in domestic transactions. (Do not submit this Proof of Claim and Release Form ("Proof of Claim") if you did not acquire CD Projekt securities during the Settlement Class Period in domestic transactions.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each acquisition of CD Projekt securities during the time period, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each acquisition and sale of CD Projekt securities listed below between January 16, 2020 and March 18, 2021, in support of my (our) claim. It is necessary to provide purchase and sale information through March 18, 2021, even though this is beyond the Settlement Class Period, because the federal securities laws require such information in calculating losses. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Stipulation.

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or

-14-

them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning laid out in the Stipulation.

10. "Released Claims" has the meaning laid out in the Stipulation.

11. "Unknown Claims" has the meaning laid out in the Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/. One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in CD Projekt securities should be reported in the electronic file so that each resulting Claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one Claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report one total holding at the start of the Settlement Class Period, one total holding at the end of the Settlement Class Period, and a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts; this would constitute and be processed a single Claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single Claim prior to processing in the event that a Legal Entity's accounts are divided across multiple Claims when submitted by a Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in CD Projekt securities to prove and accurately process the Claim.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim hosted at www.strategicclaims.net/CDProjekt. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim.

## I. CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II.  SCHEDULE OF TRANSACTIONS IN CD PROJEKT S.A. ("CD PROJEKT") AMERICAN DEPOSITARY SHARES ("ADRS"), (SYMBOL: OTGLY, CUSIP# 125105106)

**Beginning Holdings:**

A. State the total number of CD Projekt ADRs  **(Symbol: OTGLY, CUSIP# 125105106)** held at the close of trading on January 15, 2020 (*must be documented).*  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of CD Projekt ADRs **(Symbol: OTGLY, CUSIP# 125105106)** between January 16, 2020 and March 18, 2021, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CD PROJEKT

**Sales:**

C. Separately list each and every sale of CD Projekt ADRs **(Symbol: OTGLY, CUSIP# 125105106)** between January 16, 2020 and March 18, 2021, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D. State the total number of CD Projekt ADRs **(Symbol: OTGLY, CUSIP# 125105106)** held at the close of trading on March 18, 2021 (*must be documented).*

## III.  SCHEDULE OF TRANSACTIONS IN CD PROJEKT S.A. ("CD PROJEKT") COMMON STOCK IN DOMESTIC TRANSACTIONS (Symbol: OTGLF, CIN #X0957E106)

**Beginning Holdings:**

A. State the total number of shares of CD Projekt common stock in domestic transactions **(Symbol: OTGLF, CIN #X0957E106)** held at the close of trading on January 15, 2020 (*must be documented).*  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of CD Projekt common stock **(Symbol: OTGLF, CIN #X0957E106)** between January 16, 2020 and March 18, 2021 in domestic transactions, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CD PROJEKT

**Sales:**

C. Separately list each and every sale of CD Projekt common stock **(Symbol: OTGLF, CIN #X0957E106)** between January 16, 2020 and March 18, 2021 in domestic transactions, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D. State the total number of shares of CD Projekt common stock in domestic transactions **(Symbol: OTGLF, CIN #X0957E106)** held at the close of trading on March 18, 2021 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## IV. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| | | |

## V. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Central District of California, with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases, acquisitions, or sales of CD Projekt SA securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED NO LATER THAN MAY 2, 2023  AND MUST BE MAILED TO:**

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
info@strategicclaims.net

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when postmarked, if mailed by May 2, 2023 and if a postmark is indicated on the envelope, it is mailed first class, and it is addressed in accordance with the above instructions.  In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim.  Please notify the Claims Administrator of any change of address.

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

### REMINDER CHECKLIST

o    Please be sure to sign this Proof of Claim on page 19.  If this Proof of Claim is submitted on behalf of joint claimants, then each claimant must sign.

o    Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o    Do NOT use highlighter on the Proof of Claim or any supporting documents.

o    If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

**EXHIBIT C**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

January 25, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS AND ENTITIES THAT PURCHASED OR ACQUIRED CD PROJEKT, S.A. ("CD PROJEKT" OR "COMPANY") PUBLICLY-TRADED EQUITY SECURITIES IN DOMESTIC TRANSACTIONS DURING THE PERIOD FROM JANUARY 16, 2020 THROUGH DECEMBER 17, 2020, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers and directors of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any person excluded under this subsection (b),  has or had a majority ownership interest at any time.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *CD Projekt, S.A. Securities Litigation*<br>Case No. CV 20-11627 FMO (RAOx)<br>Claim Filing Deadline: May 2, 2023<br>Exclusion Deadline: April 7, 2023<br>Objection Deadline: April 7, 2023<br>Settlement Hearing: June 1, 2023 | Cusip Numbers:<br>American Depositary Shares – 125105106<br>(Symbol: OTGLY)<br><br>Common Shares –CIN X0957E106<br>(Symbol: OTGLF) |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the location of the Long Notice and Proof of Claim or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request a link to the location of the Long Notice and Proof of Claim and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per emailed Notice sent** OR
- **$0.03 per name, address and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and all the important documents are available on our website at www.strategicclaims.net/CDProjekt/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
CD Projekt, S.A. Securities Litigation



