Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and on behalf of all others similarly situated, | Case No. CV 20-11627 FMO (RAOx) |
| Plaintiff, | NOTICE OF ERRATA |
| v. | |
| CD PROJEKT S.A., ADAM MICHAL KICINSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI, | |
| Defendants. | |

Lead Plaintiff James W. Gordley, and additional plaintiffs Steven Shaginyan and Phillip Trefethen ("Plaintiffs") respectfully file this Notice of Errata in regard to their Memorandum of Points and Authorities in Support of their Motion for Award of Attorneys' Fees and Expenses and Award to Plaintiffs (Docket No. 87-1) (the "Fee Memorandum"). Plaintiffs inadvertently filed a non-final version of the Fee Memorandum. The corrected Fee Memorandum, attached hereto as Exhibit A, contains additional non-substantive edits solely to comply with the Central District of California's new Local Rule 11-6, and to correct two citation errors. Plaintiffs

– 1 –

NOTICE OF ERRATA

have conferred with Defendants and they stated they do not object to the filing of this Notice of Errata.

Dated: March 9, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Jonathan Stern*
Jonathan Stern (*pro hac vice*)
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

NOTICE OF ERRATA