# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDREW TRAMPE, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,

Defendants.

Case No. CV 20-11627 FMO (RAOx)

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## **UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Preliminary Approval Order, dated January 3, 2023, (Dkt. No. 86) ("Preliminary Approval Order"), SCS was appointed  as the Claims Administrator in connection with the Settlement of the above-captioned action.[1]  I submit this declaration as a supplement to my previously filed Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated March 8, 2023 (Dkt. No. 87-7), (the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 1,707 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed an additional 7,626 Postcard Notices to potential Settlement Class Members and nominees. As noted in the Initial Mailing Declaration, SCS was notified by a nominee that they mailed the Postcard Notices to 406 of their customers. Additionally, SCS received nine email addresses and promptly sent the link to the location of the Long Notice and proof of Claim. SCS

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated April 28, 2022 (Dkt. No. 77) (the "Stipulation").

2

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

was also notified by a nominee that they emailed 6,649 of their customers to notify them of this settlement and provided the link to the location of the Long Notice and Proof of Claim on the settlement webpage. Since the Initial Mailing Declaration, SCS mailed an additional 3 Postcard Notices due to responses from nominees who responded with names and addresses of potential Settlement Class Members. Additionally, SCS received requests from two nominees for 141 postcard Notices so that they could forward them to their customers. No additional emails with a link to the location of the Long Notice and Proof of Claim were sent.  In total, as of the date of this Declaration, 14,834[2] potential Settlement Class Members were either mailed a Postcard Notice or emailed the link to the location of the Long Notice and Proof Claim on the settlement webpage.

4.    Since the Initial Mailing Declaration was filed, 190 Postcard Notices were returned undeliverable. Of these, the United States Postal Service provided a forwarding address for 40, and SCS immediately mailed another Postcard Notice to the updated address.  The remaining 150 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 78 were re-mailed to updated addresses.

---

[2]  Since the Initial Mailing Declaration was filed, SCS received any one request from potential Settlement Class Members for a Long Notice and Proof of Claim to be mailed.

3

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

## **UPDATE ON TOLL-FREE TELEPHONE LINE**

5.     The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call and obtain information about the Settlement as well as request the Long Notice and Proof of Claim to be mailed to them.  SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

## **UPDATE ON SETTLEMENT WEBPAGE**

6.     The Initial Mailing Declaration also noted that on January 3, 2023, SCS established a webpage on its website at www.strategicclaims.net/CDProjekt/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains a current status; the case deadlines; the online claim filing link; and important case documents such as the Long Notice and Proof of Claim, the Request for Exclusion Form, the Postcard Notice, the Summary Notice, the Preliminary Approval Order, and the Stipulation with exhibits. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information.

## **UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7.     The Postcard Notice, Long Notice, Summary Notice, Request for Exclusion Form, and the settlement webpage informed potential Settlement Class Members that and opt-out form must be download and completed and were to be

4

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

mailed to SCS such that they were received no later than April 7, 2023. Since the Initial Mailing Declaration, SCS received a late exclusion request. The exclusion request was submitted after the April 7, 2023 deadline, and it is not valid. The individual is not a Settlement Class Member because the individual did not acquire CD Projekt publicly-traded securities in a domestic transaction during the Settlement Class Period. The individual also did not complete a Request for Exclusion Form. A copy of the invalid exclusion request with personal information redacted is attached as **Exhibit A**.

8.      According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, or application for an Award to Lead Plaintiff, must be submitted to Lead Counsel, Counsel for the Defendants, and the Clerk of the Court, such that they were received no later than April 7, 2023. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were filed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of April, in Media, Pennsylvania.

Margery Craig

Margery Craig

5

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG, Case No. CV 20-11627 FMO (RAOx)

**EXHIBIT A**



**REDACTED**

**REDACTED**          **REDACTED**

CD Projekt S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
USA

29th March 2023

**Request to be excluded from the Settlement Class in Trampe v. CD Projekt S.A., et al. Case No. 2:20-CV-11627-FMO-RAO (C.D. Cal.)**

Name: MALTA PENSION INVESTMENTS

Address:   **REDACTED**

Contact: Markus Pawlik, Managing Director

Email:

Telephone:   **REDACTED**

Trading history and proof of ownership being in the attached custodian certificate.

**REDACTED**

Markus Pawlik                          Daniel Caruana

Managing Director                    Authorised Signatory



State Street Bank International GMBH,

Luxembourg Branch

49, avenue J.F.Kennedy
L-1855 Luxembourg
R.C.S. Luxembourg B148186

T +352 46 40 10 1
F +352 46 40 10 001

statestreet.com

Luxembourg, 29th March 2023

**Re: Statement of positions CD PROJEKT SA**

For the Claiman

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein. The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Rui
Machado

Digitally signed
by Rui Machado
Date: 2023.03.29
13:49:45 +02'00'

