COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   (858) 550 6000
Facsimile:   (858) 550-6420

JULIE M. VEROFF (310161)
(jveroff@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627-FMO-RAO<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski do not oppose Lead Plaintiff's Motion for Final Approval of Class Action Settlement (Dkt. No. 90), which was filed on April 21, 2023. Defendants therefore submit this written Statement of Non-Opposition pursuant to C.D. Cal. Civ. L.R. 7-9.

Dated:     May 1, 2023          COOLEY LLP


By: */s/ Ryan E. Blair*
     Ryan E. Blair

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STATEMENT OF NON-OPPOSITION
CASE NO. CV 20-11627 FMO-RAO

1