COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  (858) 550 6000
Facsimile:   (858) 550-6420

JULIE M. VEROFF (310161)
(jveroff@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627-FMO-RAO<br><br>**DECLARATION OF RYAN E. BLAIR REGARDING COMPLIANCE WITH CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** |

I, Ryan E. Blair, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On May 30, 2023, I caused to be sent by FedEx or U.S. mail a notice letter to the Attorney General of the United States and the attorneys general of each state and territory informing them of the proposed settlement and Lead Plaintiff's unopposed motions for preliminary and final approval. A true and correct copy of the notice letter is attached as Exhibit A. Each notice letter contained a list of the electronic documents included as enclosures.

3. I will immediately inform the Court and Lead Plaintiff should any attorney general voice concern regarding this settlement prior to the expiration of the deadline to appeal.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 30, 2023, in San Diego, California.

/s/Ryan E. Blair
Ryan E. Blair