# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 20-11627-FMO (RAOx)** | Date | **June 1, 2023** |
|---|---|---|---|
| Title | **Andrew Trampe v. CD Projekt S.A. et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Gabriela Garcia | Maria Bustillo | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Jonathan Stern | Matthew Martinez |

**Proceedings:**    **MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO PLAINTIFFS [87]**

**MOTION FOR FINAL SETTLEMENT APPROVAL [90]**

The Court and counsel confer regarding the motions.

The motions are taken under submission.

IT IS SO ORDERED.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | gga |