1    COOLEY LLP
     KOJI F. FUKUMURA (189719)
2    (kfukumura@cooley.com)
     RYAN E. BLAIR (246724)
3    (rblair@cooley.com)
     MATTHEW D. MARTINEZ (333932)
4    (mmartinez@cooley.com)
     10265 Science Center Drive
5    San Diego, California 92121-1117
     Telephone:   (858) 550 6000
6    Facsimile:   (858) 550-6420

7    JULIE M. VEROFF (310161)
     (jveroff@cooley.com)
8    3 Embarcadero Center, 20th Floor
     San Francisco, California 94111-4004
9    Telephone: (415) 693-2000
     Facsimile: (415) 693-2222
10

     Attorneys for Defendants
11   CD Projekt S.A., Adam Michał Kiciński,
     Marcin Iwiński, Piotr Marcin Nielubowicz, and
12   Michał Nowakowski

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16

17   ANDREW TRAMPE, Individually and          Case No. CV 20-11627-FMO-RAO
     On Behalf of All Others Similarly
     Situated,                                **SUPPLEMENTAL DECLARATION OF
18                                            RYAN E. BLAIR REGARDING
                Plaintiffs,                   COMPLIANCE WITH CLASS ACTION
19                                            FAIRNESS ACT, 28 U.S.C. § 1715**
            v.
20
     CD PROJEKT S.A., ADAM MICHAŁ
21   KICIŃSKI, MARCIN IWIŃSKI,
     PIOTR MARCIN NIELUBOWICZ, and
22   MICHAŁ NOWAKOWSKI,

23              Defendants.

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
  SAN DIEGO

I, Ryan E. Blair, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski.  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      As detailed in my original declaration regarding compliance with the Class Action Fairness Act, 28 U.S.C. § 1715 (Dkt. 92), on May 30, 2023, I caused to be sent by FedEx or U.S. mail a notice letter to the Attorney General of the United States and the attorneys general of each state and territory informing them of the proposed settlement and Lead Plaintiff's unopposed motions for preliminary and final approval ("Notice").

3.      As of August 31, 2023, which is more than 90 days after the appropriate federal and state officials were served with the Notice as set forth at 28 U.S.C. § 1715(d), no such official objected to or voiced concern regarding the proposed settlement in the above-captioned action.  With the expiration of this 90-day notice period, the Court can enter an order granting final approval of the settlement without delay.

4.      I will immediately inform the Court and Lead Plaintiff should any such official voice concern regarding this settlement prior to the expiration of the deadline to appeal final approval of the settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on August 31, 2023, in San Diego, California.

/s/Ryan E. Blair
Ryan E. Blair

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

SUPP. BLAIR DECL. RE CAFA
CASE NO. CV 20-11627 FMO-RAO

1