# EXHIBIT A

**REPORT OF THE CLAIMS ADMINISTRATOR**

**CD PROJEKT S.A. SECURITIES LITIGATION**

TOTAL # OF CLAIMS…………………………………………………    <u>6,763</u>

TOTAL # OF APPROVED VALID CLAIMS…………………………    <u>3,183</u>

TOTAL # OF INELIGIBLE CLAIMS……………………………….....    <u>3,580</u>

NO RECOGNIZED LOSSES......................................1,903
WRONG MARKET.....................................................1,380
SHARES SOLD SHORT................................................219
PURCHASED OUTSIDE CLASS PERIOD....................31
INADEQUATE DOCUMENTATION ............................30
SHARES NOT PURCHASED .........................................16
DUPLICATE CLAIMS ....................................................1

TOTAL ......................................................................<u>3,580</u>

TOTAL RECOGNIZED LOSSES ............................................................$7,171,963.78