**LATE, PROPERLY DOCUMENTED CLAIMS**   #:1920                                       **EXHIBIT B-2**

| Claim # | Total Recognized Losses |
|--------:|------------------------:|
| 33 | 198.50 |
| 35 | 240.25 |
| 451 | 4,116.45 |
| 452 | 51.42 |
| 453 | 333.70 |
| 454 | 26.68 |
| 455 | 35.70 |
| 473 | 1,698.00 |
| 56263 | 594.40 |
| 56265 | 3,163.85 |
| 56266 | 252.77 |
| 56268 | 791.20 |
| 56271 | 182.40 |
| 56276 | 30,250.22 |
| 56277 | 10,963.50 |
| 56286 | 8,170.00 |
| 56287 | 1,141,594.10 |
| 56288 | 487.14 |
| **Total**   **18** | **$1,203,150.28** |