**EXHIBIT C**

CD Projekt, S.A. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

# DEFICIENCY NOTICE

**CONTROL#:**   7                                                              **July 12, 2023**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Documentation* was not provided. In order to process your claim we require: (1) any transactions of CD Projekt, S.A. ("CD Projekt") common stock and/or American Depositary Shares ("ADRs") during the period from January 16, 2020 and March 18, 2021, inclusive; (2) proof of holdings of CD Projekt common stock and/or ADRs at the close of trading on January 15, 2020; and (3) proof of holdings of CD Projekt common stock and/or ADRs at the close of trading on March 18, 2021. | 500 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within ten (10) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of CD Projekt, S.A. ("CD Projekt") common stock and/or American Depositary Shares ("ADRs") during the period from January 16, 2020 and March 18, 2021, inclusive; (2) proof of holdings of CD Projekt common stock and/or ADRs at the close of trading on January 15, 2020; and (3) proof of holdings of CD Projekt common stock and/or ADRs at the close of trading on March 18, 2021.