**INADEQUATELY DOCUMENTED CLAIMS**    **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 7 | INADEQUATELY DOCUMENTED CLAIM |
| 22 | INADEQUATELY DOCUMENTED CLAIM |
| 23 | INADEQUATELY DOCUMENTED CLAIM |
| 26 | INADEQUATELY DOCUMENTED CLAIM |
| 32 | INADEQUATELY DOCUMENTED CLAIM |
| 75 | INADEQUATELY DOCUMENTED CLAIM |
| 90 | INADEQUATELY DOCUMENTED CLAIM |
| 91 | INADEQUATELY DOCUMENTED CLAIM |
| 114 | INADEQUATELY DOCUMENTED CLAIM |
| 119 | INADEQUATELY DOCUMENTED CLAIM |
| 136 | INADEQUATELY DOCUMENTED CLAIM |
| 142 | INADEQUATELY DOCUMENTED CLAIM |
| 146 | INADEQUATELY DOCUMENTED CLAIM |
| 171 | INADEQUATELY DOCUMENTED CLAIM |
| 198 | INADEQUATELY DOCUMENTED CLAIM |
| 206 | INADEQUATELY DOCUMENTED CLAIM |
| 255 | INADEQUATELY DOCUMENTED CLAIM |
| 282 | INADEQUATELY DOCUMENTED CLAIM |
| 298 | INADEQUATELY DOCUMENTED CLAIM |
| 302 | INADEQUATELY DOCUMENTED CLAIM |
| 313 | INADEQUATELY DOCUMENTED CLAIM |
| 328 | INADEQUATELY DOCUMENTED CLAIM |
| 335 | INADEQUATELY DOCUMENTED CLAIM |
| 348 | INADEQUATELY DOCUMENTED CLAIM |
| 383 | INADEQUATELY DOCUMENTED CLAIM |
| 406 | INADEQUATELY DOCUMENTED CLAIM |
| 414 | INADEQUATELY DOCUMENTED CLAIM |
| 445 | INADEQUATELY DOCUMENTED CLAIM |
| 447 | INADEQUATELY DOCUMENTED CLAIM |
| 466 | INADEQUATELY DOCUMENTED CLAIM |

**Total**                                  **30**