COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
MATTHEW D. MARTINEZ (333932)
(mmartinez@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: (858) 550 6000
Facsimile: (858) 550-6420

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński,
Marcin Iwiński, Piotr Marcin Nielubowicz, and
Michał Nowakowski

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TRAMPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CD PROJEKT S.A., ADAM MICHAŁ KICIŃSKI, MARCIN IWIŃSKI, PIOTR MARCIN NIELUBOWICZ, and MICHAŁ NOWAKOWSKI,<br><br>Defendants. | Case No. CV 20-11627-FMO (RAOx)<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>Date: September 5, 2024<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STATEMENT OF NON-OPPOSITION
CASE NO. CV 20-11627 FMO (RAOX)

Defendants CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski do not oppose Lead Plaintiff's Motion for Distribution of Class Action Settlement Funds (Dkt. No. 98), which was filed on August 6, 2024.

Dated: August 8, 2024     COOLEY LLP

By: */s/ Ryan E. Blair*
    Ryan E. Blair

Attorneys for Defendants
CD Projekt S.A., Adam Michał Kiciński, Marcin Iwiński, Piotr Marcin Nielubowicz, and Michał Nowakowski