**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, February 6, 2023 9:01 AM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; mcraig@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of CD Projekt S.A. Securities**

*Cross time: **02/06/23 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

1

**AFFIDAVIT**

**STATE OF NEW JERSEY** )

) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout  the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

 1   insertion(s) on the following date(s):

FEB-06-2023;

ADVERTISER: CD Projekt S.A.;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
 6    day of   February      2023

Notary Public



# MUTUAL FUND PERFORMANCE

## Growth Funds Leading The Market

These are among 40 funds selected for their ownership of market leaders, high average Composite Rating and outperformance of the S&P500.

### BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds.

### GROWTH ETF (IUSG) VS VALUE ETF (IUSV)

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds.

### JPMorgan LgCp Gro I (SEEGX)

OBJ: LARGE-CAP GROWTH — Median Mkt Cap: $70.20 bil — PH: 800-480-4111 — Mgr: Team Managed since n.a. — Min. Investment: $1000000
11/01/2022 T/O Rate: 50% — Avg. EPS Rating: 70 — Cash 01/24/2023: 7.44%
Yield: 0.38% — Avg. COMP Rating: 71 — Assets 02/2023: $11.1 bil — No. of Stocks: 71
**36 Month Performance Rating: A+** — Avg. P/E: 60 — 5 yr after tax return of $10,000 = $19759



### Amer Cent Ultra Inv (TWCUX)

OBJ: LARGE-CAP GROWTH — Median Mkt Cap: $46.84 bil — PH: 800-345-2021 — Mgr: Lee/Li/Bourke since 2008 — Min. Investment: $2500
08/01/2021 T/O Rate: 13% — Avg. EPS Rating: 77 — Cash 01/24/2023: 0.96%
Yield: 0% — Avg. COMP Rating: 75 — Assets 02/2023: $12.9 bil — No. of Stocks: 71
**36 Month Performance Rating: A** — Avg. P/E: 55 — 5 yr after tax return of $10,000 = $18320






## Top Growth Funds
### Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Rydex:NASDAQ 2x | +33 | A+ | 326.40 mil |
| ProFunds:UltraNASDAQ | +33 | A+ | 392.20 mil |
| Fidelity Sel Comm Serv | +29 | B | 599.10 mil |
| Fairholme:Fairholme | +28 | A+ | 1.038 bil |
| BlackRock:Unconstrd Eq | +26 | A | 165.80 mil |
| Third Avenue:Value | +26 | A+ | 650.50 mil |
| Invesco Global Eq | +25 | C+ | 4.637 bil |
| Invesco Gl Gr | +25 | D | 422.70 mil |
| Parnassus Md Cp Gr | +25 | C | 515.20 mil |
| Edgewood Growth | +25 | B | 14.383 bil |
| Touchstone:Sel Gro | +24 | A+ | 554.30 mil |
| Loomis Sayles:Gro | +24 | A | 7.029 bil |
| Invesco Global Opp | +24 | D- | 1.938 bil |
| Morg Stan I:Inc | +23 | B+ | 158.40 mil |
| Opportunity | +23 | C+ | 536.00 mil |
| Fidelity Sel Cnst&Hous | +22 | A+ | 465.10 mil |
| Fidelity Sel Retailing | +22 | A | 2.666 bil |
| MassMutual S:Gr O | +22 | C- | 151.80 mil |
| VNFJ Sm-Cp Val | +22 | B | 220.70 mil |
| Wasatch:Core Gro | +22 | A | 1.418 bil |
| Vanguard Glbl Eqty | +22 | B+ | 6.664 bil |
| Wasatch:Ultra Gro | +22 | B+ | 937.80 mil |
| Virtus:Zeven Inn GrSt | +22 | D+ | 223.00 mil |
| Templeton Glbl Sm Co | +21 | C+ | 777.70 mil |
| Baron Fifth Ave Gro | +21 | D- | 234.50 mil |