Information Classification: Limited Access

1

# STATE STREET.

State Street Bank International GMBH,

Luxembourg Branch

49, avenue J.F.Kennedy
L-1855 Luxembourg
R.C.S. Luxembourg B148186

T +352 46 40 10 1
F +352 46 40 10 001
statestreet.com

| FUND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | TRADE DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | LOCAL INTEREST | LOCAL NET AMOUNT LESS INTEREST | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | UNIT PRICE | LOCAL FEES | TAXES | OTHER CHARGES | ISN, SDL WPK | TRD CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 20-Jan-20 |  | Opening balance |  |  |  |  |  |  | 0.000 |  |  |  |  |  |  |  |  |  |
| REDACTED REDACTED REDACTED REDACTED | | 0221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 30-Jan-20 | 28-Jan-20 | PL3 | BUY | 36,702.000 | 10,119,878.32 | 15,157.08 | 10,104,721.24 |  |  | 36,702.000 | 17-Dec-20 | 17-Dec-20 | CITIGROUP GLOBAL MARKETS LIMITED | 275.32 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 | PLN |
| REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED | | 0221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 19-Jun-20 | 17-Jun-20 | PL3 | SELL | (5,535.000) | (2,145,051.79) | (1,073.06) | (2,143,978.73) |  |  | 31,167.000 | 17-Dec-20 | 17-Dec-20 | CITIGROUP GLOBAL MARKETS LIMITED | 387.74 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 | PLN |
| REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED | | 0221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 15-Jul-20 | 13-Jul-20 | PL3 | SELL | (9,667.000) | (3,581,644.34) | (1,791.72) | (3,579,852.62) |  |  | 21,500.000 | 17-Dec-20 | 17-Dec-20 | BERNSTEIN AUTONOMOUS LLP | 370.69 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 | PLN |
| REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED REDACTED | | 0221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 16-Jul-20 | 14-Jul-20 | PL3 | SELL | (6,000.000) | (2,158,089.42) | (1,079.58) | (2,157,009.84) |  |  | 15,500.000 | 17-Dec-20 | 17-Dec-20 | CREDIT SUISSE SECURITIES (EUROPE) LIMITE | 359.86 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 | PLN |
|  |  |  |  |  | 18-Mar-21 |  | Closing balance |  |  |  |  |  |  | 36,600.000 |  |  |  |  |  |  |  |  |  |

Information Classification: Limited Access

2

State Street Bank International GMBH,

Luxembourg Branch

49, avenue J.F.Kennedy
L-1855 Luxembourg
R.C.S. Luxembourg B148186

T +352 46 40 10 1
F +352 46 40 10 001

statestreet.com

| FUND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | TRADE DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | LOCAL INTEREST | LOCAL NET AMOUNT LESS INTEREST | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | UNIT PRICE | LOCAL FEES | TAXES | OTHER CHARGES | ISN, SDL WPK TR CUSI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 20-Jan-20 | | Opening balance | | | | | | | 6,220.000 | | | | | | | | |
| REDACTED | | 221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 9-Mar-20 | 5-Mar-20 | PL3 | SELL | (6,220.000) | (1,847,341.43) | (1,109.07) | (1,846,232.36) | | | 0.000 | 17-Dec-20 | 17-Dec-20 | BNP PARIBA S SECURITIES SERVICES | 297.18 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 PLN |
| REDACTED | | 221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 19-Jun-20 | 17-Jun-20 | PL3 | BUY | 8,019.000 | 3,107,890.42 | 1,863.62 | 3,106,026.80 | | | 8,019.000 | 17-Dec-20 | 17-Dec-20 | BNP PARIBA S SECURITIES SERVICES | 387.33 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 PLN |
| REDACTED | | 221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | 10-Dec-20 | 8-Dec-20 | PL3 | BUY | 545.000 | 215,280.49 | 129.09 | 215,151.40 | | | 8,564.000 | 17-Dec-20 | 17-Dec-20 | UBS EUROPE SE | 394.77 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: 534356 PLN |
| REDACTED | | 221900 | CD PROJEKT SA COMMON STOCK PLN1.0 | Fri, 11-Dec-20 | 9-Dec-20 | PL3 | BUY | 600.000 | 237,511.92 | 142.42 | 237,369.50 | | | 9,164.000 | 17-Dec-20 | 17-Dec-20 | UBS EUROPE SE | 395.62 | 0.00 | 0.00 | 0.00 | ISN: PLOPTTC 00011 SDL: 7302215 WPK: PLN |
| | | | | | 18-Mar-21 | | Closing balance | | | | | | | 9,164.000 | | | | | | | | |

Information Classification: Limited Access

1





APR 17 2023

RR43625091 6MT

Customer's Signature and ID.

MaltaPost p.l.c.   04-Apr-2023

Destination:

Total Postage Value

€   7.30

€   0.00   Foreign Post - Letters
            Registered

€   0.00   Stamps Affixed

0 4 APR 2023

WEIGHT   0.026 Kg
FOREIGN   ZONE   B   (1)
bcfb9708Sb148Zd2c156e0fb27 1a69e8

St Julians
ACH337
STJ00145964T
STJ079833 0B
11.11.54

USA

RR43625091 6MT