## Top Growth Funds
### Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 3 years | $ Net Assets |
|---|---|---|---|
| Baron Partners Fund | +25 | A+ | 2.33 bil |
| Baron Focused Gro | +16 | A+ | 300.60 mil |
| Kinetics:SC Oppty | -6 | A+ | 326.60 mil |
| Third Avenue:Value | +13 | A+ | 650.50 mil |
| Avantis US SCV | +12 | A+ | 361.80 mil |
| Hennessy:Crnst MdCp | +10 | A+ | 205.40 mil |
| Fidelity Sel Cnst&Hous | +14 | A+ | 465.10 mil |
| Royce Fd:SC Oppty | +17 | A+ | 912.90 mil |
| Hodges Small Cap | +17 | A+ | 136.10 mil |
| SouthernSun SC | +13 | A+ | 315.80 mil |
| Kinetics:Paradigm | -9 | A+ | 517.10 mil |
| Hotchkis:Sm Cap Val | +11 | A+ | 601.10 mil |
| Columbia:Sel Gl Tch | +18 | A+ | 899.10 mil |
| Thrivent Fds:SC Stk | +14 | A+ | 509.10 mil |
| Hodges | +17 | A+ | 140.60 mil |
| Undsc Mgr:Beh Val | +10 | A+ | 2.474 bil |
| Hennessy:Crnst Gro | +6 | A+ | 154.20 mil |
| Fidelity Adv Val | +14 | A+ | 168.50 mil |
| Fidelity Value Fund | +14 | A+ | 7.073 bil |
| Fidelity Gro Co;Series | +15 | A+ | 11.444 bil |
| Hood River Sm Cp Gr | +11 | A+ | 577.30 mil |
| Congress SmCp Gro | +14 | A+ | 351.80 mil |
| Fidelity Sm Cap Val | +13 | A+ | 2.509 bil |
| Fidelity Adv SC Val | +13 | A+ | 1.228 bil |
| Glenmede:SC Eqty | +13 | A+ | 448.40 mil |

### U.S. Stock Fund Cash Position — High (11/00) 6.2% — Low (12/21) 1.5%

| | | | | | |
|---|---|---|---|---|---|
| 21-Jun | 1.6% | 21-Dec | 1.5% | 22-Jun | 2.4% |
| 21-Jul | 1.7% | 22-Jan | 1.8% | 22-Jul | 2.4% |
| 21-Aug | 1.7% | 22-Feb | 1.9% | 22-Aug | 2.5% |
| 21-Sep | 1.6% | 22-Mar | 2.0% | 22-Sep | 2.5% |
| 21-Oct | 1.7% | 22-Apr | 2.1% | 22-Oct | 2.5% |
| 21-Nov | 1.7% | 22-May | 2.2% | 22-Nov | 2.5% |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

ANDREW TRAMPE, individually and on behalf of all others similarly situated, Plaintiff,
v.
CD PROJEKT S.A., ADAM MICHAL KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAL NOWAKOWSKI, Defendants.

Case No. CV 20-11627 FMO (RAOx)

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO:** ALL PERSONS WHO ACQUIRED PUBLICLY-TRADED SECURITIES OF CD PROJEKT, S.A. ("CD PROJEKT") FROM JANUARY 16, 2020 THROUGH DECEMBER 17, 2020, BOTH DATES INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Central District of California, that a hearing will be held on June 1, 2023, at 10:00 a.m. before the Honorable Fernando M. Olguin, United States District Judge of the United States District Court for the Central District of California, at the United States Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, or by telephonic or videoconference means as directed by the Court for the purpose of determining:

(1) whether the proposed settlement of the claims in the above-captioned Action for consideration including the sum of $1,850,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;
(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;
(3) whether the application of Lead Counsel for an award of attorneys' fees of up to 30% of the Settlement Amount, reimbursement of expenses of not more than $40,000, and an award of no more than $5,000 each to Lead and Named Plaintiffs, should be approved; and
(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated April 28, 2022 ("Stipulation").

If you acquired CD Projekt securities during the period from January 16, 2020 through December 17, 2020, both dates inclusive ("Settlement Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in CD Projekt securities.

If you have not received a postcard providing instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling CD Projekt, S.A. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net. CDProjekt. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than May 2, 2023 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than April 7, 2023. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment rendered in the Action.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and Award to Lead Plaintiff must be in the manner and form explained in the Long Notice and received no later than April 7, 2023, by each of the following:

| Clerk of the Court | LEAD COUNSEL: | COUNSEL FOR DEFENDANTS: |
|---|---|---|
| United States District Court | THE ROSEN LAW FIRM, P.A. | Cooley LLP |
| Central District of California | Jonathan Stern | Jessica Valenzuela |
| United States Courthouse, 350 W. 1st Street | 275 Madison Avenue, 40th Floor | 4401 Eastgate Mall |
| Los Angeles, CA 90012 | New York, NY 10016 | San Diego, CA 92121 |

If you have any questions about the Settlement, you may call or write to Lead Counsel:
THE ROSEN LAW FIRM, P.A.
Jonathan Stern
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: January 3, 2023

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA